**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SMILEDIRECTCLUB, INC., *et al.*,[1] | ) Case No. 23-90786 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' APPLICATION TO RETAIN AND EMPLOY**
**JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

> **If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this application was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this application was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors" and together with certain of their non-Debtor direct and indirect affiliates, the "Company") state as follows in support of this application (the "Application"):

**Relief Requested**

1.      By this Application, the Debtors seek entry of an order, substantially in the form attached hereto (the "Order"), authorizing the Debtors to retain and employ Jackson Walker LLP ("JW" or the "Firm") as their co-counsel and conflicts counsel in these chapter 11 cases effective as of the Petition Date in accordance with the terms and conditions set forth in that certain amended

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

and restated engagement letter dated October 17, 2023 (the "Engagement Letter"),[2] a copy of which is attached hereto as **Exhibit A**.  In support of the relief requested in this Application, the Debtors submit the declaration of Matthew D. Cavenaugh (the "Cavenaugh Declaration"), a partner of the Firm, which is attached hereto as **Exhibit B**.

## Jurisdiction and Venue

2.     The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The Debtors confirm their consent to entry of a final order.

3.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.     The statutory bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## Background

5.     On Septembner 29, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

---

[2]   Any references to, or summaries, of the Engagement Letter in this Application are qualified by the express terms of the Engagement Letter, which shall govern if there is any conflict between the Engagement Letter and the summaries provided herein.  The Engagement Letter amended and restated the engagement letter entered into by the Firm and the Debtors on September 13, 2023 (the "Initial Engagement Letter").

6.     A detailed description of the Debtors' businesses, capital structure, and the events leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Troy Crawford, Chief Financial Officer of SmileDirectClub, Inc., In Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 4] (the "First Day Declaration"), incorporated herein by reference.[3]

### The Firm's Qualifications

7.     The Debtors have determined that the retention of co-counsel and conflicts counsel is necessary to the successful administration of these chapter 11 cases given their size and complexity, and that the Firm's employment would be in the best interests of their estates. The Firm's complex chapter 11 experience, as well as its extensive practice before this Court and its knowledge of the Bankruptcy Local Rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the Debtors.  The Firm regularly represents chapter 11 debtors in the Southern District of Texas and throughout Texas, and thus is well qualified by its experience to serve as co-counsel and conflicts counsel to the Debtors in these proceedings.

8.     In preparing for its representation of the Debtors in these chapter 11 cases, the Firm has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  The Debtors believe that the Firm is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[3]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration or the Engagement Letter, as applicable.

**Services to Be Provided**

9.      By separate application, the Debtors have asked the Court to approve the retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland") as lead counsel for the Debtors. The Firm has discussed the division of responsibilities with Kirkland and will avoid duplication of efforts.  To specifically disclose the division of labor, and to avoid unnecessary duplication of services, the Firm is proposed to primarily provide the following services for its engagement in these chapter 11 cases as local and conflicts counsel to the Debtors:

- provide legal advice and services regarding local rules, practices and procedures, including Fifth Circuit law;

- provide certain services in connection with administration of the chapter 11 cases, including, without limitation, preparing agendas, hearing notices and witness and exhibit lists, and coordinating with chambers;

- review and comment on proposed drafts of pleadings to be filed with the Court;

- at the request of the Debtors, appear in Court and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Debtors as their bankruptcy local and conflicts co-counsel;

- perform all other services assigned by the Debtors to the Firm as bankruptcy local and conflicts co-counsel; and

- provide legal advice and services on any matter on which Kirkland may have a conflict, including any conflict matters arising in these chapter 11 cases, or as needed based on specialization.

**Professional Compensation**

10.      The proposed arrangement for compensation is set forth in the Engagement Letter. *See* **Exhibit A**.  The Firm's fees are determined on the basis of time billed at hourly rates. The Firm's hourly rates vary with the experience and seniority of its attorneys and legal assistants, and are adjusted on October 1 of each year.  Work is assigned among attorneys and other professionals, including legal assistants, so as to meet the Debtors' needs, including timing requirements, in an economically efficient manner, typically resulting in a blended rate of

4

approximately $709 per hour.  The Firm did not vary from, or agree to any alternatives to, its standard or customary billing arrangements for this engagement. The Firm's current hourly rates applicable to attorneys who are or may be responsible for the work that the Firm will perform are as follows:

| Billing Category | Hourly Fee Range (USD) |
|---|---|
| Partners | $565-1,715 |
| Sr. Counsel | $385-1,050 |
| Associates | $515-850 |
| Paraprofessionals | $225-450 |

11.     These rates are consistent with rates that the Firm charges in other comparable chapter 11 cases, with no variation based upon the geographical location of a case.

12.     Expenses related to the Firm's services will be included in the Firm's applications for compensation, which may include third-party disbursements, such as travel expenses, messenger charges, filing and recording fees and other costs.  The Firm intends to bill such expenses at the Firm's cost.  Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with the Firm's standard schedule of charges. To the extent there may be large third-party disbursements, such as expert fees and expenses, mediation and arbitration fees, deposition costs and substantial travel expenses, the Firm may ask that the Debtors be responsible for paying them directly, rather than through the Firm.

13.     The Firm's customary fees and expenses incurred in connection with this representation are to be paid out of the Debtors' estates.  The Firm will apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and any other orders of the Court. The Debtors will be jointly and severally liable for all fees and expenses incurred by the Firm for services rendered to the Debtors pursuant to the Engagement Letter.

14.     In connection with execution of the Initial Engagement Letter, the Debtors paid (a) a retainer to the Firm in the amount of $250,000, which was earned upon receipt as stated in the Engagement Letter and (b) advance payment of estimated chapter 11 filing fees for the Debtors' voluntary petitions in the amount of $17,380.00.

**The Firm's Disinterestedness**

15.     To the best of the Debtors' knowledge, the JW attorneys have no interest adverse to the Debtors or to the Debtors' bankruptcy estates, and are disinterested.   The Firm has no connections with the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the United States trustee, except as disclosed in the Cavenaugh Declaration.   The Cavenaugh Declaration demonstrates that although the Firm represents and has represented several of the Debtors' creditors or affiliates of the Debtors' creditors: (i) those matters are not substantially related to these chapter 11 cases; (ii) the representations are concluded; (iii) the representation is of an affiliate; or (iv) the representations and the claims of those creditors are immaterial and *de minimis*.

16.     Additionally, the Firm currently represents entities or affiliates of such entities that may have direct or indirect claims against or interests in one or more of the Debtors on matters unrelated to the Debtors or these cases.   For the avoidance of doubt, as specified in the Cavenaugh Declaration, the Firm will not commence a cause of action in these chapter 11 cases against entities listed on **Schedule 2** that are current clients of the Firm unless the Firm has an applicable waiver on file or first receives a waiver from such entity allowing the Firm to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by Kirkland or other counsel, as appropriate.

## Basis for Relief

17.     The Debtors seek approval to retain the Firm as their co-counsel and conflicts counsel pursuant to Bankruptcy Code section 327(a), which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

18.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

19.     For all the reasons stated herein, the retention and employment of the Firm is warranted.  As stated in the Cavenaugh Declaration, the Firm is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as required by Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors, and has no connection to the Debtors, their creditors, or other parties in interest except as set forth in the Cavenaugh Declaration. Accordingly, the Debtors request that the Court approve this Application.

## Notice

20.     The Debtors have provided notice of this Motion to the following parties or their respective counsel:  (a) the U.S. Trustee; (b) counsel to the Committee; (c) the trustee under

the Convertible Notes and counsel thereto; (d) the agent under the HPS Credit Facility; (e) counsel to the DIP Lenders; (f) the agent under the DIP Facility; (g) the office of the attorney general for each of the states in which the Debtors operate; (h) the Office of the United States Attorney for the Southern District of Texas; (i) the state attorneys general for states in which the Debtors conduct business; (j) the Internal Revenue Service; (k) the Securities and Exchange Commission; and (l) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, no other or further notice is required.

The Debtors request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  October 27, 2023

*/s/ Troy Crawford*

Troy Crawford
SmileDirectClub, Inc.
Chief Financial Officer

## **Certificate of Service**

I certify that on October 27, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Matthew D. Cavenaugh
Matthew D. Cavenaugh

## Exhibit A

**Engagement Letter**



Matthew D. Cavenaugh
(713) 752-4284
mcavenaugh@jw.com

October 17, 2023

Susan Greenspon Rammelt,
Chief Legal Officer, EVP Business Affairs
SmileDirectClub, Inc.
414 Union St
Nashville, TN 37219

Re:    Amended and Restated Retention of Counsel for Chapter 11 Restructuring

Dear Ms. Rammelt:

**_GENERAL_**.  We are very pleased that you have asked us to represent SmileDirectClub, Inc., and all of its wholly or partially owned direct and indirect subsidiaries listed on Rider 1 or a supplement to this letter (collectively, the "Client") in connection with a potential in-court restructuring.  Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venture of Client or of any other entity.

This amended and restated retention letter (this "Agreement") sets forth the terms of Client's retention of Jackson Walker LLP (the "Firm") to provide legal services and constitutes an agreement between the Firm and Client (collectively, the "Parties" and each a "Party"). This Agreement sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing.

**_FEES_**.  The Firm will bill the Client at its established hourly rates for time spent on the Engagement.  Our hourly rates vary with the experience and seniority of our attorneys and legal assistants, and are adjusted by us October 1 of each year.  Naturally, we assign work among our attorneys and other professionals so as to meet the client's needs, including timing requirements, in an economically efficient manner.  The Firm's hourly rates fall in the ranges set forth in the below table:

| Billing Category | Hourly Fee Range (USD) |
|---|---|
| Partners | $565-1,715 |
| Sr. Counsel | $385-1,050 |
| Associates | $515-850 |
| Paraprofessionals | $225-450 |

October 17, 2023
Page 2

_____

Although the Firm will provide an estimate of fees to assist Client in its budgeting and planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

**_EXPENSES_**. Reasonable expenses related to our services will be included in our statements. They may include third-party disbursements, such as travel expenses, messenger charges, and filing and recording fees, and other costs, such as certain overtime assistance and special postage. The Firm will bill such expenses to the client at our cost. Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with our standard schedule of charges. To the extent there may be large third-party disbursements, such as filing fees, expert fees and expenses, mediation and arbitration fees, deposition costs, and substantial travel expenses, at our option, we may ask that the client be responsible for paying them in advance or directly to the provider. Client may request supporting documentation for any expense included on any statement and will not be required to reimburse such expense until reasonably satisfactory supporting documentation is provided.

**_STATEMENTS_**. Our statements are rendered monthly and are due upon receipt (subject to bankruptcy court approval, if and as required). If there is any question concerning a bill, we ask that it be raised within thirty (30) days. In the event that our statements are not timely paid, we reserve the right to suspend our services until satisfactory payment arrangements are made, or if necessary, to terminate such services.

**_RETAINER_**. Considering the nature and scope of the Engagement, we are requesting a $250,000 retainer at this time, which is earned upon receipt. In addition to the requested retainer, the Firm is also requesting the prepayment of $17,380.00, which are the estimated charges for filing the chapter 11 petitions for the Client entities. We anticipate applying the retainer to all outstanding fees and work in process immediately prior to a filing of any restructuring proceeding, and holding the balance until the completion of the representation. When our representation is completed, we will apply the balance of the retainer against our final statement and refund any excess to the Client.

**_CLIENT_**. In this engagement, our principal representation is of Client as local and conflicts counsel to assist Client's primary reorganization counsel, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively "K&E"). Unless specifically agreed to by us in a letter like this one, we will not be representing other persons or entities, including any directors, shareholders, officers or related entities, or their subsidiaries, affiliates, or shareholders in connection with a restructuring proceeding. Client is free to terminate this engagement at any time, as are we. If the engagement is terminated, Client will remain responsible for the payment of fees and expenses incurred until termination in accordance with this agreement, and, if court approval is required, both of us will cooperate in seeking such approval.

October 17, 2023
Page 3

_**CONFLICTS**_.  The Firm currently represents the following entities or affiliates of the following entities that may have direct or indirect claims against the Client:

> State of Texas (and all related entities)
> Exelon Entities
> ACE Insurance
> Chubb Insurance
> Liberty Mutual Insurance
> Bank of America
> Goldman Sachs
> Wells Fargo
> JPMorgan Chase Bank, NA
> US Bank
> BMO Harris Bank
> Regions Bank
> KKR
> BlackRock
> Credit Suisse

Your execution of this Agreement constitutes Client's acknowledgement of the Firm's ongoing relationship with these entities and Client's waiver of any actual or potential conflict with the Firm's continuing representation of these entities in matters unrelated to the Engagement. In addition, you acknowledge that the Firm's representation of the Client will carve out any matters or issues directly adverse to these existing Firm clients, or to other existing Firm clients that may be identified as the representation progresses, and that any such issues will be handled by K&E or other conflicts counsel as the case may be, except as set forth in a separate written agreement amongst Client, the Firm, and these entities.

The Firm and Client understand and agree that this is not an exclusive agreement, and Client is free to retain any other counsel of Client's choosing.  We recognize that we shall be disqualified from representing any other client with interest materially and directly adverse to Client's (i) in any matter which is substantially related to our representation of the Client and (ii) with respect to any matter where there is a reasonable probability that confidential information furnished to us could be used to the Client's disadvantage.  Client understands and agrees that, with those exceptions, we are free to represent other clients, including clients whose interests may conflict with the Client's in litigation, business transactions, or other legal matters.  Client agrees that our representing Client in this matter will not prevent or disqualify us from representing clients adverse to Client in other matters and that Client consents in advance to our undertaking such adverse representations.

October 17, 2023
Page 4

---

**SPECIAL CONFLICTS COUNSEL**.  The Firm may engage outside counsel to serve as special conflicts counsel where K&E and the Firm both have actual or potential conflicts ("Special Conflicts Counsel"), as the need may arise.

**CELL PHONE AND E-MAIL COMMUNICATION**.  The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys occasionally communicate with their clients and their clients' professionals and agents by cellular telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cellular telephones with Client or Client's professionals or agents.

The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

**RESTRUCTURING CASES**.  If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule").  The Firm will give Client a draft of the Disclosure Schedule once it is available.  Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

**NO GUARANTEE OF SUCCESS**.  It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee. Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

**CONTACT PERSON**.  Unless you or the Client otherwise direct, I will be your principal contact at this Firm.  However, if at any time you wish to address concerns regarding this

October 17, 2023
Page 5

engagement with someone other than me, please feel free to contact Wade Cooper, our Managing Partner.

**_GOVERNING LAW_**. This engagement will be governed by Texas law. In addition, there may be times when we hold or transfer money on the client's behalf. In those situations, our relationship will also be subject to a variety of Texas and U.S. government requirements, including reporting requirements.

**_MISCELLANEOUS._** This Agreement sets forth the Parties' entire agreement for rendering professional services. It can be amended or modified only in writing and not orally or by course of conduct. Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding. This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it. If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable. Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client.

We will do our best to provide Client with the legal services reasonably necessary to achieve a result satisfactory to Client. However, the outcome of any transaction or lawsuit is subject to uncertainties and risks, and we make no promises or guarantees concerning the outcome. Once again, we are very pleased to have the opportunity to represent the Client. Please confirm acceptance of the terms of our engagement by signing a copy of this letter in the space provided below, and return a copy to me along with the requested retainer. For your reference I have included an invoice with wiring instructions.

**_CLIENT BILLING GUIDELINES._** Except to the extent there is a conflict with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, any local rule or complex procedure, or court order, the Firm will use commercially reasonable efforts to comply with the Client's _Outside Counsel Billing Guidelines Effective January 1, 2019_.

Sincerely

Matthew D. Cavenaugh

Agreed to and accepted this  18th  day of October 2023.

October 17, 2023
Page 6

---

By SMILEDIRECTCLUB, INC., on behalf of all wholly or partially owned direct and indirect subsidiaries:

By: _____

Name: Susan Greenspon Rammelt

Title: Chief Legal Officer

THE STATE BAR OF TEXAS INVESTIGATES AND PROSECUTES PROFESSIONAL MISCONDUCT COMMITTED BY TEXAS ATTORNEYS. ALTHOUGH NOT EVERY COMPLAINT AGAINST OR DISPUTE WITH A LAWYER INVOLVES PROFESSIONAL MISCONDUCT, THE STATE BAR'S OFFICE OF GENERAL COUNSEL WILL PROVIDE YOU WITH INFORMATION ABOUT HOW TO FILE A COMPLAINT. PLEASE CALL 1-800-932-1900 TOLL-FREE FOR MORE INFORMATION.

## <u>Rider 1</u>
### Subsidiaries of SmileDirectClub, Inc. Party to the Engagement Letter

SDC Financial LLC
Access Dental Lab, LLC
SmileDirectClub, LLC
SmileFarm, LLC
CAMF II, LLC
SDC Holding, LLC
SDC Plane, LLC
SDC U.S. SmilePay SPV
Ortho Lab Services, LLC

## Exhibit B

**Cavenaugh Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SMILEDIRECTCLUB, INC., *et al.*,[1] | ) | Case No. 23-90786 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF MATTHEW D. CAVENAUGH**
**IN SUPPORT OF THE DEBTORS' APPLICATION TO RETAIN AND EMPLOY**
**JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

The undersigned proposed attorney for the above-captioned debtors and debtors-in-possession hereby submits this verified statement of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1.      My name is Matthew D. Cavenaugh.  I am over the age of 18 years, I am competent to make this declaration, and I have personal knowledge of the facts stated herein.  Each and every statement contained herein is true and correct.

2.      I am an attorney admitted to practice in the State of Texas and in this Court.

3.      I am a partner in the law firm of Jackson Walker LLP (the "Firm").  The Firm maintains offices for the practice of law in seven Texas cities including one at 1401 McKinney Street, Suite 1900, Houston, Texas 77010.  The Firm's main telephone number is (713) 752-4200 and the Firm's main facsimile number is (713) 752-4221.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SmileDirectClub.  The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

4.     In conjunction with the Debtors'[2] retention of the Firm, I directed a search of the Firm's conflicts system for each of the Debtors' creditors and insiders (the "Potential Parties in Interest") that are listed on **Schedule 1**.

5.     The Firm may represent affiliates of the Potential Parties in Interest whose identities and affiliation did not show up on the conflicts system.  It is possible that there are creditors whom the Debtors did not identify in their records that are clients of the Firm.  The following summarizes the findings gleaned from my review of the information available on the Firm's conflicts system divided into current clients of the Firm that are also creditors of the Debtors, former clients and affiliates of current clients of the Firm that are also creditors of the Debtors, and the Firm's connections with the Debtors and their current and former officers, directors, and professionals.

**A.     The Firm's Prior Relationship to the Debtors**

6.     The Firm and the Debtors entered into an engagement letter on September 13, 2023, *i.e.*, the Initial Engagement Letter, which the Firm and the Debtors amended and restated on October 17, 2023, *i.e.*, the Engagement Letter.  In connection with execution of the Initial Engagement Letter, the Debtors paid (a) a retainer to the Firm in the amount of $250,000.00, which was earned upon receipt as stated in the Engagement Letter and (b) advance payment of estimated chapter 11 filing fees for the Debtors' voluntary petitions in the amount of $17,380.00.

**B.     Current Clients of the Firm that are Creditors of the Debtors**

7.     The Firm currently represents, or has represented, entities or affiliates of entities that may have direct or indirect claims or interests against one or more of the Debtors, which are listed on the attached **Schedule 2**.  The Firm's ongoing representation of the **Schedule 2** entities that are denoted as current clients do not involve or relate to the Debtors or these cases.  The

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application or the Engagement Letter, as applicable.

determination of whether a client is a "previous client" is based on the date of last activity in the Firm's billing software system being five (5) years or more prior to the Petition Date herein, or the engagement of that client as having been concluded or terminated.  The designation of a previous client may not foreclose a continuing attorney-client privilege.

8.     The Firm will not commence a cause of action in these chapter 11 cases against entities listed on **Schedule 2** that are current clients of the Firm unless the Firm has an applicable waiver on file or first receives a waiver from such entity allowing the Firm to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by Kirkland or other counsel, as appropriate.

9.     None of the current clients identified on **Schedule 2** individually represent more than 2% of the Firm's annual revenue.

10.    The Firm previously represented, but does not currently represent, other potential creditors or affiliates of potential creditors of the Debtors as reflected on **Schedule 2**.

**C.     Creditors of the Debtors that are Adverse to the Firm's Clients**

11.    The Firm represents, or has represented in the past, clients that are adverse or potentially adverse to numerous creditors (or affiliates of creditors) of the Debtors.

**D.     The Firm's Connections with the Debtors, Officers, and Professionals**

12.    Luci Johnson-Davis, with the U.S. Trustee's Office in Houston, was previously employed by the Firm.

13.    Rebecca Blake Chaikin, a partner in the Firm's bankruptcy group, recently began dating Chad Husnick, a partner in the Kirkland & Ellis LLP ("**K&E**") restructuring group.  Prior to joining Jackson Walker in April 2022, Ms. Chaikin was a partner in the K&E restructuring group.  Ms. Chaikin and Mr. Husnick did not begin dating until well after Ms. Chaikin left K&E

3

and joined the Firm. Ms. Chaikin does not work, and will not work, on cases where Mr. Husnick is involved. Likewise, Mr. Husnick does not work, and will not work, on cases where Ms. Chaikin is involved. I do not believe that Ms. Chaikin's relationship with Mr. Husnick affects the Firm's disinterestedness under the Bankruptcy Code.

14.     The Firm has in the past had, and is likely in the future to have, common clients and connections with the Debtors' prepetition and postpetition attorneys, accountants and other professionals. None of those connections are material or present any conflict of interest.

15.     Except as set forth herein, neither I nor the Firm have had any connection with the above-named Debtors, or insiders or affiliates of the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the United States trustee, and the Firm and I are disinterested persons within the meaning of Bankruptcy Code section 101(14), to the best of my knowledge.

16.     The Firm will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, the Firm will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

E.     **Statement Regarding United States Trustee Guidelines**

17.     The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with Bankruptcy Code sections 330 and 331, and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules and any other applicable procedures and orders of the Court.

F.     **Attorney Statement Pursuant to the U.S. Trustee Fee Guidelines**

18.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines:

**Question**:     Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?

**Answer**:     No.  The Firm and the Debtors have not agreed to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement. The rate structure provided by the Firm is appropriate and is not significantly different from (a) the rates that the Firm charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

**Question**:     Do any of the Firm professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 cases?

**Answer**:     No.  The hourly rates used by the Firm in representing the Debtors are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

**Question**:     If the Firm has represented the Debtors in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If the Firm's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:     My hourly rate is $1,150.00.  The rates of other attorneys in the Firm range from $515.00 to $1,715.00 an hour and the paraprofessional rates range from $225.00 to $450.00 per hour.  The Firm represented the Debtors during the weeks immediately before the Petition Date, using the foregoing hourly rates.

**Question**:     Have the Debtors approved the Firm's budget and staffing plan, and if so, for what budget period?

**Answer**:     The Firm has not prepared a budget and staffing plan.

19.     The Firm will periodically review both the changes in identifiable parties in interest of the Debtors and clients of the Firm as such information becomes available or relevant, and will update this disclosure as appropriate.

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this October 27, 2023.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

## Schedule 1

**Schedule of Searched Parties**

# SCHEDULE 1[1]

## List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors and Non-Debtor Affiliates |
| 1(b) | Directors and Officers |
| 1(c) | Equity Shareholders |
| 1(d) | Banks |
| 1(e) | Debtor and Creditor Restructuring Professionals |
| 1(f) | Insurance |
| 1(g) | Landlords |
| 1(h) | Lenders, Agents, Indenture Trustees, and/or Other Debtholders |
| 1(i) | Lienholders |
| 1(j) | Litigation Parties |
| 1(k) | Marketing Process Parties |
| 1(l) | Taxing Authorities |
| 1(m) | Top 60 Vendors and Unsecured Creditors |
| 1(n) | U.S. Trustee Office Personnel, Judges, and Court Staff |
| 1(o) | Utility Providers |

---

[1]   Pursuant to the *Order (I) Waiving the Requirement to File a List of Equity Security Holdings, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (IV) Granting Related Relief* [Docket No. 70] and the *Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Declarations and (II) Granting Related Relief* [Docket No. 185], the names of individuals and the confidential marketing process parties listed in the schedules to the Cavenaugh Declaration are being redacted.  An unredacted version of the Cavenaugh Declaration will be contemporaneously provided to the Court, U.S. Trustee, and counsel to the Committee.

# SCHEDULE 1(a)

## Debtors and Non-Debtor Affiliates

Access Dental Lab LLC
CAMF II LLC
Danny Blaine Leeds, DDS Dentistry PC
Dowling, David, DDS
Dr. Brian Nelson, a Professional Corp.
Dr. Shivesh Ruparelia Dental Corp. (British
  Columbia)
Dr. Shivesh Ruparelia Dental Corp.
  (Manitoba)
Dr. Shivesh Ruparelia Dentistry PC
Dr. Shivesh Ruparelia PC
Dr. Walter Heidary Dentistry (NS)
  Professional Inc.
Dr. Walter Heidary Dentistry PC
Dre. Layal Ksaybi Dentiste Inc.
Eric Buck, DDS of Maryland PC
Garrett Oka, DDS of Nebraska PC
Gary Nathan Moore, DDS PC
Jeffery A. Sulitzer, DMD PC
Jeffrey Sulitzer, DMD PC
Kenneth Steven Wolf, DDS PC
Mia Burney Dentistry of Delaware PA
Ortho Lab Services LLC
Robert Kreashko, DDS PC
S.E.L.A.S. de Chirugien Dentiste Mi Risus
SDC Canada Inc.
SDC Financial LLC
SDC Holding LLC
SDC Plane LLC
SDC U.S. SmilePay SPV
Shivesh Ruparelia PC
Smile Dentistry of Hawaii PC
Smile Dentistry of Puerto Rico PC
Smile of Arizona PC
Smile of Colorado PC
Smile of Florida PA
Smile of Georgia PC
Smile of Minnesota PC
Smile of New Jersey PA
Smile of Ohio Inc.
Smile of Oklahoma PC
Smile of Pennsylvania PC

Smile of Rhode Island PC
Smile of South Dakota PC
Smile of Tennessee PC
Smile of Vermont PC
Smile of Washington, D.C. PC
Smile of Wyoming PC
SmileDirectClub AUS Pty. Ltd.
SmileDirectClub DEU GmbH
SmileDirectClub Foundation
SmileDirectClub FR SARL
SmileDirectClub HK Ltd.
SmileDirectClub HK Ltd., Taiwan Branch
SmileDirectClub Inc.
SmileDirectClub Inc. PAC
SmileDirectClub IRL Ltd.
SmileDirectClub LLC
SmileDirectClub Mexico S. de RL de CV
SmileDirectClub Mexico Servicios S. de RL
  de CV
SmileDirectClub NLD BV
SmileDirectClub NZ
SmileDirectClub SA
SmileDirectClub Singapore Pte. Ltd.
SmileDirectClub Spain SL
SmileDirectClub UK Ltd.
SmileFarm LLC
Smiles Made Here of Arkansas PA
Smiles Made Here of Australia Pty. Ltd.
Smiles Made Here of Indiana PC
Smiles Made Here of Mexico SC
Smiles Made Here of New Hampshire PC
Smiles Made Here of Texas PC
Smiles Made Here of UK Ltd.
Smiles of Australia Pty. Ltd.
Smiles of Costa Rica SRL
Smiles of Ireland
Smiles of Netherlands BV
Smiles of New Zealand
Smiles of Spain SLP
SpaDirectClub LLC
Woollahra Dental Pty. Ltd.

# SCHEDULE 1(b)

## **Directors and Officers**

Cicurel, Steven
Crawford, Troy
Dmitrief, Alex
Fenkell, Alexander
Katzman, David
Katzman, Jordan
Katzman, Randi
Katzman, Steven
Long, Genevieve
Rammelt, Susan Greenspon
Skinner, Justin
Stokes, Alvin
Sulitzer, Jeffrey
Wallman, Richard F.
Ward, Ted
Wertz, Kevin
Williams, Linda

# SCHEDULE 1(c)

### **Equity Shareholders**

Alexander J. Fenkell 2018 Irrevocable Trust
BlackRock Institutional Trust Co. NA
David B. Katzman 2009 Family Trust DTD
DBK Investments LLC DTD 9/7/2018
Jordan M. Katzman 2018 Irrevocable Trust DTD 6/14/2018 - JM Katzman Investments
Prentice Capital Management LP
Vanguard Group Inc., The

# SCHEDULE 1(d)

## **Banks**

ASB Bank Ltd.
BAC Credomatic Inc.
Bank of America NA
Deutsche Bank AG
JPMorgan Chase & Co.

## SCHEDULE 1(e)

### Debtor and Creditor Restructuring Professionals

Centerview Partners LLC
Ducera Partners LLC
FisherBroyles LLP
FTI Consulting Inc.
Kirkland & Ellis LLP
Kirkland & Ellis Inernational LLP
Kroll Restructuring Administration LLC
Latham & Watkins LLP
Paul Weiss Rifkind Wharton & Garrison LLP
PricewaterhouseCoopers LLP

# SCHEDULE 1(f)

### **Insurance**

AIG
Allied World Assurance Co. Holdings Ltd.
Ambridge Partners LLC
Arch Insurance Co.
Beazley plc
Berkley
Chubb Ltd.
Cincinnati Insurance Co.
CNA
Everest Indemnity Insurance Co.
Hartford
Hiscox Ltd.
Multinational Insurance Co.
Nationwide Mutual Insurance Co.
NFP Property & Casualty Services Inc.
Philadelphia Indemnity Insurance Co.
Talbots
Tokio Marine HCC
XL Specialty Insurance Co.

# SCHEDULE 1(g)

## Landlords

11 S. 12th Level Office LLC
16031 Partners Ltd.
17th & Larimer LLC
1900 M LLC
2001 Associates LLC
201 East 61 LLC
222 Exhibition St Pty Ltd.
242 Gramercy Fifth LLC
320 West 135 Street LLC
606 Liberty Level Office LLC
640 North Wells LLC
A.S. Watson Retail (HK) Ltd.
Alcomed SL
[Individual – Redacted]
AmREIT Uptown Dallas LP
AMS Salon I LLC
ASE Management Woodfield LLC
Aventurin Betriebs GMBH
Ayusa Marketing Co. Inc.
Badger LLC
Ballindamm 40 Tenant GmbH
Barratte Investment Management Co. Ltd.
Barrister Executive Suites Inc.
Bellevana LLC
Bello Salon Suites
Bevendale Pty Ltd.
Bevill Inc.
Blue Boat Suite Management
BRE Mariner Ross Plaza LLC
Brickyard
Bullring Ltd.
Camisclor S.L
CBRE (C) Pty Ltd.
CBRE Ltd.
Chas Hawkins Co. Inc.
Commerz Real Investment GmbH
Condominio WTC CD De Mexico AC
Connect Hub Coworking
Cosmident SL
CoSuite LLC
CPUS KOP Town Center LP
Cummin Development LLC

CVS Pharmacy Inc.
Daito Trust Construction Co. Ltd.
Dashmote BV
Davy Target Developments Ltd.
DCM Group Ltd.
Delancey Walnut 2016 LLC
Denali Management Inc.
Denta Beaute Zahnmedizin
Dental 365 Utrecht BV
Dentalcorp Health Services ULC
Depot Lab
Drake Pacer Bakertown Acquisition LLC
DTDL Ltd.
Dublin City Council
Engel Properties Invest SL
Falco 70-72 Investments Ltd.
Fallon Investment Corp.
[Individual – Redacted]
Fountain Investments LLC
FR5 LLC
Friedman Real Estate Management LLC
Gather Workspaces
[Individual – Redacted]
[Individual – Redacted]
Hashkaot Investment Relations LLC
Hewlett-Packard Financial Services Co.
Hone Coworks
Howley Salon Group LLC
Huddle Office Workplace
IA Atlanta Buckhead LLC
IBP Suites
Indivision 3 Arigoni
Inmobiliaria Inter SA
Inmobiliaria Segura y Rentable SA
InmoKing Real Estate SA
Integer Inc.
Inverfago SLU
iQ Office 1055 West Georgia Inc.
IW Group Services (UK) Ltd.
Jefferson SoLA LLC
Jet Office LLC
JustCo (Singapore) Pte. Ltd.

Kent County Council Superannuation Fund
Kermit C. Stengel Co.
Knight Frank Australia Pty. Ltd.
KNOWN Coworking LLC
Lagerbox Frankfurt GmbH
Lancaster Coworking LLC
Land Securities Trinity Ltd.
Launch Pad Hahne LLC
Legacy Salons
Lichfield Holdings Ltd.
LS Buchanan Ltd.
M&M Office Group LLC
M&N Salons LLC
Macbro P LLC
[Individual – Redacted]
Marc Duvivier Consultancy Ltd.
[Individual – Redacted]
Medicare-Beauty GmbH
Mid South Professional Holdings LLC
MITSA Pty Ltd.
MIX Salon Studios South Ridge
MKMR Properties LLC
[Individual – Redacted]
Montreal Cowork Inc.
Morgan Legacy Ventures Inc.
Mount Eden Land Ltd.
MY SALON Suite
MY SALON Suite of Glen Ellyn
[Individual – Redacted]
NextGen Offices Inc.
NW Met LP
NW UK (Pure Offices) Ltd.
Office Evolution
Office Evolution Central Texas
Office Villas LLC
[Individual – Redacted]
Olsworth Holdings Ltd.
OrangeTwist LLC
Pacific Workplaces
[Individual – Redacted]
Paseo Caribe Commercial LLC
Phenix Salon Suites
Phenix Salon Suites Orange
Phenix Salons of Paramus LLC
Plaza West Covina LP
[Individual – Redacted]

[Individual – Redacted]
PopUp Immo Ltd.
Premier Workspaces
Prologis Targeted US Logistics Fund LP
Puerto Venecia
QIC Epping Pty Ltd.
Regus Group Ltd.
Renta Antigua Lopez Brea SL
Republic Workspace
Rigel 2005 Gestión Inmobiliaria SA
[Individual – Redacted]
RW Apache LLC
Salon Concepts Master LLC
Salon Lofts Group LLC
Salon Plaza Enterprises LLC
Salons by JC
Salons by JC - High Point/Greensboro
Salons by JC - Seattle
Salons by JC Tulsa
[Individual – Redacted]
Satpurush Inc.
SBJC Brandon Inc.
Scentre Shopping Centre Management Pty Ltd.
Scentre Sydney No 1 Pty Ltd.
Schaefer & Wunsch Immobilienmanagement GmbH
SelfStorage Dein Lager LV GmbH
Serendipity Labs Orlando
Servcorp Hong Kong Ltd.
Servcorp Parramatta Pty Ltd.
Shared Office Partners LLC
Shoppers Drug Mart Inc.
Shorenstein Realty Investors Twelve LP
[Individual – Redacted]
Smile Brands Inc.
Sociedad Azucarera Larios Patrimonio SL
Sola Birmingham LLC
Sola Freedom LLC
Sola Houston 1 LLC
Sola Orem LLC
Sola Salon Studios
Sola Salon Studios Highland Park
Sola Salon Studios LLC
Sola Salon Studios Pittsburgh PA
Sola Salons Los Angeles LLC

Sola Salons Royal Oak LLC
Sola Sugar House LLC
Spaceman Ventures LLC
Specialita Italo - Iberica SL
Startway Partners
Stephens Green Administration Ltd.
Storefront, The
Stratford City Shopping Centre
Studio Group Partners LLC
Suite Life WI II LLC, The
Sweet Season Pty Ltd.
Terrace Tower USA-Portland LLC
Thor 17 West 125th Street LLC
Thor Atlantic Gardens LLC
Tram Lease Ltd. Trustee
TSG Realty
Twelve Orchards Corporate
    Center Associates LLC
Union Cowork LLC
URBI Investment 2 Sub G BV
[Individual – Redacted]
Venture X Capital Inc.
Vicinity Real Estate License Pty Ltd.
Vickery Village Office Suites LLC
Walgreen Co.
Wal-Mart Canada Corp.
Waterfront A LLC
Westchester Business Center LLC
Weston Office Solutions Ltd.
WeWork Inc.
WeWork Paris I Tenant SAS
WeWork PHL
Work Nicer Coworking
Workbar LLC
Worklab by Custer
Workman LLP
WSL-Philips Plaza LLC
Wulfe Management Services Inc.
WW Worldwide CV
XPO Transport Solutions UK Ltd.
[Individual – Redacted]
[Individual – Redacted]

# SCHEDULE 1(h)

## Lenders, Agents, Indenture Trustees, and/or Other Debtholders

Aequim Alternative Investments LLC
Alexander Fenkell Revocable Trust Dated October 21, 2016
Aristeia Capital
AS Birch Grove
Baillie Gifford & Co.
Camelot Venture Group LLC
Context Capital
D.E. Shaw & Co. LP
David Katzman Revocable Living Trust U/A/D June 9, 1989
Davidson Kempner Capital Management LP
DBK Investments LLC
Fort Baker Capital Management LP
Healthcare Finance Direct LLC
Highbridge Capital
HPS Investment Partners LLC
Hudson Square Capital
Jordan M. Katzman Revocable Trust Dated June 14, 2018
JM Katzman Investments LLC
Lazard Ltd.
Linden Advisors LP
LMR Partners
Marshall Wace LLP
Millennium Management LLC
Murchinson Ltd.
Opti Capital Management LP
P. Schoenfeld Asset Management LP
Redwood Capital
Weiss Asset Management LLC
Whitebox Advisors LLC
Wolverine Asset Management LLC

# SCHEDULE 1(i)

## **Lienholders**

Bank of the West
Caraustar Recycling
CDW Payment Resources
Cluster Holdco LLC
Material Handling Inc.
Robert Reiser & Co. Inc.
TCW Asset Management Co. LLC
TCW Asset Management LLC

# SCHEDULE 1(j)

## Litigation Parties

Align Technology Inc.
[Individual – Redacted]
[Individual – Redacted]
Candid Care Co.
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
Illinois, State of, Department of Professional Regulation
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]
[Individual – Redacted]

# SCHEDULE 1(k)

## **Marketing Process Parties**

[Filed Under Seal]

# SCHEDULE 1(l)

## Taxing Authorities

Agilio Dental iLearn CODEplan Ltd.
Alameda, City of (CA)
Alaska, State of, Department of Revenue &
    Tax Division
Arlington, City of (TX)
Arsene Taxand
Artesia, City of (CA)
Atlanta, City of (GA)
Better Business Bureau of Middle
    Tennessee Inc., The
Bexar, County of (TX)
BghU Belastingen
Boca Raton, City of (FL)
Brookfield, City of (WI)
Cannock Chase Public
Chandler, City of (AZ)
Cherry Hill, City of (NJ)
Chicago, City of (IL)
Cleveland, City of (OH)
Colorado, State of, Department of Law
Columbia, City of (TN), Industrial
    Develoment Board
Daly, City of (CA)
Davidson, County of (TN)
Downey, City of (CA)
Duval, County of (FL)
Eastvale, City of (CA)
Flourtown, City of (PA)
Forsyth, County of (NC)
Fort Myers, City of (FL)
Glendale, City of (CA)
Hamburg Chamber of Commerce Inc.
High Point, City of (NC)
Highland Park, City of (IL)
Hillsborough, County of (FL), Board of
    County Commissioners
Houston, City of (TX), Sign Administration
Indiana, State of, Department of Financial
    Institutions
Instituto Mexicano del Seguro Social
Instituto Nacional de Seguros
Jeffersontown, City of (KY)

Justizkasse Hamburg
Kasse.Hamburg
King of Prussia, City of (PA)
Lee, County of (NC)
Leeds City Council
Long Beach, City of (CA)
Los Angeles, City of (CA)
Los Angeles, City of (CA), Department of
    Treasurer & Tax Collector
Macomb, County of (MI), Treasurer
Manchester City Council
Maryland, State of, Comptroller
Medford, City of (OR)
Miami, City of (FL)
Missouri, State of, Division of Finance
Multnomah, County of (OR)
Newham, London Borough of
Newport Beach, City of (CA)
Norfolk, City of (VA)
Norfolk, City of (VA), Treasurer
North Carolina, State of, State Board of
    Dental Examiners
Oakland, County of (MI), Treasurer
Ohio, State of, Bureau of Workers'
    Compensation
Orland Park, City of (IL)
Orlando, City of (FL)
Palm Beach Gardens, City of (FL)
Palm Beach, County of (FL), Tax Collector
Paramus, City of (NJ)
Portland, City of (OR)
PROCOMER
Quebec, Province of (Canada), Department
    of Revenue
Quebec, Province of (Canada), Minister of
    Revenue
Sacramento, County of (CA)
Salt Lake City, City of (UT)
San Diego, City of (CA)
San Juan, City of (Phillipines), Municipal
    Treasurer
Santa Ana, City of (CA)

Schaumburg, City of (IL)
South Carolina, State of, Department of
    Consumer Affairs
St. Louis, City of (MO)
Steuerkasse Hamburg
Summit, City of (NJ)
Tennessee, State of, Department of
    Economic Development
Tennessee, State of, Secretary of State
    Business Services Division
Tesorería General del Ayuntamiento de
    Madrid
UDG GmbH
United States, Government of the,
    Department of Labor & Industries
United States, Government of the,
    Department of Labor & Workforce
    Development
United States, Government of the,
    Department of the Treasury
Ventura, County of (CA), Treasurer - Tax
    Collector
Washington, State of, Department of
    Ecology
Wisconsin, State of, Department of
    Financial Institutions

## SCHEDULE 1(m)

### Top 60 Vendors and Unsecured Creditors

Aetna Life Insurance Co.
Align
Allied Universal Security Services
Amazon Web Services Inc.
American Express
Amobee Inc.
Ankura Consulting Group LLC
Apical Service LLC
Barrett Distribution Centers LLC
Benesch Attorneys at Law
Bixby International Corp.
CDW Direct
Commission Junction
Compunnel Software Group Inc.
Corporate Eagle Management Services Inc.
Coupa Software Inc.
Dash BPO LLC
Ernst & Young LLP
FedEx
Five9
Foley & Lardner LLP
Gen.G Esports
Globant LLC
Google Inc.
Heraeus Kulzer LLC
Horizon Media Inc.
HP Inc.
King & Spalding LLP
Legility LLC
LTIMindtree Ltd.
Merkle Inc.
Multi Packaging Solutions Inc.
NFP Property & Casualty Services Inc.
PJT Partners LP
PowerInbox
Premier Service Co.
Qentelli LLC
Salesforce.com
ServiceNow Inc.
Shenzhen Risun Technology Co. Ltd.
Shopify
Skadden Arps Slate Meagher & Flom LLP

Smartly.io Solutions Inc.
Smile Stream
Snowflake
Sullivan & Cromwell LLP
Sun Life Assurance Co. of Canada
Tango Card Inc.
TANGOE US Inc.
TikTok Inc.
Troutman Pepper Hamilton Sanders LLP
Twilio Inc.
UPS Supply Chain Solutions Inc.
Westrock CP LLC
Wilmington Trust NA
Zest Dental Solutions
Zeta Global Corp.

# SCHEDULE 1(n)

## U.S. Trustee Personnel, Judges, and Court Staff

Barcomb, Alicia
Caluza, Alethea
Castro, Ana
Chavez, Jeannie
Chilton, Samantha
Conrad, Tracey
Do, LinThu
Duran, Hector
Epstein, Kevin M.
Garza, Vianey
Gerhard, Ivette
Henault, Brian
Isgur, Marvin
Jimenez, Andrew
Johnson-Davis, Luci
Laws, Tyler
Lopez, Christopher M.
Martinez, Zilde
Motton, Linda
Nguyen, Ha
Norman, Jeffrey P.
Otto, Glenn
Rios, Mario
Rivera, Yasmine
Rodriguez, Eduardo V.
Roy, Casey
Ruff, Jayson B.
Rust, Kendra
Saldana, Rosario
Sall, Millie Aponte
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Thomas-Anderson, Sierra
Travis, Christopher R.
Waxton, Clarissa
Whitworth, Jana

# SCHEDULE 1(o)

## Utility Providers

ABB Inc.
ACC Business
Action Carting Environmental Services Inc.
Adesias
AGL Energy Ltd.
Alestra Mexico
Alpha Dot Net Inc.
Ameren Missouri
AmREIT Uptown Plaza Dallas LP
Appliance Tagging Services Pty Ltd.
Aseguradora del Itsmo (ADISA) SA
AT&T
AT&T Mexico LLC
AT&T Mobility
AT&T Mobility Puerto Rico
Atmos Energy Corp.
Avid Waste Systems Inc.
BES Commercial Electricity Ltd.
Beverly Hills, City of (CA), Utility Billing
Blue Sat Servicios Administrativos de
    Telecomunicaciones SA
Charter Communications Inc.
Columbia Power & Water Systems
Columbus Networks de Costa Rica SRL
Comcast Corp.
Comision Federal de Electricidad (CFE)
Compania Nacional de Fuerza y Luz SA
Condominio Escazu Village Vertical
    Comercial Residencial y de Oficinas
conEdison
Contact Energy Ltd.
Corporate Services Consultants LLC
Costa Rica Internet Service Provider SA
Cox Business
CTS Norte SL
DCM Management The Crossings
EDF Energy Ltd.
Entrust Energy Payment Center
Everflow Ltd.
Eversource Energy
Excell Network Solutions Ltd.
Florida Power & Light Co.

Ford Fuels Ltd.
FPL
Frontier
Georgia Natural Gas Co.
Georgia Power Co.
Globalgig
GoTo Communications Inc.
Granite Telecommunications
Hezelaer Energy Service
Holaluz Clidom SA
IBP Suites LLC
Instituto Costarricense de Electricidad
Junta Administrativa del Servicio Electrico
    Municipal de Cartago (JASEC)
Knightguard Ltd.
LACNIC
Level 3 Communications
Liberty Mobile Puerto Rico
Lubbock, City of (TX), Utilities
Maetrics Ltd.
Mean Green Pest Pros
Metro Water Services
Metropolitan Realty Co. LP
Millicom Cable Costa Rica SA (TIGO)
Nashville Electric Service
Niagara Regional Broadband Network Ltd.
NV Energy Inc.
NW Met LP
O'Keefe Group LLC, The
Origin
Pacific Workplaces Walnut Creek
Parque 506 SA
PECO Inc.
Pedernales Electric Cooperative Inc.
Pepco
PG&E Corp.
Philadelphia Gas Works
Philly-Wide Disposal Co.
Piedmont Natural Gas
Plant Tours Communications Co.
Plaza Chipinque AC
Potomac Electric Power Co.

Reliant Energy Retail Services LLC
Republic Services Inc.
Retail Utilities Solutions Ltd.
Rhythm Ops LLC
Safety-Kleen Inc.
Shaw Business Solutions
Shepherd Investors LP
Sierra Wireless America
SmartestEnergy Ltd.
Southern California Edison Co.
Spectrum
Spire Inc.
SSE Airtricity Ltd.
Stratford CCH Ltd.
Stratford Utilities Ltd.
Tampa Electric Co.
TANGOE US Inc.
TECO
TECO Energy Inc.
Telecable Empresarial
Time Warner Cable
Urbanizadora HJH del Este SA
Utility Billing Services
Veolia ES Technical Solutions LLC
Veolia Recycling & Recovery Pty Ltd.
Verizon
Verizon Wireless
Virgin Media Ireland Ltd.
Waste Management of Nashville Hauling
White City CCH Ltd.
Windstream Services LLC
WM Corporate Services Inc.
Ziggo Zakelijk Services BV

**Schedule 2**

| Entity Name Searched In Database | Relation of Entity Searched to Debtors | Name of Entity / Entity Affiliate that is/was a JW Client | Status of Client Representation |
|---|---|---|---|
| AIG | Insurance | AIG Aerospace Adjustment Services, Inc. | Client |
| | | AIG Global Real Estate Investment Corp. | Client |
| Amazon Web Services, Inc. | Vendor | Amazon.com, Inc. | Previous Client |
| | | Anchor Claims Management, Inc. [Amazon.com Services, LLC is beneficiary of client work] | Client |
| ASB Bank Ltd. | Bank | ASB 2015 GST Trust | Client |
| AT&T AT&T Mexico LLC AT&T Mobility AT&T Mobility Puerto Rico | Utility Provider | AT&T Corporation | Previous Client |
| | | AT&T Mobility LLC | Previous Client |
| | | Southwestern Bell Telephone Company d/b/a AT&T Tex | Client |
| | | RLG Consulting [affiliate] | Client |
| | | DIRECTV Group, Inc. [affiliate] | Client |
| ATMOS Energy Corp. | Utility Provider | ATMOS Energy Corporation | Client |
| Bank of America NA | Bank | Bank of America, N, A. | Client |
| | | Bank of America, N, A. Trustee | Client |
| | | Bank of America Merrill Lynch | Client |
| Beazley plc | Insurance | Beazley Group | Client |
| Berkley | Insurance | Berkley Healthcare | Client |
| Bexar, County of (TX) | Taxing Authorities | Bexar County | Previous Client |
| Blackrock Institutional Trust Co. NA | Equity Shareholder | Blackrock | Client |
| CBRE (C) Pty Ltd. CBRE Ltd. | Landord | CBRE, Inc. | Previous Client |
| Chubb Ltd. | Insurance | Chubb & Son | Client |
| | | Chubb Executive Risk | Client |
| | | Chubb Insurance of Europe SE | Client |

| Entity Name Searched In Database | Relation of Entity Searched to Debtors | Name of Entity / Entity Affiliate that is/was a JW Client | Status of Client Representation |
|---|---|---|---|
| CAN | Insurance | CAN/PRO [potential affiliate] | Previous Client |
| conEdison | Utility Provider | Con Edison Development | Client |
| CVS Pharmacy Inc | Landlord | CVS Pharmacy, Inc. | Previous Client |
| Davidson Kempner Capital Management LP | Lender | Davidson Kempner Capital Management, LLC | Previous Client |
| DCM Group Ltd. | Landlord | DCM JV, LLC [potential affiliate] | Client |
| DCM Management The Crossings | Utility | DCM JV, LLC [potential affiliate] | Client |
| D.E. Shaw Co. LP | Lender | D.E. Shaw Renewable Investments | Client |
| Deutsche Bank AG | Bank | Deutsche Bank | Previous Client |
| EDF Energy Ltd. | Utility | EDF Trading North America, LLC [affiliate] | Client |
| Entrust Energy Payment Center | Utility | Entrust Energy | Client |
| Everest Indemnity Insurance Co. | Insurance | Everest Group | Client |
| FedEx | Vendor | FedEx Freight, Inc. | Client |
| Georgia Power Co. | Utility Provider | Southern Power Company [affiliate] | Client |
| Google, Inc. | Vendor | Google Inc. | Client |
| | | Waymo [affiliate] | Client |
| Hartford | Insurance | The Hartford | Previous Client |
| Hewlet-Packard Financial Services Co. | Landlord | HP Inc. | Client |
| Highbridge Capital | Lender | JPMorgan Chase Bank, N.A. [affiliate] | Client |
| Hiscox Ltd. | Insurance | Hiscox USA | Previous Client |
| HP Inc. | Vendor | HP Inc. | Client |
| HPS Investment Partners LLC | Lender | Emerge Energy Services [affiliate] | Client |
| JPMorgan Chase & Co. | Bank | JP Morgan Chase Bank | Client |
| | | JPMorgan Chase Bank, N.A. | Client |
| | | JPMorgan Chase Bank Trust Department | Client |

| Entity Name Searched In Database | Relation of Entity Searched to Debtors | Name of Entity / Entity Affiliate that is/was a JW Client | Status of Client Representation |
|---|---|---|---|
| | | J.P. Morgan Investment Management, Inc. | Client |
| | | JPMorgan Asset Management | Client |
| King & Spalding LLP | Vendor | King & Spalding | Client |
| Kirkland & Ellis LLP | Debtor Counsel | Kirkland & Ellis LLP | Previous Client |
| Knight Frank Australia Pty. Ltd. | Landlord | Newmark Grubb Knight Frank [potential affiliate] | Previous Client |
| PECO Inc. | Utility Provider | Constellation Energy Generation Company, LLC [affiliate] | Client |
| | | Exelon Business Services Company, LLC [affiliate] | Client |
| Pedernales Electric Cooperative Inc. | Utility Provider | Pedernales Electric Cooperative, Inc. | Client |
| Pepco | Utility Provider | Exelon Business Services Company, LLC [affiliate] | Client |
| | | Constellation Energy Generation Company, LLC [affiliate] | Client |
| Potomac Electric Power Co. | Utility Provider | Exelon Business Services Company, LLC [affiliate] | Client |
| | | Constellation Energy Generation Company, LLC [affiliate] | Client |
| Prologis Targeted US Logistics Fund L.P. | Landlord | Prologis | Client |
| Redwood Capital | Lender | U.S. Bank National Association [affiliate] | Previous Client |
| Regus Group Ltd. | Landlord | Crescent Real Estate Equities Limited Partnership [affiliate] | Client |
| Reliant Energy Retail Services LLC | Utility Provider | Reliant Energy Solutions, LLC | Client |
| Republic Services Inc. | Utility Provider | Republic Services, Inc. | Previous Client |
| Salesforce.com | Vendor | Salesforce.com | Client |
| Sun Life Assurance Co. of Canada | Vendor | Sunlife Assurance Company of Canada | Previous Client |
| Tokio Marine HCC | Insurance | HCC Global Financial Products [potential affiliate] | Client |

| Entity Name Searched In Database | Relation of Entity Searched to Debtors | Name of Entity / Entity Affiliate that is/was a JW Client | Status of Client Representation |
|---|---|---|---|
| Troutman Pepper Hamilton Sanders LLP | Vendor | Troutman Pepper Hamilton Sanders LLP | Previous Client |
| UPS Supply Chain Solutions Inc | | United Parcel Service Inc. [affiliate] | Previous Client |
| Wal-Mart Canada Corp. | Landlord | Walmart Stores | Previous Client |
| Waste Management of Nashville Hauling | Utility Provider | Waste Management, Inc. | Client |
| | | Chemical Waste Management, Inc. | Client |
| Westrock CP, LLC | Vendor | WestRock Company [potential affiliate] | Previous Client |
| Windstream Services LLC | Utility Provider | Windstream Corporation | Previous Client |
| | | Windstream Holdings, Inc. | Previous Client |
| XL Specialty Insurance Co. | Insurance | AXA XL [affiliate] | Client |