Electronic Appearance Sheet

Andrea Orozco, Pro Se, None, Pro Se
Client(s): Employee

Andrea Orozco, Pro Se, None, Pro Se
Client(s): Employee

Frank White, Arnall Golden Gregory LLP
Client(s): Worldpay, LLC

Jessica Wolfert, Greenberg Traurig, LLP
Client(s): Interested Party

Michael Etkin, Lowenstein Sandler LLP
Client(s): Securities Litigation Lead Plaintiffs

Colleen Restel, Lowenstein Sandler LLP
Client(s): Securities Litigation Lead Plaintiffs

Andrew Behlmann, Lowenstein Sandler LLP
Client(s): Securities Litigation Lead Plaintiffs

David Hammerman, Latham & Watkins
Client(s): HPS Investment Partners, LLC

Andrew Sorkin, Latham & Watkins
Client(s): HPS Investment Partners, LLC

lisa Powell, FisherBroyles
Client(s): Cluster Holdco, LLC

John Thomas, Smith Hulsey & Busey
Client(s): Mac Papers, Inc.

Erin Rosenberg, White & Case LLP
Client(s): Align Technology Inc.

Matthew Cavenaugh, Jackson Walker
Client(s): Debtor

Genevieve Graham, Jackson Walker
Client(s): Debtor

Emily Meraia, Jackson Walker
Client(s): Debtor

Rebecca Chaikin, Jackson Walker
Client(s): Debtor

Electronic Appearance Sheet

Mark McKane, Kirkland & Ellis
Client(s): Debtor

Spencer Winters, Kirkland & Ellis
Client(s): Debtor

Rachael Bentley, Kirkland & Ellis
Client(s): Debtor

Jayson Ruff, US DOJ
Client(s): US Trustee

James Grogan, Paul Hastings LLP
Client(s): Official Committee of Unsecured Creditors

Gabriel Sasson, Paul Hastings LLP
Client(s): Official Committee of Unsecured Creditors

Kris Hansen, Paul Hastings LLP
Client(s): Official Committee of Unsecured Creditors