United States Courts
Southern District of Texas
FILED

JAN 09 2024

Nathan Ochsner, Clerk of Court

In the case number 23-90786(cml)

To the attention of:

The honorable Judge Christopher Lopez

We, claimants, Daniel C Hightower and Kathlene R Kelley do petition the court to deny the bankruptcy petition this case.

I Daniel C Hightower recieverd a notice of this hearing two days ago. I received no other communications affording me the rights to participate in this case fully. There are no instructions on how to object in the one communication recieved. Thankfully, your clerk was helpful in providing me an address to get our objections through to you in time. I do not reside where this one notice was sent and recieved. Therefore, it is a miracle I received this one at all. I have been harmed by this company, Smile Direct

teeth. I wish to be a part of any and all suits pertaining to relief for the harmed victims.

I Kathlene R Kelly never recieved any documentation of any kind on this case. I am married to Daniel Hightower and had it not been for his receipt of this hearing notice, I would not have been aware. I have been harmed both Financially and physically in that their product did damage to the alignment of my teeth and the took put over $800 that jad already been psid with no refund to me. I also wish to object to this bankruptcy request put forth by Smile Direct Club. I wish to be a part of any and all proceedings against them as well.

Respectfully and thankfully we ask for any guidance in proceeding forward. We are

Thank you for your consideration in this matter.

Daniel C Hightower  *[signed: Daniel C Hightower]*
7630 Old Hwy Number 6
Santee SC 29142
843-532-5929
Date of Birth
9/17/85
Kathlene R Kelley  *[signed: Kathlene R Kelley]*
7630 Old Hwy Number 6
Santee SC 29142
Date of birth
03/19/1996