United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) |
| SMILEDIRECTCLUB, INC., *et al.* | ) ) Case No. 23-90786 (CML) ) |
| Debtors. | ) (Jointly Administered) ) ) |

## ORDER DENYING DEBTORS' MOTIONS AND CONVERTING CASES TO CHAPTER 7
**[Relates to Docket Nos. 463, 464, 555]**

For the reasons stated on the record at the January 24, 2024 hearing, it is hereby

Ordered that the Debtors' motions filed at Docket Nos. 463 and 464 are denied; and it is further

Ordered that the following cases are immediately converted to cases under Chapter 7 of the Bankruptcy Code:

| | |
|---|---|
| 23-90784 | SmileDirectClub, LLC |
| 23-90785 | Ortho Lab Services, LLC |
| 23-90786 | SmileDirectClub, Inc. |
| 23-90787 | Access Dental Lab, LLC |
| 23-90788 | CAMF II, LLC |
| 23-90789 | SDC Financial LLC |
| 23-90790 | SDC Holding, LLC |
| 23-90791 | SDC Plane, LLC |
| 23-90792 | SmileFarm, LLC |

Signed: January 26, 2024

Christopher Lopez
United States Bankruptcy Judge