# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § <br> §    **CASE NO. 23-90786 (CML)** <br> § <br> **SMILEDIRECTCLUB, INC.**[1]       § <br>             Debtors.           §    **CHAPTER 7** <br> § <br> § |

## NOTICE OF HYBRID HEARING
[Relates to Dkt. No. 631]

**PLEASE TAKE NOTICE** that the *Chapter 7 Trustee's Emergency Ex Parte Motion to Limit Notice* [Dkt. No. 631] is set for a hybrid hearing on **Monday, February 12, 2024, at 11:00 a.m. CST** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 401, Houston, Texas 77002 (the "Hearing").

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

For participants not attending in person, audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1530 Antioch Pike, Antioch, Tennessee.

1

15204787

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via GoTo.

All documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 9, 2024.

        **PORTER HEDGES LLP**

        */s/ Aaron J. Power*
        Joshua W. Wolfshohl, State Bar No. 24038592
        Aaron J. Power, State Bar No. 24058058
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        (713) 226-6000
        (713) 226-6295 (fax)
        jwolfshohl@porterhedges.com
        apower@porterhedges.com

        **Counsel for the Chapter 7 Trustee**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on this the 9th day of February, 2024.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl

15204787