SmileDirectClub, Inc.
Administrative Claims Schedule

| | Administrative Claims Parties Vendor | Administrative Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 S 12th Level Office, LLC | $ 4,025.60 | 318 W Adams St. Suite 2000 | | | | Chicago | IL | 60606 | |
| 2 | 17th & Larimer LLC | 21,250.99 | 1215 Fourth Avenue | Suite 600 | | | Seattle | WA | 98161 | |
| 3 | 2001 Associates, LLC | 37,508.76 | c/o The Goldberg Group, Inc. | 2001 Associates, LLC | 1 North Broadway | Suite 400 | White Plains | NY | 10601 | |
| 4 | 242 Gramercy Fifth LLC | 37,825.00 | 31 Mamaroneck Avenue | Suite 404 | | | White Plains | NY | 10601 | |
| 5 | 320 West 135 Street LLC | 5,000.00 | 1850 Amsterdam Ave | | | | New York | NY | 10031 | |
| 6 | 3DBioCAD | 22,220.00 | 1525 N 4th Street | | | | Renton | WA | 98057 | |
| 7 | 59TH ST NYC, LLC | 14,600.00 | 10700 Corporate Drive | Suite 106 | | | Stafford | TX | 77477 | |
| 8 | 5WPR | 10,000.00 | 5W Public Relations LLC | 3 Park Ave, 19th Floor | | | New York | NY | 10016 | |
| 9 | A Center for Dental Excellence | 100.00 | 8510-Bay 16 Street | | | | Brooklyn | NY | 11214 | |
| 10 | A Healthy Smile PA | 425.00 | 1658 Cranium Drive | Ste. 106 | | | ROCK HILL | SC | 29732 | |
| 11 | A Quality Smile For You PC | 250.00 | 1015 Charlotte Ave | Box 147 | | | Rock Hill | SC | 29732 | |
| 12 | Aaron Memon DMD, PA | 250.00 | 14500 Tamiami Trail | 14500 Tamiami Trail | | | Port Charlotte | FL | 34287 | |
| 13 | Abenity, Inc | 350.00 | Abenity, Inc. | 725 Cool Springs Blvd Ste 600 | | | Franklin | TN | 37067 | |
| 14 | Acclime | 2,658.30 | 330 Collins St | Level 7 | | | Melbourne | VIC 3000 | | Australia |
| 15 | Accurate Employment Screening, LLC | 2,035.92 | 3800 Golf Road | | | | Rolling Meadows | IL | 60008 | |
| 16 | Achievers LLC | 17,345.52 | 99 Atlantic Ave., Suite 700 | | | | Toronto | ON | M6K 3J8 | Canada |
| 17 | Acosta Sales and Marketing | 5,485.12 | Acosta Sales & Marketing | 6600 Corporate Center Parkway | | | Jacksonville | FL | 32216-0973 | |
| 18 | Acqueon Inc. | 25,154.81 | 5215 Williams Square North O'Connor Blvd | Suite 1050 | | | Irving | TX | 75039 | |
| 19 | ActivPayroll | 1,438.63 | 5 Cults Business Park | Station Road | | | Cults | Aberdeenshire | AB15 9PE | United Kingdom |
| 20 | Ada Support Inc | 91,829.18 | 371 Front Street W | Suite 314 | | | Toronto | | M5V 2J6 | Canada |
| 21 | Adelaida T. Quingco DDS | 100.00 | 1127 Wilshire Blvd | Suite 1103 | | | Los Angeles | CA | 90017 | |
| 22 | Aerotech Inc | 19,431.00 | 101 Zeta Drive | | | | Pittsburgh | PA | 15238 | |
| 23 | Affinity Dental Center | 7,500.00 | 1920 E. 17th St. | Suite 100 | | | Santa Ana | CA | 92705 | |
| 24 | AfterShip, Inc. | 17,528.00 | 2711 Centerville Road | | | | Wilmington | DE | 19808 | |
| 25 | Akel Dental of Tampa | 2,500.00 | 2727 Martin Luther King Jr Blvd | Suite 120 | | | Tampa | FL | 33607 | |
| 26 | Akel Dental Spring Hill | 2,125.00 | 5445 Commercial Way | | | | Spring Hill | FL | 34606 | |
| 27 | AKRA TEAM GmbH | 5,933.40 | AM PENZINGER FELD 17A | | | | LANDSBERG AM LECH | | 86899 | Germany |
| 28 | Align Technology, Inc. | 24,627.51 | Attn: Gregory F. Pesce | 111 South Wacker Drive, Suite 5100 | | | Chicago | IL | 60606 | |
| 29 | All Smiles Family Dentistry PC | 4,825.00 | 1790 Mulkey Rd | Bldg 4 | | | Austell | GA | 30106 | |
| 30 | Allied Universal | - | PO Box 828854 | | | | Philadelphia | PA | 19182-8854 | |
| 31 | Allied Universal Security Services | 298,730.07 | PO Box 828854 | | | | Philadelphia | PA | 19182-8854 | |
| 32 | ALT Legal, Inc. | 3,186.00 | 79 Madison Ave | 8th Floor | | | New York | NY | 10016 | |
| 33 | Alvarez & Marsal North America, LLC | 379,313.22 | 540 W. Madison St | Stuite 1800 | | | Chicago | IL | 60661 | |
| 34 | Amazon | 1,600.44 | 410 Terry Ave. N | | | | Seattle | WA | 98109 | |
| 35 | Amazon Web Services, Inc. | 859,056.26 | PO Box 84023 | | | | Seattle | WA | 98124-8423 | |
| 36 | Ambius | 829.22 | PO Box 14086 | | | | Reading | PA | 19612 | |
| 37 | Individual - Redacted | 11,220.00 | | | | | | | | |
| 38 | AMS Salon I, LLC | 10,436.26 | 11442 Aspen Way | Minnetonka | | | Minnetonka | MN | 55305 | |
| 39 | Individual - Redacted | 884.00 | | | | | | | | |
| 40 | Apex Dental Care P.C. | 125.00 | 949 N Val Vista Dr. | Suite 101 | | | Gilbert | AZ | 85234 | |
| 41 | Apical Service, LLC | 329,320.00 | 9330 Ne Vancouver Mall Drive, Ste. 203 #303 | | | | Vancouver | WA | 98662 | |
| 42 | Apple PTY Limited | 1,887.78 | 20 MARTIN PLACE | Level 2 | | | Sydney | NSW | 2000 | Australia |
| 43 | Apple, Inc | 6,510.76 | One Apple Park Way | | | | Cupertino | CA | 95014 | |
| 44 | ARTICULATE GLOBAL LLC | 17,423.84 | Dept 3747 | PO Box 123747 | | | New York | NY | 10001 | |
| 45 | ASE Management Woodfield LLC | 6,900.00 | 1401 Greco Rd | | | | Schaumburg | IL | 60193 | |
| 46 | ASSA ABLOY Entrance System US INC | 1,291.31 | 957 Hillside Drive | | | | Louisville | TN | 37777 | |
| 47 | Associated Pediatric Dentists | 500.00 | 304 Glengarry Drive | | | | Nashville | TN | 37217 | |
| 48 | Automation Anywhere, Inc | 51,043.62 | 633 River Oaks Parkway | | | | San Jose | CA | 95134 | |
| 49 | Avania BV | 6,833.39 | Prof. Bronkhorstlaan 10 | Building 54 | | | Bilthoven | Utrecht | 3725 MB | Netherlands |
| 50 | Badger LLC Oklahoma City | 3,999.00 | 5401 N. MAY, SUITE 400 | | | | Oklahoma City | OK | 73112 | |
| 51 | Baltimore County Revenue Authority | 420.00 | 115 Towsontown Blvd | | | | Towson | MD | 21286 | |
| 52 | Bank of America, National Association | 5,132.73 | 6000 Feldwood Road | | | | Atlanta | GA | 30349 | |
| 53 | Barrett Distribution Centers LLC | 462,507.14 | 4836 Hickory Hill Road | | | | Memphis | TN | 38141 | |
| 54 | Barton Orthodontics | 1,717.00 | Attn: Dr. Kenneth Barton | Barton Orthodontics | 836 Hwy 34 | | Matawan | NJ | 7747 | |
| 55 | Bassil Akel, DMD PLLC | 1,875.00 | 1600 N State Rd 7 | Ste 400 | | | Fort Lauderdale | FL | 33313 | |
| 56 | BBB National Programs, Inc. | 16,000.00 | 3033 Wilson Blvd Ste 600 | | | | Arlington | VA | 22201 | |
| 57 | BD Quincy Willard, LLC | 3,000.00 | 1266 Furnace Brook Parkway | Suite 300 | | | Quincy | MA | 02169 | |
| 58 | Beautiful Smiles Dental - Azar Professional Dental Corp | 1,850.00 | 3403 E Plaza Blvd | Suite G and F | | | National City | CA | 91950 | |
| 59 | Bellevana, LLC | 3,225.00 | 25242 Kingsland Blvd | | | | Katy | TX | 77494 | |
| 60 | bello Salon Suites | 6,391.53 | 5132 Aileron Court | | | | Fair Oaks | CA | 95628 | |
| 61 | Benesch Attorneys at Law | 497,806.77 | Benesch Friedlander Coplan & | Aronoff LLP | 200 Public Square #2300 | | Cleveland | OH | 44114-2378 | |
| 62 | Bergenfield Dental | 1,343.00 | Attn: Dr. Ehab Shahid | Bergenfield Dental | 29 W Church St | | Bergenfield | NJ | 7621 | |
| 63 | BH Dental NYC | 1,000.00 | 2090 Adam Clayton Powell Jr Blvd | | | | New York | NY | 10027 | |
| 64 | Individual - Redacted | 13,500.00 | | | | | | | | |
| 65 | Blanchard & Richardson Family Dentistry PLLC | 2,625.00 | 8089 S Lincoln St | #102 | | | Littleton | CO | 80122 | |
| 66 | Blue Dental Group | 250.00 | Pooja Aswani Dental Corporation | 12923 Inglewood Ave | Suite 3 | | Hawthorne | CA | 90250 | |
| 67 | Blue Springs Family Dental | 850.00 | Michael Coughlin DDS, PLLC | 5944 Stetson Hills Blvd | Ste 100 | | Colorado Springs | CO | 80923 | |
| 68 | Bosco Bless PLLC | 1,347.50 | 3890 Everwood Lane | | | | Addison | TX | 75001 | |
| 69 | Branch Metrics, Inc. | 135,146.41 | DEPT 0602 | PO BOX 120602 | | | Dallas | TX | 75312-0602 | |
| 70 | BrandVerity, Inc. | 6,288.14 | 506 2nd Ave, Suite 1850 | | | | Seattle | WA | 98104 | |
| 71 | Bravo Group, Inc | 16,590.00 | 20 North Market Square Suite 800 | | | | Harrisburg | PA | 17101 | |
| 72 | BRE Mariner Ross Plaza LLC | 12,450.23 | c/o Brixmore Property Group | PO Box 645344 | | | Conshohocken | PA | 19428 | |
| 73 | Brian J McLean DDS PC | 850.00 | 1435 Walton Blvd | | | | Rochester Hills | MI | 48309 | |
| 74 | Individual - Redacted | 5,437.00 | | | | | | | | |
| 75 | Brickyard | 5,516.00 | 14506 Lee Road Ste E | | | | Chantilly | VA | 20151 | |
| 76 | Brighton Town Dental Management LLC | 600.00 | 2101 Lac de ville blvd | | | | Rochester | NY | 14618 | |
| 77 | Brite Lite Tribe LLC | 1,395.00 | 7750 Okeechobee Blvd Ste #4-630 | | | | West Palm Beach | FL | 33411 | |
| 78 | BROWNSTEIN HYATT FARBER-370725 | 15,000.00 | 410 17th Street | Suite 2200 | | | Denver | CO | 80202-4432 | |

SmileDirectClub, Inc.
Administrative Claims Schedule

| Administrative Claims Parties | Administrative | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vendor | Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
| 79 Bsolve Limited | 35,265.19 | 2 BELL DRIVE | HAMILTON INTERNATIONAL PARK | | | Blantyre | | | United Kingdom |
| 80 Burns White, LLC | 757.50 | 48 26th Street | | | | Pittsburgh | PA | 15222 | |
| 81 Calabrio, Inc. | 251,583.35 | Attn: Legal Department | 241 N. Fifth Avenue, Suite 1000 | | | Minneapolis | MN | 55401 | |
| 82 Capital Results, LLC | 102,992.85 | 50 Pear Street | | | | Richmond | VA | 23223 | |
| 83 CBRE Ltd | 10,462.26 | 177 Bothwell Stree | | | | Glasgow | | G2 7ER | United Kingdom |
| 84 CDW Direct | 425,784.10 | PO Box 75723 | | | | Chicago | IL | 60675-5723 | |
| 85 Centerview Partners, LLC | 339,015.17 | 31 West 52nd Street | 22nd floor | | | New York | NY | 10019 | |
| 86 Change Healthcare | 11,378.74 | PO Box 572490 | | | | Murray | UT | 84157 | |
| 87 Charles M Sauter DDS | 4,375.00 | 18640 Lybdon B Johnson | Freeway 202 | | | Mesquite | TX | 75150 | |
| 88 Charles River Associates | 132,138.00 | 200 Clarendon Street | | | | Boston | MA | 02116-5092 | |
| 89 Cherish PR Limited | 8,444.46 | 4TH FLOOR EASTBOURNE TERRACE | | | | London | | W2 6LG | United Kingdom |
| 90 Cintas | 438.23 | Cintas Corporation Loc. 51 | P.O. Box 630921 | | | Cincinnati | OH | 45263-0921 | |
| 91 Cintas Corporation 2 | 13,059.76 | PO Box 631025 | | | | Cincinnati | OH | 45263-1025 | |
| 92 Cirion Technologies | 12,518.00 | 801 Brickell Ave, Suite 2400 | | | | Miami | FL | 33131 | |
| 93 Clear Link Systems, Inc. | 1,212.70 | 815 Airpark Center Drive | | | | Nashville | TN | 37217 | |
| 94 CloudPoint Ventures, Inc. | 10,625.67 | 4141 MacArthur Blvd. | | | | Newport Beach | CA | 92660 | |
| 95 Conforme Nappi, P.A. | 15,000.00 | 1801 Coral Way, Suite 315 | | | | Miami | FL | 33145 | |
| 96 Connect Analytics | 51,500.00 | 5805 Sentinel Ridge | | | | Cincinnati | OH | 45243 | |
| 97 ConnectWise LLC | 23,925.75 | 4110 George Rd, Ste 200 | | | | Tampa | FL | 33634 | |
| 98 Consilio, LLC | 275,005.45 | 1828 L Street NW | Suite 1070 | | | Washington | DC | 20036 | |
| 99 Contemporary Dentistry of Centreville | 1,000.00 | Attn: Marco Flores DDS PLLC | 5703 Centre Square Drive | | | Centreville | VA | 20120 | |
| 100 Contentful, Inc. | 68,988.43 | 1801 California St | Suite 4600 | | | San Francisco | CA | 94104 | |
| 101 Conversion Technologies International, Inc | 1,179.28 | 7000 Atrium Way, Suite 2 | | | | Mount Laurel | NJ | 08054 | |
| 102 Cornerstone Government Affairs, Inc | 7,802.60 | 800 Maine Avenue, S | 7th Floor | | | Washington | DC | 20024 | |
| 103 Corporate Services Consultants, LLC | 499.00 | PO Box 1048 | | | | Dandridge | TN | 37725 | |
| 104 Corporation Service Company (CSC) | 1,057.90 | 251 LITTLE FALLS DRIVE | | | | Wilmington | DE | 19808 | |
| 105 Corr Cronin LLP | 53,128.29 | Attn: Steven Fogg | 1015 Second Ave, 10th Floor | | | Seattle | WA | 98104 | |
| 106 Cosmo Dearborn LLC | 3,358.33 | c/o Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. | Attn: Marianne J. Grano | 48 S. Main Street | Suite 2 | Mount Clemens | MI | 48043 | |
| 107 CoSuite LLC | 5,484.76 | 1900 Glades Road Ste 500 | | | | Boca Raton | FL | 33431 | |
| 108 Coupa Software Inc. | 102,793.25 | c/o Jonathan Sundheimer | Barnes & Thornburg LLP | 11 S. Meridian St. | | Indianapolis | IN | 46204 | |
| 109 CPUS KOP Town Center, LP | 13,563.73 | PO Box 102049 | | | | Pasadena | CA | 91189-2049 | |
| 110 Cumberland Conveyor | 12,314.71 | PO Box 516 | | | | Bon Aqua | TN | 37025 | |
| 111 Cummin Development LLC | 5,734.00 | 2990 Bravura Lake Drive | | | | Sarasota | FL | 34240 | |
| 112 Darren Ramsey DDS PLLC | 5,175.00 | 5110 Park Road | Suite 2A | | | Charlotte | NC | 28209 | |
| 113 Darren Ramsey II DDS PLLC | 250.00 | 5110 Park Road | Suite 2A | | | Charlotte | NC | 28209 | |
| 114 Dash BPO, LLC | 1,467,472.58 | 10524 Moss Park Rd | Ste 204-349 | | | Orlando | FL | 32832 | |
| 115 Datadog, Inc | 151,165.42 | 620 8th Avenue | Floor 45 | | | New York | NY | 10018 | |
| 116 David A Luker (dba David Luker DDS, LLC) | 1,207.00 | 1059 E Springloyd St | | | | Meridian | ID | 83642 | |
| 117 Individual - Redacted | 4,825.00 | | | | | | | | |
| 118 Individual - Redacted | 1,500.00 | | | | | | | | |
| 119 DCM Group | 7,440.01 | 101 South Hanley Road | Suite 750 | | | ST. LOUIS | MO | 63105 | |
| 120 Individual - Redacted | 1,462.50 | | | | | | | | |
| 121 Delancey Walnut 2016, LLC | 11,910.05 | 718 Arch Street | Suite 400N | | | Philadelphia | PA | 19106 | |
| 122 Delicate Dental Group | 400.00 | 13316 Westheimer Rd | Ste 200 | | | Houston | TX | 77077 | |
| 123 Dental Office | 4,250.00 | 255 4th St | | | | Hoboken | NJ | 07030 | |
| 124 Dental Spa | 1,550.00 | 881 Alma Real Dr | Suite 222 | | | Pacific Palisades | CA | 90272 | |
| 125 Individual - Redacted | 2,510.00 | | | | | | | | |
| 126 Desert Valley Dentistry | 3,550.00 | Desert Valley Dentistry PLLC | 20280 N 59 Ave | #104 | | Glendale | AZ | 85308 | |
| 127 Digital Media Innovations, LLC (Notified) | 10,699.73 | 7108 S ALTON WAY # H | | | | Centennial | OH | 80112 | |
| 128 Distributors Choice Inc | 5,647.29 | 7085 Tomken Road | | | | Mississauga | ON | L5S 1R7 | Canada |
| 129 DLA Piper LLC | 759.22 | 6225 SMITH AVENUE | | | | Baltimore | MD | 21209 | |
| 130 Individual - Redacted | 125.00 | | | | | | | | |
| 131 Individual - Redacted | 125.00 | | | | | | | | |
| 132 Individual - Redacted | 1,714.00 | | | | | | | | |
| 133 Individual - Redacted | 714.00 | | | | | | | | |
| 134 Individual - Redacted | 782.00 | | | | | | | | |
| 135 Individual - Redacted | 1,000.00 | | | | | | | | |
| 136 Individual - Redacted | 1,357.00 | | | | | | | | |
| 137 Individual - Redacted | 595.00 | | | | | | | | |
| 138 Individual - Redacted | 867.00 | | | | | | | | |
| 139 Individual - Redacted | 12,597.00 | | | | | | | | |
| 140 Individual - Redacted | 5,046.00 | | | | | | | | |
| 141 Individual - Redacted | 391.00 | | | | | | | | |
| 142 Individual - Redacted | 1,071.00 | | | | | | | | |
| 143 Individual - Redacted | 1,561.00 | | | | | | | | |
| 144 Individual - Redacted | 950.00 | | | | | | | | |
| 145 Individual - Redacted | 1,326.00 | | | | | | | | |
| 146 Individual - Redacted | 425.00 | | | | | | | | |
| 147 Individual - Redacted | 2,734.00 | | | | | | | | |
| 148 Individual - Redacted | 200.00 | | | | | | | | |
| 149 Individual - Redacted | 1,632.00 | | | | | | | | |
| 150 Individual - Redacted | 1,411.00 | | | | | | | | |
| 151 Individual - Redacted | 646.00 | | | | | | | | |
| 152 Individual - Redacted | 1,258.00 | | | | | | | | |
| 153 Individual - Redacted | 782.00 | | | | | | | | |
| 154 Individual - Redacted | 3,992.00 | | | | | | | | |
| 155 Individual - Redacted | 6,250.00 | | | | | | | | |
| 156 Individual - Redacted | 3,006.00 | | | | | | | | |

SmileDirectClub, Inc.
Administrative Claims Schedule

| # | Administrative Claims Parties Vendor | Administrative Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 157 | DROPBOX, INC | 1,065.19 | DROPBOX INC - (0010255486 - 3D1B) | 1800 Owens Street | Suite 200 | | San Francisco | CA | 94158 | |
| 158 | Dupuis Dental | 3,400.00 | Thomas N Dupuis DDS PC | Dupuis Dental | 24929 Goddard Rd | | Taylor | MI | 48180 | |
| 159 | Dykema Gossett PLLC | 110,038.35 | Attn: General Counsel | Jacksonville Mall 375 | | | Jacksonville | NC | 28546 | |
| 160 | Edgewater Dental | 2,625.00 | ACS Ventures LLC | 3425 S Highway 6, Ste 108 | | | Sugar Land | TX | 77478 | |
| 161 | Ekong Technology Co., LTD | 187,690.00 | Puhua Technology Park Bldg #3 | Tongsheng Community Park Dalad Stree | | | Shenzhen City | | 518109 | China |
| 162 | Eldridge Dental | 1,150.00 | Anna Dental PLLC | 6370 N. Eldridge Pkwy | Suite B | | Houston | TX | 77041 | |
| 163 | Elite Boca Dental P.A | 3,750.00 | 22191 Powerline Rd. #19B | | | | Boca Raton | FL | 33433 | |
| 164 | Ellen Freeman Immigration Law Group, PLLC | 3,620.00 | 303 Timber Court | | | | Pittsburgh | PA | 15238 | |
| 165 | Emergent Clinical Consulting, LLC | 4,604.30 | 184 W. Main Street | Suite 100 | | | Trappe | PA | 19426 | |
| 166 | Emergo Global Consulting, LLC | 290.00 | 2500 Bee Cave Road | Building 1, Suite 300 | | | Austin | TX | 78746 | |
| 167 | Emergo Global Representation, LLC | 2,500.00 | 2500 BEE CAVE ROAD, BUILDING 1 | Suite 300 | | | Austin | TX | 78746 | |
| 168 | Individual - Redacted | 1,806.00 | | | | | | | | |
| 169 | Epic Family Dentistry of Carrollton | 125.00 | Epic Family Dentistry, PLLC | 2741 E. Beltine Rd | #101 | | Carrollton | TX | 75006 | |
| 170 | Equifax Workforce Solutions, Ethority, LLC | 4,842.46 | 4076 Paysphere Circle | | | | Chicago | IL | 60674 | |
| 171 | EQUINITI TRUST COMPANY, LLC | 1,404.00 | 6201 15TH AVE | | | | Brooklyn | NY | 11219 | |
| 172 | ERI Economic Research Institute, Inc | 8,989.00 | P.O. Box 3524 | | | | Seattle | WA | 98124 | |
| 173 | Individual - Redacted | 400.00 | | | | | | | | |
| 174 | Escondido Dental Group | 2,050.00 | 403 W Felicita Ave | | | | Escondido | CA | 92025 | |
| 175 | ESR Investment Nominees 3 | 27,064.79 | n/a | | | | n/a | n/a | n/a | n/a |
| 176 | Executive Office Link | 2,450.00 | 5 Great Valley Pkwy | | | | Malvern | PA | 19355 | |
| 177 | Executive Suites at River Bluff, LP | 1,045.00 | 8050 N Palm Avenue | Suite 300 | | | Fresno | CA | 93711 | |
| 178 | Expansive | 1,537.75 | Yardi AR Lockbox | PO BOX 209400 | | | Austin | TX | 78720 | |
| 179 | Expansive Workspaces | 1,764.00 | Yardi AR Lockbox | PO BOX 209400 | | | Austin | TX | 78720 | |
| 180 | FACEBOOK | 171.75 | 15161 Collections Center Dr | | | | Menlo Park | CA | 94025 | |
| 181 | Family & Cosmetic Dentistry of Memphis, PLLC | 1,000.00 | 845 S Highland St | | | | Memphis | TN | 38111 | |
| 182 | Fastenal Company | 5,419.22 | 2001 Theurer Blvd | | | | Winona | MN | 55987 | |
| 183 | Federico Tiznado | 850.00 | 7877 Parkway Dr. Suite 2B | | | | La Mesa | CA | 91942 | |
| 184 | FedEx | 8,050.78 | PO Box 660481 | | | | Dallas | TX | 75266-0481 | |
| 185 | Fenris Inc | 17,740.00 | 420 West Warner Road | Suite 101 | | | Tempe | AZ | 85284 | |
| 186 | Five Star Food Service, Inc | 4,242.30 | P.O. Box 733261 | | | | Chattanooga | TN | 37403 | |
| 187 | Five9 | 181,005.31 | 4000 Executive Parkway 400 | | | | San Ramon | CA | 94583 | |
| 188 | Flood Brothers, Inc. | 22,625.00 | 610 Waterfront Dr SW | | | | Atlanta | GA | 30336 | |
| 189 | FlyCat | 150.00 | No28th&30th Block., Longwangmiao Industrial Area | Baishixia Community, Fuyong Street, Bao'an District | | | Shenzhen | | 518103 | China |
| 190 | Foley & Lardner LLP | 185,752.38 | 321 N Clark St Ste 2800 | | | | Milwaukee | WI | 53202 | |
| 191 | Ford Fuels Ltd | 850.67 | The Oil Depot Farrington Fields Trading Estate | | | | Bristol | | BS39 6UU | United Kingdom |
| 192 | Formoso Dental PC | 6,625.00 | 30 E 40th St | Suite 305 | | | New York | NY | 10016 | |
| 193 | Forty AU, LLC | 11,415.00 | 8 City Blvd Suite 204 | | | | Nashville | TN | 37209 | |
| 194 | Fountain Investments, LLC | 4,095.00 | 1872 Woodridge Cove | | | | Germantown | TN | 38138 | |
| 195 | Frank Recruitment Group | 13,200.00 | PO BOX 10921 | | | | Palatine, | IL | 60055-0921 | |
| 196 | Friendbuy, Inc. | 19,420.00 | Friendbuy Inc | 2516 Via Tejon | Suite 201 | | Palos Verdes Estates | CA | 90274 | |
| 197 | FTI Consulting, Inc. | 877,099.40 | 16701 Melford Blvd Ste 200 | | | | Bowie | MD | 20715 | |
| 198 | Garland Grove Dentistry | 1,250.00 | WSJ Dental PLLC | 1213 W STATE ST STE A | | | Garland | TX | 75040 | |
| 199 | Individual - Redacted | 6,134.00 | | | | | | | | |
| 200 | Gather Workspaces | 13,555.00 | 2920 W Broad St | #220 | | | Richmond | VA | 23230 | |
| 201 | Individual - Redacted | 1,150.00 | | | | | | | | |
| 202 | Globant LLC | 715,337.05 | 875 Howard Street | Suite 320 | | | San Francisco | CA | 94103 | |
| 203 | GOOGLE Inc | 4,102,810.00 | Dept 33654 | PO BOX 39000 | | | San Francisco | CA | 94139 | |
| 204 | Grainger | 1,161.61 | 100 Grainger Pkwy | | | | Lake Forest | IL | 60045-5201 | |
| 205 | Graphics East, Inc | 59,760.60 | 16005 Sturgeon St. | | | | Roseville | MI | 48066 | |
| 206 | Greenville Family Dentistry | 850.00 | Zennith Dental Clinic | 7215 Interstate 30 | Ste. B | | Greenville | TX | 75402 | |
| 207 | Haley Dental | 300.00 | DR RICHARD JOSEPH HALEY DDS BA | 504 Hospital Drive | Suite A | | Carrizo springs | TX | 78834 | |
| 208 | Hashkaot Investment Relations, LLC | 8,930.31 | 3804 Northlake Blvd | | | | West Palm Beach | FL | 33403 | |
| 209 | Health Care 2000 | 250.00 | 119 Prosped St | | | | Ridgewood | NJ | 07450 | |
| 210 | Heap, Inc. | 96,562.88 | Dept 2379 | PO Box 122379 | | | Dallas | TX | 75312-2379 | |
| 211 | Heidell, Pittoni, Murphy & Bach, LLP | 4,680.00 | 99 Park Avenue | 7th Floor | | | New York | NY | 10016 | |
| 212 | Heraeus Kulzer, LLC | 243,865.46 | 300 Heraeus Way | | | | South Bend | IN | 46614-2517 | |
| 213 | Hernandez + Nagal, A Prof Corp | 425.00 | 450 E 8th St | Ste E | | | National City | CA | 91950 | |
| 214 | Hewlett-Packard Financial Services Company | 390,352.85 | 200 Connell Dr Ste 5000 | | | | Berkley Heights | NJ | 07922 | |
| 215 | Hexagon Geospatial | 8,239.90 | Intergraph Corporation | Hexagon Geospatial Receivables | P.O. Box 775267 | | Chicago | IL | 60677-5267 | |
| 216 | Highline Controls, Inc. | 1,161.00 | 6736 Preston Ave | Suite D | | | Livermore | CA | 94551 | |
| 217 | Hiya, Inc. | 11,455.46 | 110 Union St. | Suite 500 | | | Seattle | WA | 98101 | |
| 218 | Hone Coworks | 6,437.50 | 300 Great Oaks Blvd, Suite 310 | | | | Albany | NY | 12203 | |
| 219 | Hopedale Dental Center | 1,500.00 | 156 Hartford Ave | Unit D | | | Hopedale | MA | 01747 | |
| 220 | Horizon Media, Inc. -US | 1,409,270.73 | 75 Varick Street | | | | New York | NY | 10013 | |
| 221 | Hot Shot Delivery | 7,016.88 | HARA, Inc. | 830 FESSLERS PARKWAY | SUITE 109 | | Nashville | TN | 37210 | |
| 222 | Howley Salon Group, LLC | 7,753.00 | 159 Crocker Park Blvd | Suite 290 | | | Westlake | OH | 44145 | |
| 223 | HP Inc. | - | 13207 Collection Center Drive | | | | Chicago | IL | 60693-3207 | |
| 224 | HR Policy Association | 18,500.00 | 4075 Wilson Blvd, Suite 818 | | | | Arlington | VA | 22203 | |
| 225 | In8Sync LLC | 6,120.00 | PO BOX 8359 | | | | ASPEN | CO | 81612-8359 | |
| 226 | Indeed Inc. | 1,311.00 | 177 Broad Street | | | | Stamford | CT | 06901 | |
| 227 | Infinity Dental - Apopka | 600.00 | Infinity Dental, LLC | 1450 N Rock Springs Road | | | APOPKA | FL | 32712 | |
| 228 | Inman Park Dentistry | 250.00 | Alex Rodriguez DMD, PC | 245 North Highland Ave Ste 260 | | | Atlanta | GA | 30307 | |
| 229 | Insight Dental Care | 125.00 | Daniel Schaeffler DMD LLC | 8016 Ridge Avenue | | | Philadelphia | PA | 19128 | |
| 230 | Integer Inc | 7,020.00 | 14280 Hacienda Ln | | | | Poway | CA | 92064 | |
| 231 | Intelligent Audit | 5,654.17 | Warehouse Solutions Inc. | 29274 Network Place | 29274 Network Place | | Chicago | IL | 60673 | |
| 232 | Intralinks Holdings, Inc | 27,965.29 | 150 E 42nd St | | | | New York | NY | 10017 | |
| 233 | IQS, LLC | 1,125.00 | Insight Quality Services, LLC | 600 East Carpenter Freeway | Suite 246 | | Irving | TX | 75062 | |
| 234 | Iron Mountain | 3,286.66 | One Federal Street | | | | Boston | MA | 02110 | |

SmileDirectClub, Inc.
Administrative Claims Schedule

| # | Administrative Claims Parties Vendor | Administrative Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 235 | Irving Dental Care, PC | 250.00 | 1451 West Airport Freeway | Suite 107 | | | Irving | TX | 75062 | |
| 236 | J Alexander Hunt Inc. | 5,000.00 | 3401 WEST END AVENUE SUITE 260 | | | | Nashville | TN | 37203 | |
| 237 | J. J. Keller & Associates, Inc. | 61.80 | 3003 Breezewood Lane, PO Box 368 | | | | Neenah | WI | 54957-0368 | |
| 238 | Jackson Walker LLP | 79,637.50 | 1401 McKinney Street | Suite 1900 | | | Houston | TX | 77010 | |
| 239 | Jacob Yosafat Family Dentistry | 250.00 | Jacob Yosafat DDS | 3540 Springdale Rd | | | Cincinnati | OH | 45251 | |
| 240 | Individual - Redacted | 1,000.00 | | | | | | | | |
| 241 | Jefferson Sola LLC | 3,878.33 | 2664N Geneva Ter | | | | Chicago | IL | 60614 | |
| 242 | Jefferson Sola, LLC | 1,646.67 | 2664N Geneva Ter | | | | Chicago | IL | 60614 | |
| 243 | Individual - Redacted | 200.00 | | | | | | | | |
| 244 | Jet Office LLC | 3,657.50 | 217 French Hill Rd | | | | Wayne | NJ | 07470 | |
| 245 | Jive Communications, Inc. | 2,186.32 | Dept. CH 19606 | | | | Palatine, | IL | 60055 | |
| 246 | JMAC Suites Inc | 4,160.00 | 10249 Sawmill Pkwy | | | | Powell | OH | 43065 | |
| 247 | Individual - Redacted | 1,476.00 | | | | | | | | |
| 248 | John T. Zaffer DDS | 1,750.00 | 526 Crescent Blvd | Suite 224-6 | | | Glen Ellyn | IL | 60187 | |
| 249 | JohnsonPossKirby Government Relations, Inc. | 15,000.00 | 511 Union Street, Suite 1530 | | | | Nashville | TN | 37219 | |
| 250 | Individual - Redacted | 1,210.22 | | | | | | | | |
| 251 | Joseph Scott Atkins DDS | 375.00 | 1725 Western Ave | Suite D | | | Findlay | OH | 45840 | |
| 252 | K&S Heating and Air | 12,470.50 | 2055 Holloway rd | | | | Lebanon | TN | 37090 | |
| 253 | Karakoram Dental Group PLLC | 1,375.00 | 1776 South Jackson St | Suite 720 | | | Denver | CO | 80210 | |
| 254 | Kare Mobile Inc | 300.00 | 901 S 15th Street | | | | Louisville | KY | 40210 | |
| 255 | Keith Harvey Orthodontics | 272.00 | Dr. Keith Harvey | Keith Harvey Orthodontics | 58 Mobile Street | | Mobile | AL | 36607 | |
| 256 | Individual - Redacted | 3,006.00 | | | | | | | | |
| 257 | Kevin Huang DMT INC | 125.00 | 522 N Magnolia Ave | | | | Anaheim | CA | 92801 | |
| 258 | Keyence Corporation of America | 6,009.86 | 669 River Drive Ste 403 | | | | Elmwood Park | NJ | 07407 | |
| 259 | King & Spalding, LLP | 905,192.74 | 1180 Peachtree St NE 17th Floor | | | | Atlanta | GA | 30309 | |
| 260 | King Dental LLC | 250.00 | James King,lll, DDS | 1400 Spring Street | Suite 300 | | Silver spring | MD | 20910 | |
| 261 | Kirkland & Ellis LLP | 861,447.10 | 601 Lexington Avenue | | | | New York | NY | 10022 | |
| 262 | Individual - Redacted | 5,250.00 | | | | | | | | |
| 263 | Kroll Restructuring Administration LLC | 1,222,644.12 | 55 East 52nd Street | 17th Floor | | | New York | NY | 10055 | |
| 264 | LaMarr LeMee Dental Corp | 125.00 | 708 Church Street | Suite 208 | | | Evanston | IL | 60201 | |
| 265 | Lancaster Coworking, LLC | 4,225.00 | 312 E Walnut St. | | | | Lancaster | PA | 17602 | |
| 266 | Landmark Strategy Group LLC | 1,866.54 | 1902 Ridge Road | Ste 156 | | | West Seneca | NY | 14224 | |
| 267 | Langston & Lott, PLLC, on behalf of Shelia Fatty, et al. | - | 254 South Front Street | | | | Tupelo | MS | 38655 | |
| 268 | Individual - Redacted | 14,000.00 | | | | | | | | |
| 269 | Lawrence N. Klein DDS PA | 425.00 | 2000 5th Ave N | | | | St Petersburg | FL | 33713 | |
| 270 | Individual - Redacted | 2,050.00 | | | | | | | | |
| 271 | Leng C. Haong, D.D.S., Inc. | 500.00 | 8415 Datapoint Dr. | Suite 1020 | | | San Antonio | TX | 78229 | |
| 272 | Litmus Software, Inc. | 8,105.00 | 675 Massachusetts Ave., 10th Floor | | | | Cambridge | MA | 02139 | |
| 273 | LockNet LLC | 353.41 | 800 John C Watts Drive | | | | Nicholasville | KY | 40356 | |
| 274 | LTIMINDTREE LIMITED | 490,230.98 | Mindtree Limited | 25, Independence Blvd, Suite 401 | | | Warren | NJ | 07059 | |
| 275 | Ludeman Public Affairs | 12,000.00 | PO Box 1099 | | | | Gig Harbor | WA | 98335 | |
| 276 | Individual - Redacted | 7,500.00 | | | | | | | | |
| 277 | Lumanu Inc | 6,000.00 | 1528 WEBSTER STREET | | | | OAKLAND | CA | 94612 | |
| 278 | Lux Salon Suites | 4,355.00 | 2911 Turtle Creek Blvd | Suite 700 | | | Dallas | TX | 75219 | |
| 279 | M&M Office Group LLC | 5,630.00 | 350 Springfield Ave Street 200 | | | | Summit | NJ | 07901 | |
| 280 | M&N Salons, LLC | 4,675.00 | Daniel | M&N Salons, LLC | 8 Salem Drive | | Pinehurst | NC | 28374 | |
| 281 | Mac Papers, Inc. | 81,794.65 | 3300 Philips Hwy | | | | Jacksonville | FL | 32207 | |
| 282 | MACBRO P LLC | 7,058.00 | 4A Hills Ave | | | | Concord | NH | 03301 | |
| 283 | Madison Square Dental Care | 2,625.00 | 6024 San Juan Ave | Suite C | | | Citrus Heights | CA | 95610 | |
| 284 | Mark H. Copas DDS Family Dentist | 1,850.00 | Mark H. Copas DDS | 14025 1/2 FM 2920 RD | | | Tomball | TX | 77377 | |
| 285 | Marquez Public Affairs LLC | 10,000.00 | 7521 Jaborandi Dr. | | | | Austin | TX | 78739 | |
| 286 | MasterControl, Inc | 58,939.74 | 6350 South 3000 East | | | | Salt Lake City | UT | 84121 | |
| 287 | Material Handling, Inc | 11,894.24 | PO Box 1045 | | | | Dalton | GA | 30722-1045 | |
| 288 | McMaster-Carr Supply Company | 2,024.42 | PO Box 7690 | | | | Chicago | IL | 60680-7690 | |
| 289 | Mee and Tee Media LLC | 1,075.00 | Mee + Tee Media LLC | 4206 Buckeye Ln | | | Arrington | TN | 37014-1410 | |
| 290 | Mekari Laser Dentistry, LLC | 32,199.70 | 727 Weiblen Pl. | | | | New Orleans | LA | 70124 | |
| 291 | Mericle Dentistry | 1,696.00 | 123 Main Street | | | | Saint Simons Island | GA | 31522 | |
| 292 | Merryman-Farr, LLC. | 2,170.00 | 305 Hill Ave | | | | Nashville | TN | 37210 | |
| 293 | Individual - Redacted | 1,743.00 | | | | | | | | |
| 294 | Individual - Redacted | 272.00 | | | | | | | | |
| 295 | Microsoft Online Inc | 32,042.70 | 6100 Neil Road | Ste 100 | | | Reno | NV | 89511 | |
| 296 | Middleton Public Affairs LLC | 4,500.00 | 3535 Peachtree Road | Suite 520-423 | | | Atlanta | GA | 30326 | |
| 297 | Mirram Group, LLC | 16,000.00 | 5030 Broadway, Suite 801 | | | | New York | NY | 10034 | |
| 298 | MKMR Properties LLC | 3,495.00 | 9270 Metcalf Ave | | | | Overland Park | KS | 66212 | |
| 299 | MNTN, Inc | 461,956.53 | 823 Congress Avenue #1827 | | | | Austin | TX | 78768 | |
| 300 | Modern Dental Professionals - Houston PC | 500.00 | 8415 Datapoint Dr. | Suite 1020 | | | San Antonio | TX | 78229 | |
| 301 | Modern Family Dentists, LLC | 1,625.00 | 6803 Sheridan Road | | | | Kenosha | WI | 53143 | |
| 302 | Individual - Redacted | 250.00 | | | | | | | | |
| 303 | Mood Media | 5,755.65 | PO Box 71070 | | | | Charlotte | NC | 28272-1070 | |
| 304 | Morgan Legacy Ventures, Inc | 5,197.50 | 9 Sierra Ln | | | | Arcanum | OH | 45304 | |
| 305 | MSC Industrial Supply Co | 1,997.52 | MSC Industrial Supply Co. | 75 Maxess Rd | | | Melville | NY | 11747 | |
| 306 | Mulcahy Dental PLLC | 1,000.00 | 8433 Us Hwy 42 | | | | Florence | KY | 41042 | |
| 307 | Multi Packaging Solutions, Inc. | 111,084.00 | 5800 W Grand River Ave | | | | Lansing | MI | 48906 | |
| 308 | My Salon Suite | 5,100.34 | 749 Creighton Rd | | | | Fleming Island | FL | 32003 | |
| 309 | My Salon Suite of Glen Ellyn | 3,727.00 | 604 S Chatham Ave | | | | Elmhurst | IL | 60126 | |
| 310 | Nashville Hockey Club Limited Partnership | 68,750.00 | c/o Susan C. Mathews | 1301 McKinney St, Suite 3700 | | | Houston | TX | 77010 | |
| 311 | NetSuite, Inc. | 172,770.48 | Bank of America Lockbox Services | 15612 Collections Center Drive | | | Chicago | IL | 60693 | |
| 312 | Neustar Info Services, Inc. | 63,166.67 | 21575 RIDGETOP CIRCLE | | | | Sterling | VA | 20166 | |

SmileDirectClub, Inc.
Administrative Claims Schedule

| # | Administrative Claims Parties Vendor | Administrative Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 313 | NexHealth | 18,286.69 | 1423 Broadway | #1140 | | | Oakland | CA | 94612 | |
| 314 | NFP Property & Casualty Services, Inc | 338.44 | 45 Executive Drive | | | | Plainview | NY | 11803 | |
| 315 | Nielsen Consumer Inc | 12,552.78 | 200 W Jackson Blvd | | | | Chicago | IL | 60606 | |
| 316 | Nirvana Care PLLC | 425.00 | 15068 San Pedro Ave | | | | San Antonio | TX | 78232 | |
| 317 | NM&C Inc. | 1,387.24 | 2240 Woolbright Road Suite | Suite 436-439 | | | Boynton Beach | FL | 33426 | |
| 318 | Norma Lantzsch DDS, INC. | 1,625.00 | 9825 county farm Rd | | | | Riverside | CA | 92503 | |
| 319 | Northridge Dental Clinic | 2,000.00 | Edalat Dental Group, APC | 18450 Dearborn St | | | Northridge | CA | 91325 | |
| 320 | Northwest Dental Associates, Ltd. | 125.00 | 414 N Hough St | | | | Barrington | IL | 60010 | |
| 321 | Noviya Systems LLC | 40,120.00 | 9477 Greenback Ln. | Suite 515-516 | | | Folsom | CA | 95630 | |
| 322 | NW MET LP | 7,388.90 | 11605 North Community House Road | Ballantyne | | | Charlotte | NC | 28277 | |
| 323 | Oclen - O.E, LLC | 1,100.00 | 2 Burlington Woods Drive | Suite 100 | | | Burlington | MA | 01803 | |
| 324 | Office Evolution | 13,670.00 | 1530 Wilson Blvd | suite 650 | | | Arlington | VA | 22209 | |
| 325 | Office Evolution Central Texas | 3,297.00 | 1846 N. Loop 1604 W. | 205 | | | San Antonio | TX | 78248 | |
| 326 | Office Evolution Metro North | 905.00 | 11990 Grant Street | Suite 550 | | | Northglenn | CO | 80233 | |
| 327 | Office Interiors | 4,511.99 | 260 Peachtree Street, Suite 501 | | | | Atlanta | GA | 30303 | |
| 328 | Office Space Management LLC | 1,148.00 | 9901 Broadie Lane | Ste 160-1175 | | | Austin | TX | 78748 | |
| 329 | Office Villas LLC | 5,371.00 | 235 Great Neck Road | | | | Great Neck | NY | 11021 | |
| 330 | Okta, Inc. | 18,221.50 | P.O. Box 743620 | | | | San Francisco | CA | 94105 | |
| 331 | OMNEX | 14,414.98 | 315 E. Eisenhower Parkway, Suite 214 | | | | Ann Arbor | MI | 48108 | |
| 332 | Orthodontist Specialist of Florida | 136.00 | Attn: Dr. Piero Palacios | 8740 North Kendall Dr. | Suite 203 | | Miami | FL | 33176 | |
| 333 | OwnBackup Inc. | 86,909.23 | 940 Sylvan Avenue | Floor 1 | | | Englewood Cliffs | NJ | 07632 | |
| 334 | Oxford Global Resources, LLC | 2,498.17 | 100 Cummings Center, Suite 206L | | | | Beverly | MA | 01915 | |
| 335 | Pacific Workplaces | 5,444.00 | 1900 S. Norfolk St, Suite 350 | | | | San Mateo | CA | 94403 | |
| 336 | PagerDuty Inc | 8,102.70 | PagerDuty | 600 TOWNSEND STREET SUITE 125 | | | San Francisco | CA | 94103 | |
| 337 | Paseo Caribe Commercial LLC | 12,362.00 | Metro Office Park | 8 Street 1, Suite #300 | | | Guaynabo | PR | 00968-1713 | |
| 338 | Patsnap (UK) LTD | 10,000.00 | 236 Grey's Inn Road | | | | London | | WC1X 8HB | United Kingdom |
| 339 | Patterson Dental Supply | 430.96 | 1031 Mendota Heights Road | | | | St. Paul | MN | 55120 | |
| 340 | Paul Hastings LLP | 954,782.71 | 200 Park Avenue | | | | New York | NY | 10166 | |
| 341 | Peachtree Offices at Lenox, Inc | 9,580.00 | 3355 Lenox Rd NE | Suite 750 | | | Atlanta | GA | 30326 | |
| 342 | Perfect Glance Studio | 125.00 | 280 Garfield Ave | | | | Cranston | RI | 02920 | |
| 343 | Phenix Salon Suites | 6,040.00 | Freedom Luxury Suites 215GB, LLC | 330 Route 17A | | | Goshen | NY | 10924 | |
| 344 | Phenix Salon Suites - Tucson, AZ | 1,083.00 | 4580 Klahanie Dr SE | Unit 109 | | | Sammamish | WA | 98029 | |
| 345 | Phenix Salon Suites of Placentia | 2,306.45 | 2173 W Stansbury Drive | | | | Eagle | ID | 83616 | |
| 346 | Phenix Salons of Paramus LLC | 4,831.67 | 297 Palisade Ave | Apt 204 | | | Bogota | NJ | 07603 | |
| 347 | Philly-Wide Disposal Co | 1,695.00 | 3 SAMUEL CT | | | | SEWELL | NJ | 08080 | |
| 348 | Prairie Pointe Orthodontics | 2,652.00 | Dr. Eric Neuer | 10505 S Chesney Ln | | | Olathe | KS | 66061 | |
| 349 | Premier Service Company | 164,893.00 | P.O. Box 1934 | | | | Smyrna | TN | 37167 | |
| 350 | Premier Workspaces | 11,890.60 | 11755 Wilshire Blvd | Suite 1250 | | | Los Angeles | CA | 90025 | |
| 351 | Presto X | 583.90 | 1125 Berkshire Blvd Ste 150 | | | | Reading | PA | 19610 | |
| 352 | Protos Security | 1,879.14 | P.O Box 625 | | | | Daleville | VA | 24083 | |
| 353 | Pure Smiles, PA | 125.00 | 8185 Lee Vista Blvd | Suite 200 | | | Orlando | FL | 32829 | |
| 354 | Qentelli LLC | 60,840.00 | 14241 Dallas Parkway, Ste 540 | | | | Dallas | TX | 75254 | |
| 355 | Quantum Metric, Inc. | 30,991.79 | 10807 NEW ALLEGIANCE DR | STE 155 | | | Colorado Springs | CO | 80921-3824 | |
| 356 | Queens Long Island Dental Care | 4,250.00 | Queens Long Island Dental Care PC | 260 W Sunrise Highway | #108 | | Valley Stream | NY | 11581 | |
| 357 | Rakesh Patel DDS | 2,675.00 | 5263 Riverside Dr | | | | Chino | CA | 91710 | |
| 358 | Regus Management Group LLC | 33,560.66 | | | | | | | | |
| 359 | Renae L. Wilson DDS | 800.00 | 275 W. Madison Ave | #B | | | El Cajon | CA | 92020 | |
| 360 | Rentokil | 380.60 | Rentokil North America | PO Box 4095 | | | Reading | PA | 19612 | |
| 361 | Riley Warnock & Jacobson, PLC. | 6,206.50 | 1906 West End Avenue | | | | Nashville | TN | 37203 | |
| 362 | RISE SMART INC | 1,500.00 | 3625 Cumberland Blvd | Suite 600 | | | Atlanta | GA | 30339 | |
| 363 | RJ Young Company LLC | 2,866.59 | PO BOX 415000 | | | | Nashville | TN | 37241-7511 | |
| 364 | Individual - Redacted | 925.00 | | | | | | | | |
| 365 | Individual - Redacted | 646.00 | | | | | | | | |
| 366 | Individual - Redacted | 250.00 | | | | | | | | |
| 367 | Ronald T. Blanchette DDS | 425.00 | 7203 Florin Mall Dr | Ste B | | | Sacramento | CA | 95823 | |
| 368 | RSM Chio Lim LLP | 16,743.20 | 8 Wilkie Road, #03-08 Wilkie Edge | | | | Singapore | | 228095 | Singapore |
| 369 | RSWK Sav LLC | 4,745.00 | 1020 Pine Mill Dr | | | | Marietta | GA | 30066 | |
| 370 | RW Apache, LLC | 5,984.24 | PO Box 62071 | | | | Newark | NJ | 07101 | |
| 371 | RXO Capacity Solutions, LLC | 46,475.80 | c/o Trey Monsour, Esq. | Fox Rothschild LLP | Saint Ann Court | 2501 North Harwood Street, Suite 1800 | Dallas | TX | 75201 | |
| 372 | RXO Freight Forwarding, Inc. | 30,044.20 | c/o Trey Monsour, Esq. | Fox Rothschild LLP | Saint Ann Court | 2501 North Harwood Street, Suite 1800 | Dallas | TX | 75201 | |
| 373 | Ryan Dental Group | 200.00 | 26620 Ryan Rd | | | | Warren | MI | 48091 | |
| 374 | S. Richard Bascetta D.M.D | 1,250.00 | 238 R Market Square | | | | Newington | CT | 06111 | |
| 375 | Safeguard Business System Inc. | 563.60 | US Bank | PO Box 645624 | | | Cincinnati | OH | 45226 | |
| 376 | Sahawneh Dental Corporation | 500.00 | 8415 Datapoint Dr. | Suite 1020 | | | San Antonio | TX | 78229 | |
| 377 | Salesforce.com | 1,822,363.14 | PO Box 203141 | | | | Dallas | TX | 75320-3141 | |
| 378 | SalesScreen Inc. | 13,200.00 | 2345 Yale St., 1st floor | | | | Palo Alto | CA | 94306 | |
| 379 | Salon Lofts Group LLC | 45,145.00 | 226 N Fifth St | Suite 530 | | | Columbus | OH | 43215 | |
| 380 | Salon Plaza Enterprises, LLC | 10,949.00 | 2542 Highlander Way | | | | Carrollton | TX | 75006 | |
| 381 | Salons by JC | 4,766.67 | 16923 Bar Harbor Bend | | | | Round Rock | TX | 78681 | |
| 382 | Salons by JC - High Point/Greensboro | 8,982.83 | 65 Harristown Road | Suite 301 | | | Glen Rock | NJ | 07452 | |
| 383 | Salons by JC - Novi Town Center | 4,983.33 | 1051 Audubon Road | | | | Grosse Pointe | MI | 48230 | |
| 384 | Salons by JC Tulsa | 2,983.00 | 7816 E 100th PL | | | | Tulsa | OK | 74133 | |
| 385 | Saman Edalat, DDS, Inc. | 200.00 | 13431 Telegraph Rd | | | | Whittier | CA | 90605 | |
| 386 | Individual - Redacted | 150.00 | | | | | | | | |
| 387 | Sand Lane Dental P.C. | 400.00 | 128 Sand Ln | Fl 1 | | | Staten Island | NY | 10305 | |
| 388 | Sandra L Miles DDS PA | 750.00 | 1 North 16th Street | | | | Wilmington | NC | 28401 | |
| 389 | SAPPHIRE STUDIOS | 70,000.00 | SAPPHIRE APPS MEDIA, LLC | 363 E WACKER DRIVE | UNIT 3303 | | CHICAGO | IL | 60601 | |
| 390 | Sauk Centre Family Dental, PA | 100.00 | 334 Main St. 50 | | | | Sauk Centre | MN | 56378 | |

SmileDirectClub, Inc.
Administrative Claims Schedule

| # | Administrative Claims Parties Vendor | Administrative Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 391 | SBJC Brandon Inc. | 6,410.74 | 1534 W. Brandon Blvd | | | | Brandon | FL | 33511 | |
| 392 | Schambeau Dental Care, PC | 1,500.00 | Schambeau Dental Care PC | 6260 Park South Drive | Suite 101 | | Bessemer | AL | 35022 | |
| 393 | Individual - Redacted | 56,250.00 | | | | | | | | |
| 394 | Shadyside Smiles LLC | 250.00 | 5750 Centre Ave | Ste 200 | | | Pittsburgh | PA | 15206-3729 | |
| 395 | Shared Office Partners, LLC | 4,500.00 | 26 Broadway | 3rd Floor | | | New York | NY | 10004 | |
| 396 | Shenzhen Risun Technology Co., Ltd. | 650.00 | Building A, No.6 of Xinmu Road | Pinghu Street, | | | Shenzhen | | 518111 | China |
| 397 | Shih -Wen Tseng | 1,000.00 | 1840 EL Camino Real | | | | Burlingame | CA | 94010 | |
| 398 | Shred-x Pty Ltd | 57.53 | 73 Lahrs Rd | | | | Yatala | Queensland | 4207 | Australia |
| 399 | Simply Smile, PA | 200.00 | 17912 Toledo Blade Blvd | Suite B | | | Port Charlotte | FL | 33948 | |
| 400 | Sina Edalat Dental Group, Inc. | 925.00 | 1739 Colorado Blvd | | | | Los Angeles | CA | 90041 | |
| 401 | Sloat Higgins Jensen & Associates, Inc | 5,000.00 | 1215 K STREET, SUITE 1150 | | | | Sacramento | CA | 95814 | |
| 402 | Smartly.io Solutions, Inc. | 115,298.63 | Smartly.io Solutions Inc | 300 Montgomery Street, Suite 200 | | | San Francisco | CA | 94104 | |
| 403 | Smile Brands, Inc | 31,500.00 | 100 Spectrum Center Dr. | Suite 1500 | | | Irvine | CA | 92618 | |
| 404 | Smile Dental Care PC | 1,150.00 | 13885 Hedgewood Dr. | Unit 101 | | | Woodbridge | VA | 22193 | |
| 405 | Smile Makers - Sacramento | 750.00 | 1906 Del Paso Road | | | | Sacramento | CA | 95841 | |
| 406 | Smiles for Miles Dental Office of Lea Manosav | 250.00 | 2020 Coffee rd | suite E | | | MODESTO | CA | 95355-2427 | |
| 407 | Snap, Inc. | 393.49 | PO Box 845502 | | | | Los Angeles | CA | 90084-5502 | |
| 408 | Snowflake | 56,810.00 | P.O. BOX 734951 | | | | Dallas | TX | 75373-4951 | |
| 409 | Softensity | 12,992.00 | 3535 Roswell Rd | Ste 40 | | | Marietta | GA | 30062 | |
| 410 | Sola Birmingham, LLC | 5,052.30 | 708 Lynnwood Blvd | | | | Nashville | TN | 37205 | |
| 411 | Sola Freedom LLC | 12,675.00 | 765 14th St, Boulder | | | | Boulder | CO | 80302 | |
| 412 | Sola Gilbert LLC | 3,670.00 | 2680 E. Germann Rd | | | | Chandler | AZ | 85286 | |
| 413 | Sola Houston 1 LLC | 3,293.33 | 13019 Live Oak Lane | | | | Old River Winfree | TX | 77535 | |
| 414 | Sola Salon | 8,594.40 | 2647 Gateway Road Ste 105-219 | | | | Carlsbad | CA | 92009 | |
| 415 | Sola Salon Studios Highland Park | 5,777.20 | 1883 Second Street | | | | Highland Park | IL | 60035 | |
| 416 | Sola Salon Studios Pittsburgh PA | 6,240.00 | 1100 Fox Chapel Rd | | | | Pittsburgh | PA | 15238 | |
| 417 | Sola Salons Artesia | 3,965.00 | 5965 Village Way | Suite 105 | | | San Diego | CA | 92130 | |
| 418 | Sola Salons Natick | 1,733.33 | PO BOX 201 | | | | Center Sandwich | NH | 03227 | |
| 419 | Sola Salons Royal Oak LLC | 5,850.00 | 5965 Village Way | Suite 105 | | | San Diego | CA | 92130 | |
| 420 | Sola Sugar House, LLC - Utah | 4,699.00 | Sola Sugar House, LLC -Salt Lake | 11784 Pennbrooke Ln. | | | Highland | UT | 84003 | |
| 421 | Southern Controls, Inc. | 73.77 | 3511 Wetumpka Hwy | | | | Montgomery | AL | 36110 | |
| 422 | Spark Hire, Inc. | 5,749.00 | 1500 Skokie Blvd. | Suite 102 | | | Northbrook | IL | 60062 | |
| 423 | Spark Kansas City, LLC | 1,095.00 | 1475 Walnut Street | | | | Kansas City | MO | 64106 | |
| 424 | STAPLES Advantage | 14,869.27 | PO Box 105748 | | | | Atlanta | GA | 30384-5748 | |
| 425 | Stites & Harbison, PLLC | 1,883.00 | 401 Commerce Street, Suite 800 | | | | Nashville | TN | 37219 | |
| 426 | STL Fusion | 1,600.00 | ATTN: GENERAL COUNSEL | 555 WASHINGTON | STE 310 | | St. Louis | MO | 63101 | |
| 427 | Studio Group Partners, LLC | 5,494.50 | PO Box 312 | | | | North Boston | NY | 14110 | |
| 428 | Sun Life Assurance Company of Canada | - | One Sun Life Executive Park | | | | Wellesley | MA | 64106 | |
| 429 | Sundance Dental Care | 200.00 | 2620 S. 83rd Ave | #104 | | | Phoenix | AZ | 85043 | |
| 430 | SUNDAYSKY INC | 18,500.00 | 229 West 36th Street, 2nd Floor | | | | New York | NY | 10018 | |
| 431 | Sunset Social, Inc | 10,000.00 | 1671 Orange Blossom Way | | | | Encinitas | CA | 92024 | |
| 432 | Individual - Redacted | 750.00 | | | | | | | | |
| 433 | TAG Worldwide USA, Inc | 133,506.79 | 530 7th Avenue | Floor 23 | | | New York | NY | 10016 | |
| 434 | TANGOE US INC - USD | 32,815.68 | One Waterview Drive, Suite 200 | | | | Shelton | CT | 06483 | |
| 435 | Tangoe US, Inc. | 13,135.61 | One Waterview Drive, Suite 200 | | | | Shelton | CT | 06483 | |
| 436 | Tanzania Davis Family Dentistry | 2,625.00 | Tanzania Davis DDS PC | 3231 SUPERIOR LANE | SUITE A22 | | BOWIE | MD | 20715 | |
| 437 | TD SYNNEX CORPORATION | 85,145.57 | P O Box 406748 | | | | Fremont | CA | 94538 | |
| 438 | Team Direct Management LLC | 9,969.12 | 5509 W. Pinnacle Point Dr | Suite 100 | | | Rogers | AR | 72758 | |
| 439 | Teikametrics Inc. | 32,435.77 | 280 Summer Street Floor 9 | | | | Boston | MA | 02210 | |
| 440 | Tennessee Department of Revenue | 659,120.26 | c/o Attorney General | PO Box 2027 | | | Nashville | TN | 37202-0207 | |
| 441 | Terrace Tower USA-Portland, LLC | 450.00 | 121 SW Morrison | Suite 250 | | | Portland | OR | 97204 | |
| 442 | The Best Connection Group Ltd | 2,096.24 | NIT 1, TOPAZ BUSINESS PARK | TOPAZ WAY, BIRMINGHAM ROAD | | | Bromsgrove | | B61 0GD | United Kingdom |
| 443 | The Coven Inc | 2,000.00 | 165 Western Ave N | Ste 8 | | | Saint Paul | MN | 55102 | |
| 444 | The Houston Dentists Tanglewood PLLC | 425.00 | 800 Bering Dr | Suite 340 | | | Houston | TX | 77057 | |
| 445 | The Jones Group LLC | 18,000.00 | 10 Court Square | | | | Montgomery | AL | 36104 | |
| 446 | The Orlando Dental Group PA | 1,325.00 | 7221 Chancery Lane | | | | Orlando | FL | 32809 | |
| 447 | The Roosevelt Group | 20,000.00 | 200 Massachusetts Ave, NW | Suite 360 | | | Washington | DC | 20001 | |
| 448 | The Suite Life WI II LLC | 5,075.00 | 6638 The Masters Ave | | | | Bradenton | FL | 34202 | |
| 449 | Thomson Reuters West (West Publishing Corp) | 3,890.00 | P.O Box 6292 | | | | Carol Stream | IL | 60197-6292 | |
| 450 | Thor Atlantic Gardens LLC | 11,540.95 | 25 W 39th Street | 11th Floor | | | New York | NY | 10018 | |
| 451 | TikTok, Inc. | 21,798.48 | 5800 Bristol Pkwy, | | | | Culver City | CA | 90230 | |
| 452 | Trane US Inc | 998.00 | PO BOX 406469 | | | | Atlanta | GA | 30384 | |
| 453 | TRC Master Fund LLC | 15,685.93 | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| 454 | Troutman Pepper Hamilton Sanders LLP | 4,969.10 | PO BOX 933652 | | | | Atlanta | GA | 31193-3652 | |
| 455 | Trustpilot A/S | 19,800.00 | 50 West 23rd Street, Suite 1000 | | | | New York | NY | 10010 | |
| 456 | Twilio, Inc. | 41,006.23 | 375 Beale St Ste 300 | | | | San Francisco | CA | 94105 | |
| 457 | Tyco Integrated Security LLC | 33,748.38 | 6600 Congress Ave. | | | | Boca Raton | FL | 33487 | |
| 458 | UBS Financial Services Inc | 2,100.00 | 315 Deaderick Street | | | | Nashville | TN | 37238 | |
| 459 | UKG Inc. | 8,321.03 | 1485 North Park drive | | | | Weston | FL | 33326 | |
| 460 | UL Verification Services Inc | 12,260.04 | 333 Pfingsten Road | | | | Northbrook | IL | 60062 | |
| 461 | UPS Mail Innovations | 7,108.95 | 28013 Network Pl | | | | Chicago | IL | 60673-1280 | |
| 462 | UPS Supply Chain Solutions Inc | 320,002.70 | 28013 Network Place | | | | Chicago | IL | 60673-1280 | |
| 463 | Uptown Dental - Cedar Hill | 425.00 | Jeffrey D. Belz LLC | 642 Uptown Boulevard | Suite160 | | Cedar Hill | TX | 75104 | |
| 464 | USPS | 2,176.88 | Attn: Sean E Knepper, Sr. Director | Revenue & Field Accounting | 475 L'Enfant Plaza SW | | Washington | DC | 20260-8746 | |
| 465 | Utah Policy Advocates, LLC | 3,666.67 | PO Box 711167 | | | | Salt Lake City | UT | 84171 | |
| 466 | Valencia Dental Office | 425.00 | 23333 Cinema Drive | | | | Valencia | CA | 91355 | |
| 467 | ValueLabs Inc | 18,498.90 | 200 South Wacker Drive | 31st Floor | | | Chicago | IL | 60606 | |
| 468 | Venture X Columbia | 1,693.33 | Attn: General Counsel | 8865 Stanford Blvd | Ste 202 | | Columbia | MD | 21045 | |

**SmileDirectClub, Inc.**
**Administrative Claims Schedule**

| Administrative Claims Parties | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vendor | Administrative Claim | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
| 469 Venture X Doral | 2,189.07 | 8350 NW 52nd Terrace | Suite 301 | | | Miami | FL | 33166 | |
| 470 Vickery Village Office Suites, LLC | 5,250.00 | 7185 Colfax Ave, Suite 100 | | | | Cumming, | GA | 30040 | |
| 471 VIP Smiles Dentistry PLLC | 150.00 | 620 W 42nd Street | S9C | | | New York | NY | 10036 | |
| 472 Volunteer Welding Supply, Inc | 443.53 | 815 REP. JOHN LEWIS WAY S. | | | | Nashville | TN | 37203 | |
| 473 Weber Fire & Safety Equip | 75.00 | 10944 Gravois Industrial Ct | Suite A | | | SAINT LOUIS | MO | 63128 | |
| 474 Weintraub Tobin Chediak Coleman Grodin | 17,872.74 | 10250 Constellation Blvd. Suite 2900 | | | | Los Angeles | CA | 90067 | |
| 475 Westchester Business Center, LLC | 12,126.37 | 75 South Broadway | Suite 400 | | | White Plains | NY | 10601 | |
| 476 Westrock CP, LLC | 45,082.39 | PO Box 4098 | | | | Norcross | GA | 30071 | |
| 477 Whitten Dentistry PC | 1,950.00 | Attn: Dr. Karry Whitten | Whitten Dentistry PC | 18419 Poppleton Cir | | Omaha | NE | 68130 | |
| 478 Williamsburg Dental PLLC | 2,375.00 | 202 Union Ave | Suite D | | | Brooklyn | NY | 11211 | |
| 479 Worldpay eCommerce LLC | 126,028.82 | c/o Frank N. White, Esq. | Arnall Golden Gregory LLP | 171 17th Street NW, Suite 2100 | | Atlanta | GA | 30363 | |
| 480 Wulfe Management Services, Inc. | 7,287.33 | 1800 Post Oak Blvd | Suite 400 | | | Houston | TX | 77056 | |
| 481 Xin Li | 3,598.17 | Rm1506, Jinwenge, South of Jimqtian Road | | | | | | | China |
| 482 XPO Transport Solutions UK Ltd | 31,377.30 | Distribution House Eldon Way | Crick | | | Northampton, Northamptonshire | | NN6 7SL | United Kingdom |
| 483 Zedra | 6,397.57 | SCHIPHOL BOULEVARD 359 | | | | Schiphol | | 1118 BJ | The Netherlands |
| 484 Zoom Video Communications, Inc. | 80.00 | 55 Almaden Blvd Ste 600 | | | | San Jose | CA | 95113 | |
| **Total Administrative Claims** | **$ 27,015,925.55** | | | | | | | | |

**Notes:**
Certain vendors agreed to administrative claim amounts through informal discussions, which are reflected in the amounts listed above.
Independent contractors are assumed to be paid through the conversion date and are not listed for purposes of Administrative Claim expense.
Professional fee administrative claims are listed based on available information from filed fee statements and/or fee applications as of the date hereof.