UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**SMILEDIRECTCLUB, INC.,** *et al.*<br><br>Debtors. | § Chapter 7<br>§ **(Previously Chapter 11)**<br>§ Case No. 23-90786 (CML)<br>§ **(Jointly Administered)** |

### ORDER GRANTING TRUSTEE'S MOTION TO LIMIT NOTICE
**(Related to Docket No. \_\_\_\_)**

The Court has considered the *Trustee's Motion to Limit Notice* (the "Motion").[1] The Court finds that notice of the Motion was proper and that the relief requested is justified based upon the facts of these cases, and the Court is of the opinion that the Motion should be granted. It is therefore

1. **ORDERED** that the notice required to be given in this case, unless otherwise ordered by the Court, shall be limited to: (i) the Debtors and their counsel; (ii) the United States Trustee; (iii) the Internal Revenue Service; (iv) Cluster Holdco LLC via counsel; (v) parties requesting notice that do not receive electronic notice via ECF or via email; and (vi) the 20 largest unsecured creditors scheduled by the Debtors. It is further

2. **ORDERED** that all parties not included in the above-described list who seek notice in the Bankruptcy Case shall file a *Notice of Appearance and Request for Notices* in the Bankruptcy Case. It is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3104660
15196502

3. **ORDERED** that nothing in this Order shall limit the Court's authority to order either the Trustee or any other movant to serve a particular pleading or notice on all parties if the Court determines that service on all parties of such pleading or notice is warranted. It is further

4. **ORDERED** that parties that comply with the limited notice and service requirements set forth in this Order shall be deemed to have given proper service and notice pursuant to Bankruptcy Local Rule 9013(d) and Bankruptcy Rules 2002, 9007, 9013, and 9014(b).

SIGNED: _____, 2024

                                              **HONORABLE CHRISTOPHER M. LOPEZ**
                                              **UNITED STATES BANKRUPTCY JUDGE**