**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | )    Chapter 7 |
| SMILEDIRECTCLUB, INC., *et al.* | )    (Previously Chapter 11) |
| | ) |
| | )    Case No. 23-90786 (CML) |
| Debtors. | ) |
| | )    (Jointly Administered) |
| | ) |

**ORDER GRANTING AETNA LIFE INSURANCE COMPANY'S:**
**(1) APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE; AND**
**(2) RESERVATION OF RIGHTS**

This Court heard and considered Aetna Life Insurance Company's: (1) Application for Payment of Administrative Expense; and (2) Reservation of Rights (the "**Application**"), finding that notice of the Application was proper and appropriate; and for good cause appearing; **IT IS HEREBY ORDERED THAT:**

1.     The Application is **GRANTED**;

2.     Aetna Life Insurance Company shall have an allowed chapter 11 administrative expense in the amount of $16,194.75 (the "**Outstanding Benefits Obligations**");

3.     The Outstanding Benefits Obligations shall be entitled to payment pro rata with other allowed chapter 11 administrative expenses under 11 U.S.C. § 507(a)(2);

4.     Nothing herein limits Aetna's rights to request additional amounts due to Aetna; and

5.     Aetna rights, as outlined in the Application, are hereby preserved.

Signed this _____ day of _____, 2024.

_____
Christopher M. López
United States Bankruptcy Judge