United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 12, 2024
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| | § (Previously Chapter 11) |
| SMILEDIRECTCLUB, INC., *et al.* | § |
| | § Case No. 23-90786 (CML) |
| Debtors. | § |
| | § (Jointly Administered) |

## ORDER ABATING DEADLINE TO FILE NOTICE OF ASSETS

Upon the Trustee's *Ex Parte* Motion to Abate Deadline to File Notice of Assets (the "Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the estates, their creditors, and other parties in interest; and this Court having found that notice of the Motion and the opportunity for a hearing on the Motion were appropriate and no further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

15303736v1

2

1. The Trustee's obligation to file a notice of assets and cause the Clerk to serve such notice on parties in interest pursuant to Rule 3002 is hereby abated pending further order of this Court.

Signed: April 12, 2024

Christopher Lopez
United States Bankruptcy Judge

15303736v1