United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § <br> § <br> SMILEDIRECTCLUB, INC., *et al.* § <br> § <br> Debtors. § <br> § <br> § | Chapter 7 <br> (Previously Chapter 11) <br> Case No. 23-90786 (CML) <br> (Jointly Administered) |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER GRANTING THE TRUSTEE AND PROFESSIONALS ACCESS TO DEBTORS' ACCOUNTS, EMAILS, AND ELECTRONICALLY STORED INFORMATION**
**[Relates to Doc. No. 810]**

Upon consideration of the Trustee's motion (the "Motion")[1] for entry of an order granting the Trustee and professionals access to the Debtors' accounts, emails, instant messages, calendars, contacts, loose files, databases, and electronically stored information pursuant to Bankruptcy Code sections 105(a) and 541; and it appearing that the relief requested is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

15415453

1. Microsoft shall provide the Trustee and professionals retained by the Trustee in these bankruptcy cases ongoing access to all of the Debtors' accounts, emails, instant messages, calendars, contacts, loose files, databases, and other electronically stored information kept, maintained, or otherwise stored on Microsoft's platforms, applications, programs, systems, or servers within three (3) days of entry of this order.

2. The Trustee and professionals retained by the Trustee in these bankruptcy cases are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: July 10, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

15415453