United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 18, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90786 |
| SMILEDIRECTCLUB, INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 7 |

**ORDER DENYING APPLICATION TO EMPLOY**
**SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE**
(RE: ECF NO. 847)

For the reasons stated on the record at the October 18, 2024 hearing, the Application to Employ Special Litigation for Chapter 7 Trustee is denied without prejudice.

Signed on

_____
Christopher Lopez
United States Bankruptcy Judge