**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| | § | (Previously Chapter 11) |
| SMILEDIRECTCLUB, INC., *et al.* | § § | Case No. 23-90786 (CML) |
| Debtors. | § § | |
| | § | (Jointly Administered) |
| | § | |

**NOTICE OF HYBRID HEARING ON TRUSTEE'S RENEWED
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL
LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE**
[Relates to Docket No. 957]

**PLEASE TAKE NOTICE** that on December 10, 2024, Allison D. Byman, the Chapter 7 Trustee of the jointly administered bankruptcy estates of SmileDirectClub, Inc., *et al.* filed the *Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee* [Docket No. 957] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hybrid hearing on the Application is scheduled for **January 15, 2025, at 02:30 PM (prevailing Central Time)** before Judge Christopher M. Lopez in Courtroom 401, 515 Rusk, Houston, TX 77002.

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "**JudgeLopez**". Click the settings icon in the upper right

1

corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated:  December 19, 2024.
Houston, Texas.

                               Respectfully Submitted,

                               By: */s/ Aaron J. Power*

Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com

*Counsel for the Chapter 7 Trustee,*
*Allison D. Byman*

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing document was served on December 19, 2024 on all parties receiving ECF service in the above-captioned case and by U.S. First-Class Mail, postage prepaid on the attached service lists.

                               */s/ Aaron J. Power*
                               Aaron J. Power

## gooLIMITED SERVICE LIST

### All service made by US First Class Mail, postage prepaid unless otherwise indicated

**Debtor**
SmileDirectClub, Inc.
1530 Antioch Pike
Antioch, TN 37013

**Debtor's Counsel**
Matthew D. Cavenaugh
Rebecca Blake Chaikin
Genevieve M. Graham
Emily Meraia
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Via ECF

Joshua A. Sussberg, P.C. (admitted pro hac vice)
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
Via ECF

Spencer A. Winters, P.C. (admitted pro hac vice)
Rachael M. Bentley (admitted pro hac vice)
300 North LaSalle Street
Chicago, Illinois 60654
Via ECF

**Chapter 7 Trustee**
Allison D Byman
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
Via ECF

**Office of the U.S. Trustee**
Jayson B. Ruff
Christopher R. Travis
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX  77002
Via ECF

Internal Revenue Services
Centralized Insolvency Operation
1111 Pennsylvania Ave NW
Washington, DC 20004-2541

Internal Revenue Services
Centralized Insolvency Operation
PO Box 7436
Philadelphia, PA 19101-7346

**Counsel for Cluster Holdco LLC**
Benjamin Winger
DLA PIPER
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089

**20 Largest Creditors**
Wilmington Trust,
National Association
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134

2987 Horizon Media, Inc.
75 Varick Street
New York, NY 10013

Foley & Lardner LLP
321 N Clark St, Ste 2800
Chicago, IL 60654-5313

Legility, LLC
1828 L St NW Ste 1070
Washington, DC 20036

Salesforce.com
PO Box 203141
Dallas, TX 75320-314

15283173v1

| | |
|---|---|
| GOOGLE Inc<br>~~DEPT 33654~~<br>~~PO BOX 39000~~<br>~~San Francisco, CA 9413~~<br>RETURNED MAIL | PJT Partners LP<br>280 Park Avenue<br>17th Floor<br>New York, NY 10017 |
| LTIMindtree Limited<br>25, Independence Blvd., Suite 401<br>Warren, NJ 07059 | Gen.G esports<br>1615 16th St<br>Santa Monica, CA 9040 |
| Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Commission Junction, INC.<br>P.O. Box 735538<br>Dallas, TX 75373-5538 |
| Heraeus Kulzer, LLC<br>300 Heraeus Way<br>South Bend IN 46614- 2517 | |
| DASH BPO, LLC<br>10524 Moss Park Rd Ste 204-349<br>Orlando, FL 32832 | |
| Skadden Arps Slate<br>Meagher & Flom, LLP<br>360 Hamilton Ave<br>White Plains, NY 10601 | |
| Ernst & Young U.S. LLP<br>P.O. Box 773712<br>Chicago, IL 60677-3712 | |
| Merkle Inc.<br>7001 Columbia Gateway Dr.<br>Columbia, MD 21046 | |
| Globant LLC<br>875 Howard Street<br>Suite 320<br>San Francisco, CA 9410 | |
| Troutman Pepper<br>Hamilton Sanders LLP<br>PO BOX 933652<br>Atlanta, GA 31193-3652 | |

15283173v1