IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| SMILEDIRECTCLUB, INC., *et al.* | Case No. 23-90786 (CML) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF MICHAEL B. SILVERSTEIN IN SUPPORT OF INTERESTED PARTIES' EMERGENCY MOTION TO COMPEL ORRICK TO COMPLY WITH SUBPOENA

I, Michael B. Silverstein, declare that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, litigation counsel for Interested Parties David Katzman, Steven Katzman, Kyle Wailes, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group in the above-captioned case. I am familiar with the facts pertinent to *Interested Parties' Emergency Motion to Compel Orrick to Comply with Subpoena*.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Interested Parties' subpoena to Orrick, Herrington & Sutcliffe LLP, served on January 9, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Orrick, Herrington & Sutcliffe LLP's Responses and Objections to Subpoena to Testify at a Deposition in a Bankruptcy Case, served on January 15, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Interested Parties' subpoena to Orrick, Herrington & Sutcliffe LLP, served on December 9, 2024.

5. Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of an e-mail chain regarding meeting and conferring on Interested Parties' subpoena to Orrick.

6. Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of an e-mail chain regarding the deposition of Jeffrey W. McKenna.

7. Attached hereto as **<u>Exhibit 6</u>** is a true and correct copy of an e-mail chain regarding the deposition of the Trustee in the above captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2025 in New Albany, Ohio.

    /s/ Michael B. Silverstein
Michael B. Silverstein (*admitted pro hac vice*)
41 South High Street, Suite 2600
Columbus, Ohio  43215
Telephone:   (614) 223 9300
Facsimile:    (614) 223 9330
E Mail:         msilverstein@beneschlaw.com

-*and*-

David A. Rammelt (*admitted pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:   (312) 212-4949
Facsimile:    (312) 767-9192
E-Mail:        drammelt@beneschlaw.com

-*and*-

Michael D. Meuti (*admitted pro hac vice*)
Andrew G. Fiorella (*admitted pro hac vice*)
127 Public Square, Suite 4900
Cleveland, Ohio  44114
Telephone:   (216) 363-4500
Facsimile:    (216) 363-4588
E-Mail:        mmeuti@beneschlaw.com
                     afiorella@beneschlaw.com

*Attorneys for the Interested Parties*

## CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of January 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving ECF notice.

By: */s/ Michael B. Silverstein*

Dated: January 24, 2025