IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SMILEDIRECTCLUB, INC., *et al.*,<br><br>Debtors. | Chapter 7<br>(Previously Chapter 11)<br><br>Case No. 23-90786 (CML)<br><br>(Jointly Administered) |

**NOTICE OF INTENT TO OPPOSE EMERGENCY MOTION TO COMPEL ORRICK TO COMPLY WITH SUBPOENA**

Orrick, Herrington & Sutcliffe LLP ("Orrick"), proposed Special Litigation Counsel for The Chapter 7 Trustee, files this Notice of Intent to Oppose the Interested Parties' *Emergency Motion to Compel Orrick to Comply with Subpoena* of Friday, January 24, 2025, ECF No. 979 (the "Motion"). Orrick will file a response to the Motion by Wednesday, January 29, 2025, and respectfully requests that the Court delay its decision on the Motion until it has received such opposition.

Dated: January 27, 2025                Respectfully submitted,


By: */s/ Ryan C. Wooten*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Ryan C. Wooten, Texas Bar No. 24075308
609 Main Street, 40th Floor
Houston, TX 77002-3106
Telephone: (713) 658-6400
Facsimile: (713) 658-6401
Email:     rwooten@orrick.com

Raniero D'Aversa, Jr. (admitted *pro hac vice*)
Darrell Cafasso (admitted *pro hac vice*)
David Litterine-Kaufman (admitted *pro hac vice*)
Nicholas Poli (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email:     rdaversa@orrick.com
           dcafasso@orrick.com
           dlitterinekaufman@orrick.com
           npoli@orrick.com
           mfranke@orrick.com

*Proposed Special Litigation Counsel for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of January 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving ECF notice.

                                       */s/ Ryan C. Wooten*
                                         Ryan C. Wooten