# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SMILEDIRECTCLUB, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>(Previously Chapter 11)<br><br>Case No. 23-90786 (CML)<br><br>(Jointly Administered) |

## DECLARATION OF BEN WINGER IN SUPPORT OF
## DIP AGENT'S EMERGENCY MOTION TO COMPEL DISCOVERY

I, Ben Winger, declare that the following is true to the best of my knowledge, information and belief:

1. I am a partner of the law DLA Piper LLP (US) located at, among other locations, 444 West Lake Street, Suite 900, Chicago, Illinois 60606. I am familiar with the facts pertinent to the *DIP Agent's Emergency Motion to Compel Discovery* filed contemporaneously herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the deposition of Allison Byman dated January 27, 2025.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' solicitation agent (as defined herein) at https://restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 7 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2025  
       Chicago, Illinois

**DLA PIPER LLP (US)**

/s/ W. Benjamin Winger  
W. Benjamin Winger (admitted *pro hac vice*)  
444 West Lake Street, Suite 900  
Chicago, Illinois 60606  
Telephone: (312) 368-4000  
Facsimile: (312) 236-7516  
Email: benjamin.winger@us.dlapiper.com

-and-

James P. Muenker (Texas Bar No. 24002659)  
845 Texas Avenue, Suite 3800  
Houston, Texas 77002  
Telephone: (214) 743-4500  
Facsimile: (214) 743-4545  
Email: james.muenker@us.dlapiper.com

-and-

Brett Ingerman (admitted *pro hac vice*)  
Dale K. Cathell (admitted *pro hac vice*)  
650 South Exeter Street, Suite 1100  
Baltimore, Maryland 21202  
Telephone: (410) 580-3000  
Facsimile: (410) 580-3001  
Email: brett.ingerman@us.dlapiper.com  
Email: dale.cathell@us.dlapiper.com

*Counsel to the DIP Agent and the DIP Lenders*

**CERTIFICATE OF SERVICE**

I, James Muenker, hereby certify that on this twenty-ninth day of January, I caused a true and correct copy of the foregoing declaration to be to be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                             */s/ James P. Muenker*
                             James P. Muenker (Texas Bar No. 24002659)
                             **DLA PIPER LLP (US)**
                             845 Texas Avenue, Suite 3800
                             Houston, Texas 77002
                             Telephone: (214) 743-4500
                             Facsimile: (214) 743-4545
                             Email:  james.muenker@us.dlapiper.com