**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | (Previously Chapter 11) |
| SMILEDIRECTCLUB, INC., *et al.*, | ) |  |
|  | ) | Case No. 23-90786 (CML) |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**UPDATE PURSUANT TO COURT DIRECTIVE OF NON-PARTY ORRICK,**
**HERRINGTON & SUTCLIFFE LLP**

Non-party Orrick, Herrington & Sutcliffe LLP ("Orrick"), in its capacity as proposed Special Litigation Counsel for Allison D. Byman, the Chapter 7 Trustee (the "Trustee") of the jointly-administered bankruptcy estates of SmileDirectClub, Inc. and the affiliated debtors (collectively, the "Debtors") in the above-captioned Chapter 7 cases, files this update pursuant to the Court's directive at the February 3, 2025 status conference (the "Status Conference"), which directed that Orrick file any agreements it has entered into with, on behalf of, or for the benefit of the Trustee.[1]  Pursuant to the Court's directive, Orrick states as follows:

1.       Attached as Exhibit A is a contract between Consilio, LLC ("Consilio"), Orrick, and the Trustee for eDiscovery services (the "Consilio Agreement").  Pursuant to Section 3 of the Consilio Agreement, Orrick is solely responsible for the payment of all associated fees and costs. Under Orrick's engagement letter with the Trustee, Orrick could seek reimbursement of such expenses from the estates if  Orrick obtains a recovery to the estate sufficient to reimburse Orrick

---

[1]       Orrick has excluded the agreements previously filed with the Court, such as Orrick's engagement letters with the Trustee (ECF Nos. 847-2 at Exhibit 1, 957-3 at Exhibit 1).

for these expenses.  ECF No. 957-3 at Exhibit 1 p. 2-3.  For the avoidance of doubt, Orrick will

not seek reimbursement of any costs incurred prior to approval of its retention application.

2.      Orrick has not entered a joint defense or common interest agreement with any party

to the Securities Cases.[2]  Whether the common interest doctrine applies to any particular

circumstances is a legal question and this filing is not intended to waive any party's rights.

3.      Orrick has not entered any cost-sharing contract with any party, including any

plaintiff or plaintiff law firm in the Securities Cases, in connection with the Consilio Agreement

or otherwise.  In the interest of transparency, Orrick and counsel for the plaintiffs in the Securities

Cases discussed a potential cost-sharing agreement, but no agreement was entered into.

---

[2]      Those cases are *Franchi v. SmileDirect, Inc., et al.*, Case No. 3:19-cv-00962 (M.D. Tenn.)
(Consol.); and *In re: SmileDirectClub, Inc. Secs. Litig.*. Case No. 19-1169-IV (Tenn. Ch. Ct.)
(Consol.).

Dated: February 6, 2025          Respectfully submitted,


By: */s/ Ryan C. Wooten*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Ryan C. Wooten, Texas Bar No. 24075308
609 Main Street, 40th Floor
Houston, TX 77002-3106
Telephone:  (713) 658-6400
Facsimile:  (713) 658-6401
Email:        rwooten@orrick.com

Raniero D'Aversa, Jr. (admitted *pro hac vice*)
Darrell Cafasso (admitted *pro hac vice*)
David Litterine-Kaufman (admitted *pro hac vice*)
Nicholas Poli (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151
Email:        rdaversa@orrick.com
                   cafasso@orrick.com
                   dlitterinekaufman@orrick.com
                   npoli@orrick.com
                   mfranke@orrick.com


*Proposed Special Litigation Counsel for*
*the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2025, a true and correct copy of the foregoing document was filed and served via the Court's ECF and notification system to all parties registered to receive electronic notices in this matter.

/s/ *Ryan C. Wooten*
Ryan C. Wooten