IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:**<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-90786 (CML)<br><br>(Jointly Administered) |

**INTERESTED PARTIES' EXHIBIT AND WITNESS LIST**
**FOR FEBRUARY 14, 2025 HEARING**

Interested Parties David Katzman, Steven Katzman, Kyle Wailes, Richard Schnall, Susan

Greenspon Rammelt, and Camelot Venture Group file this exhibit and witness list for the hearing

to be held on February 14, 2025 before the Honorable Christopher Lopez, at the United States

Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 to

consider the Chapter 7 Trustee's Application to Employ Orrick, Herrington & Sutcliffe LLP as

Special Litigation Counsel for Chapter 7 Trustee. Dkt. No. 957.

**EXHIBITS**

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | | Protective Order, *Ciccio v. Smiledirectclub, LLC, et al.*, 3:19-cv-00845 (M.D. Tenn. Dkt. 77) | n/a | | | | |

---

[1] Certain designated exhibits included herein are filed pursuant to the Stipulated Confidentiality Agreement and Protective Order, Docket No. 432.

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| 2 | | Stipulated Protective Order; *Adam Franchi v. Smiledirectclub, Inc., et al.*, 3:19-cv-00962 (M.D. Tenn. Dkt. 131) | n/a | | | | |
| 3 | Under seal | S. Rammelt Email to A. Bay, et al. re SDC Turnover Discussion | n/a | | | | |
| 4 | Under seal | S. Rammelt Email to A. Byman, et al. re SMDC Budget Est. 2023 | TRUSTEE-000019 | | | | |
| 5 | Under seal | C. Wood Email to J. Wolfshohl, et. al re SDC Privilege Log | TRUSTEE-000052 | | | | |
| 6 | Under seal | C. Wood Email to J. Wolfshohl re ELP Deposition | TRUSTEE-000118 | | | | |
| 7 | Under seal | C. Wood Email to A. Power, et. al re Moton to Dismiss SmileDirectClub, Inc. | TRUSTEE-000038 | | | | |
| 8 | | Plaintiffs' Unopposed Motion for Dismissal of Defendant SmileDirectClub, Inc. Without Prejudice | TRUSTEE-000048 | | | | |

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| 9 | Under seal | A. Fiorella Email to C. Wood, et. al re Ackerman Deposition | TRUSTE E-000103 | | | | |
| 10 | Under seal | M. Etkin Email to D. Litterine-Kaufman, et al. re Securities Litigation | TRUSTE E-000083 | | | | |
| 11 | Under seal | J. Wolfshohl Email to M. Etkin, et al. re Securities Litigation | TRUSTE E-000111 | | | | |
| 12 | Under seal | N. Poli Email to M. Etkin, et al. re Securities Litigation | TRUSTE E-000086 | | | | |
| 13 | Under seal | C. Wood Email to A. Fiorella, et al. re Securities Litigation | TRUSTE E-000093 | | | | |
| 14 | Under seal | D. Rammelt Email to A. Power, et al. re Securities Litigation: Privilege Waiver | n/a | | | | |
| 15 | Under seal | A. Power Email to D. Rammelt, et al. re Securities Litigation: Privilege Waiver | TRUSTE E-000095 | | | | |
| 16 | Under seal | D. Rammelt Email to N. Poli, et al. re Securities Litigation: Privilege Waiver | n/a | | | | |

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| 17 | Under seal | A. Power Email to A. Cady, et al. re Securities Litigation: Privilege Waiver | TRUSTEE-000099 | | | | |
| 18 | Under seal | A. Power Email to D. Rammelt, et al. re Subpoena to Align for SDC Arbitration Documents | n/a | | | | |
| 18A | | Subpoena Duces Tecum to Align Technology, Inc. | n/a | | | | |
| 18B | | Plaintiffs' Notice of Issuance of Subpoena to Non-Party Align Technology, Inc. | n/a | | | | |
| 19 | Under seal | A. Power Email to L. Seferian, et al. re Securities Litigation: Subpoena to Align | n/a | | | | |
| 20 | Under seal | A. Power Email to D. Rammelt, et al. re Resolution of Discovery Dispute with Securities Plaintiffs | TRUSTEE-000110 | | | | |
| 21 | | Chapter 7 Trustee's Motion for Entry of an Order (I) Authorizing and Approving Litigation | Dkt. 844 | | | | |

4

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| | | Arrangement, (II) Granting Priming Liens and Providing Claims with Superpriority Status, (III) Approving the Payment of Certain Related Fees and Expenses, and (IV) Granting Related Relief | | | | | |
| 21A | | Declaration of Allison Byman | Dkt. 844-1 | | | | |
| 21B | | Omni Bridgeway Management Commitment Letter | Dkt. 844-2 | | | | |
| 21C | | Proposed Order (I) Authorizing and Approving Litigation Arrangement (II) Grating Priming Liens and Providing Claims with Superpriority Status (III) Approving the Payment of Certain Related Fees and Expenses, and (IV) Granting Related Relief | Dkt. 844-3 | | | | |
| 22 | | Application for Entry of an Order | Dkt. 847 | | | | |

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| | | Authorizing the Retention and Employment of Orrick as Special Litigation Counsel to Chapter 7 Trustee | | | | | |
| 22A | | Declaration of Raniero D'Aversa | Dkt. 847-1 | | | | |
| 23 | | Orrick Subpoena Duces Tecum to K. Wailes | n/a | | | | |
| 24 | Under seal | C. Wood Email to N. Poli re SDC | TRUSTEE000080 | | | | |
| 25 | Under seal | R. Jackson Email to A. Byman, et al. re SmileDirectClub Inc. - Trustee Demand for Documents and Account Administrator Control | n/a | | | | |
| 26 | Under seal | C. Wood Email to N. Poli re Request to Connect | TRUSTEE-000082 | | | | |
| 27 | | Chapter 7 Trustee's Omnibus Reply to DIP Agent's Objection to Litigation Finance Motion, Redaction | Dkt. 875 | | | | |

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| | | Motion, and Orrick Retention Application | | | | | |
| 28 | Under seal | C. Wood Email to A. Power, et al. re SDC | TRUSTEE-0000109 | | | | |
| 29 | Under seal | C. Wood Email to N. Poli, et al. re Arguments Defendants Raised | TRUSTEE-000106 | | | | |
| 30 | | Order Denying Application to Employ Special Litigation Counsel for Chapter 7 Trustee | Dkt. 908 | | | | |
| 31 | | Interested Parties' Subpoena to Testify at a Deposition to Orrick | n/a | | | | |
| 32 | | Renewed Application For Entry of an Order Authorizing The Retention and Employment of Orrick | Dkt. 957 | | | | |
| 32A | | Declaration of Raniero D'Aversa | Dkt. 957-1 | | | | |
| 32B | | Redlined Amended and Restated Contingency Fee Agreement | Dkt. 957-2 | | | | |

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| 33 | | Interested Parties' Subpoena to Testify at a Deposition to Orrick | n/a | | | | |
| 34 | | Orrick Response to Subpoena | n/a | | | | |
| 35 | | Declaration of Allison D. Bayman in Support of Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application | Dkt. 977 | | | | |
| 36 | | Declaration of Jeffrey W. McKenna in Support of Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application | Dkt. 978 | | | | |
| 37 | | Orrick Opposition to Defendants' Emergency Motion to Compel | Dkt. 987 | | | | |
| 38 | | Declaration of Nicholas A. Poli in Support of Non-Party Orrick's Opposition to the Insider Defendants' | Dkt. 988 | | | | |

8

| Exh. No. | Filed Under Seal[1] | Description | Bates Begin / Dkt. No. | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| | | Emergency Motion to Compel | | | | | |
| 39 | | Update Pursuant to Court Directive of Non-Party Orrick | Dkt. 999 | | | | |
| 39A | | Consilio Master Engagement Letter | Dkt. 999-1 | | | | |
| 40 | | Orrick Supplemental Response to the DIP Agent's Interrogatories | n/a | | | | |
| | | Any exhibit listed or presented by any other party, filed in the Debtors' bankruptcy cases, or necessary of impeachment and/or rebuttal | | | | | |

## **WITNESSES**

1. Allison D. Byman (in her capacity as the Chapter 7 Trustee), Fact Witness

2. Jeffrey McKenna or any such person designated as the corporate representative for Orrick, Herrington & Sutcliffe LLP

3. Witnesses to authenticate documents, as necessary

4. Rebuttal or impeachment witnesses, as necessary

5. Any witness called by any other party

The Interested Parties reserve the right to amend or supplement this witness and exhibit list, as necessary, in advance of the hearing. The Interested Parties further reserve the right to use any exhibits presented by any other party, introduce any exhibits that have been previously admitted, and to request that the Court take judicial notice of any document, matter, or fact that is properly subject to such notice.

Dated:  February 12, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF, LLP**

 */s/ Michael B. Silverstein*
David A. Rammelt (*admitted pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:      (312) 212-4949
Facsimile:      (312) 767-9192
E-Mail:          drammelt@beneschlaw.com

*-and-*

Michael D. Meuti (*admitted pro hac vice*)
Andrew G. Fiorella (*admitted pro hac vice*)
127 Public Square, Suite 4900
Cleveland, Ohio  44114
Telephone:      (216) 363-4500
Facsimile:      (216) 363-4588
E-Mail:          mmeuti@beneschlaw.com
                 afiorella@beneschlaw.com

*-and-*

Michael B. Silverstein (*admitted pro hac vice*)
41 South High Street, Suite 2600
Columbus, Ohio  43215
Telephone:      (614) 223-9300
Facsimile:      (614) 223-9330
E-Mail:          msilverstein@beneschlaw.com

*Attorneys for the Interested Parties*

## CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the above and foregoing document is being served on all counsel of record via email on February 12, 2025.

/s/ David Rammelt
David Rammelt