IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SMILEDIRECTCLUB, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br>(Previously Chapter 11)<br><br>Case No. 23-90786 (CML)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1019 & 1050** |

### DIP AGENT'S AND INTERESTED PARTIES' JOINT NOTICE OF APPEAL TO DISTRICT COURT

Cluster Holdco LLC, in its capacity as administrative agent and collateral agent (the "DIP Agent"), by and through its counsel, DLA Piper LLP (US), and David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, and Camelot Venture Group (collectively, the "Interested Parties") by and through their counsel, Benesch, Friedlander, Coplan & Arnoff, LLP, respectfully file this Joint Notice of Appeal from the Court's (i) February 14, 2025, *Order Granting Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee* [Docket No. 1019] (the "Orrick Retention Order") and (ii) April 7, 2025 order denying reconsideration of the same [Docket No. 1050] (the "Denied Reconsideration Order") under Fed. R. Bankr. P. 8003 and states as follows:

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' solicitation agent (as defined herein) at https://restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 7 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

**PART 1: IDENTITY OF THE APPELLANT**

1. Name of the appellants: Cluster Holdco LLC, in its capacity as administrative agent and collateral agent; David Katzman; Steven Katzman; Susan Greenspon Rammelt; Kyle Wailes; Richard Schnall; and Camelot Venture Group.

2. Position of the appellants in the bankruptcy case: Cluster Holdco LLC – Creditor; David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, and Camelot Venture Group – Interested Parties.

**PART 2: IDENTIFY THE SUBJECT OF THIS APPEAL**

3. Describe the judgment, order, or decree appealed from: the Orrick Retention Order [Docket No. 1019] (attached hereto as **Exhibit A**) and Denied Reconsideration Order [Docket No. 1050] (attached hereto as **Exhibit B**).

4. State the date on which the judgment, order, or decree was entered: the Orrick Retention Order was entered on February 14, 2025, and the Denied Reconsideration Order was entered on April 7, 2025.

**PART 3: IDENTIFY THE OTHER PARTIES TO THE APPEAL**

5. List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorney(s) |
|---|---|
| Allison D. Byman, in her capacity as the Chapter 7 Trustee of SmileDirectClub, Inc. and the Affiliated Debtors<br><br>**BYMAN & ASSOCIATES PLLC**<br>7924 Broadway Suite 104<br>Pearland, TX 77581<br>Telephone: (281) 884-9269<br>Email: adb@bymanlaw.com | **PORTER HEDGES LLP**<br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Aaron J. Power (TX Bar No. 24058058)<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Telephone: (713) 226-6000<br>Email: jwolfshohl@porterhedges.com<br>         apower@porterhedges.com |
| Orrick, Herrington & Sutcliffe LLP<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Ryan C. Wooten, Texas Bar No. 24075308<br>609 Main Street, 40th Floor<br>Houston, TX 77002-3106<br>Telephone: (713) 658-6400<br>Email: rwooten@orrick.com<br><br>Raniero D'Aversa, Jr. (admitted *pro hac vice*)<br>Darrell Cafasso (admitted *pro hac vice*)<br>David Litterine-Kaufman (admitted *pro hac vice*)<br>Nicholas Poli (admitted *pro hac vice*)<br>Mark Franke (admitted *pro hac vice*)<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br>Email: rdaversa@orrick.com<br>         cafasso@orrick.com<br>         dlitterinekaufman@orrick.com<br>         npoli@orrick.com<br>         mfranke@orrick.com<br><br>*Special Litigation Counsel for the Chapter 7 Trustee* | N/A |

| | |
|---|---|
| DIP Agent | **DLA PIPER LLP (US)**<br><br>James P. Muenker<br>845 Texas Avenue, Suite 3800<br>Houston, Texas 77002<br>Telephone: (214) 743-4500<br>Email: james.muenker@us.dlapiper.com<br><br>Brett Ingerman (admitted *pro hac vice*)<br>Dale K. Cathell (admitted *pro hac vice*)<br>650 South Exeter Street, Suite 1100<br>Baltimore, Maryland 21202<br>Telephone: (410) 580-4177<br>Email: brett.ingerman@us.dlapiper.com<br>         dale.cathell@us.dlapiper.com<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Email: benjamin.winger@us.dlapiper.com |
| Interested Parties | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**<br>David A. Rammelt (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>E-Mail: drammelt@beneschlaw.com<br><br>Michael D. Meuti (admitted *pro hac vice*)<br>Andrew G. Fiorella (admitted *pro hac vice*)<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Telephone: (216) 363-4500<br>E-Mail: mmeuti@beneschlaw.com<br>         afiorella@beneschlaw.com<br><br>Michael B. Silverstein (admitted *pro hac vice*)<br>41 South High Street, Suite 2600<br>Columbus, Ohio 43215<br>Telephone: (614) 223-9300<br>E-Mail: msilverstein@beneschlaw.com |

Dated: April 16, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

**DLA PIPER LLP (US)**

/s/ Michael B. Silverstein
David A. Rammelt (admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212 4949
Facsimile: (312) 767 9192
E Mail: drammelt@beneschlaw.com

/s/ James P. Muenker
James P. Muenker
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: james.muenker@us.dlapiper.com

-and-

-and-

Michael D. Meuti (admitted *pro hac vice*)
Andrew G. Fiorella (admitted pro hac vice)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363 4500
Facsimile: (216) 363 4588
E Mail: mmeuti@beneschlaw.com
afiorella@beneschlaw.com

Brett Ingerman (admitted *pro hac vice*)
Dale K. Cathell (admitted *pro hac vice*)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4177
Facsimile: (410) 580-3177
Email: brett.ingerman@us.dlapiper.com
dale.cathell@us.dlapiper.com

-and-

-and-

Michael B. Silverstein (admitted *pro hac vice*)
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223 9300
Facsimile: (614) 223 9330
E Mail: msilverstein@beneschlaw.com

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel for the Interested Parties*

*Counsel for the DIP Agent and the DIP Lenders*