United States Courts
Southern District of Texas
FILED

APR 15 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 (Previously Chapter 11) |
| SMILEDIRECTCLUB, INC., *et al.*,[1] | Case No. 23-90786 (CML) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Rebecca Blake Chaikin hereby withdraws her appearance as counsel for the above-captioned debtors and former debtors in possession (collectively, the "Debtors"). Ms. Chaikin requests that service upon her of all future service and notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that she be removed from the electronic (ECF) service list as counsel. The contact information is as follows:

Rebecca Blake Chaikin
**JACKSON WALKER LLP**
1401 McKinney St. Suite 1900
Houston, TX 77010
Telephone: 713-752-4413
Email: rchaikin@jw.com

This notice is with respect to Rebecca Blake Chaikin only, and is not intended to affect service independently requested by Jackson Walker LLP, Matthew D. Cavenaugh, Genevieve M. Graham, or Emily Meraia or their continued listing in the service list for these chapter 7 cases.

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' former claims and noticing agent at https://restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 7 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

Houston, Texas
Dated: October 31, 2024

/s/ *Matthew D. Cavenaugh*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Genevieve M. Graham (TX Bar No. 24085340)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email: mcavenaugh@jw.com
Email: ggraham@jw.com
Email: emeraia@jw.com

*Counsel for the Former Debtors in Possession*

## Certificate of Service

I certify that on October 31, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Matthew D. Cavenaugh
Matthew D. Cavenaugh

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
APR 15 2025
Nathan Ochsner, Clerk of Court

March 24, 2025

Mr. Ochsner,

    Per my discussion today with the CM/ECF support desk, I am enclosing the notices of withdrawal my prior firm filed in four cases that were pending when I left the firm on October 31, 2024.

    I understand that an additional step needs to be taken by your staff to formally terminate my appearances in these cases.

    As I am currently receiving return-to-sender BNC mailings (by the bucket-load!) at my home (due to user error on my part when I updated my PACER account, I am sure) I would really appreciate updating the CM/ECF records so that I am no longer showing as an active representative of the debtors in those cases.

    Importantly, soon after leaving my prior firm, I began clerking for Judge Michael B. Slade in the Northern District of Illinois, therefore it is particularly important that the withdrawals be **effective as of October 31, 2024**. As you can imagine, it would not be good if it looked like my representation continued while my clerkship began. (Many apologies if that creates additional difficulties in effectuating the terminations.)

    Please do not hesitate to reach out if you need anything further from me. I can be reached via cell (917-596-3358) or my personal email (rbctwo@gmail.com).

Very much appreciated,

Rebecca Chaikin

CHAIKIN ~~~~~~~ (Chambers 638)
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208