United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | (Previously Chapter 11) |
| SMILE DIRECTCLUB, INC., et al. | ) | |
| | ) | Case No. 23-90786 (CML) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**STIPULATION AND CONSENT ORDER APPROVING SETOFF AND
RETURNING FUNDS TO THE DEBTORS' ESTATES BETWEEN
CHAPTER 7 TRUSTEE ALLISON D. BYMAN AND WESTROCK CP, LLC**

This Stipulation and Consent Order (the "Stipulation and Consent Order") is made and entered into Chapter 7 Trustee Allison D. Byman (the "Trustee") and WestRock CP, LLC ("WestRock," and together with the Trustee, the "Parties"). The Parties hereby stipulate and agree (the "Stipulation") as follows:

RECITALS

WHEREAS, on September 29, 2023, SmileDirectClub, Inc., et al. (the "Debtors") filed voluntary Chapter 11 petitions; and

WHEREAS, in the months of November and December 2023, WestRock received from the Debtors approximately $65,818.00 for pre-paid product orders that were never produced (the "Funds"); and

WHEREAS, the Court converted the Debtors' cases to Chapter 7 on January 26, 2024 and Allison D. Byman was appointed as the Chapter 7 Trustee; and

WHEREAS, WestRock has unpaid post-petition invoices in the amount of $4,376.39, and, in that regard has a chapter 11 post-petition administrative expense priority claim in that amount against the Debtors (the "Post-Petition Claim").

1

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND IT IS ORDERED THAT:**

1. WestRock's Post-Petition Claim hereby is deemed allowed as an administrative expense claim pursuant to Section 503 of the Bankruptcy Code.

2. The automatic stay imposed by Section 362 of the Bankruptcy Code hereby is VACATED and TERMINATED to permit WestRock to take any and all actions necessary to effectuate the setoff of the Post-Petition Claim against the Funds received from the Debtors and currently held by WestRock.

3. Pursuant to Section 553 of the Bankruptcy Code, WestRock is authorized to take any and all action necessary to effectuate the setoff its Post-Petition Claim owed by the Debtors against the Funds currently held by WestRock.

4. WestRock hereby is authorized and directed to turn over the remainder of the Funds, in the amount of $61,441.61, to the Trustee within thirty (30) days of the date of entry of this Stipulation and Consent Order.

5. The net Funds returned to the Trustee are subject to paragraph 4 of the Stipulation and Agreed Order Extending Certain Consensual Uses of Cash Collateral, Abandonment of Non-Debtor Foreign Subsidiaries Equity Interests, and Related Matters (Doc. No. 837).

6. This Stipulation and Consent Order shall be effective and enforceable immediately upon entry and shall not be stayed pursuant to any applicable Federal Rule of Bankruptcy Procedure or Bankruptcy Code provision.

Signed: April 29, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

ACKNOWLEDGED AND AGREED TO BY:

Dated: April 25, 2025

/s/ Aaron J. Power
Aaron J. Power
Porter Hedges LLP
1000 Main St, 36th Floor
Houston, TX 77002
Phone (713) 226-6631
apower@porterhedges.com

*Counsel for Chapter 7 Trustee Allison D. Byman*

Dated: April 25, 2025

/s/ Allen M. DeBard
Allen M. DeBard
Langley & Banack, Incorporated
Attorneys and Counselors at Law
745 East Mulberry Avenue, Suite 700
San Antonio, TX 78212
Phone (210) 736-6600
adebard@langleybanack.com

*Counsel for WestRock CP, LLC*