IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SMILEDIRECTCLUB, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br>(Previously Chapter 11)<br><br>Case No. 23-90786 (CML)<br><br>(Jointly Administered) |

**DIP AGENT AND INTERESTED PARTIES' (I) STATEMENT OF THE ISSUES ON APPEAL, (II) DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, AND (III) CERTIFICATION OF NO TRANSCRIPTS ORDERED**

Pursuant to Rules 8009(a)(1) and 8009(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Cluster Holdco LLC, in its capacity as administrative agent and collateral agent (the "DIP Agent"), by and through its counsel, DLA Piper LLP (US), and David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, and Camelot Venture Group (collectively, the "Interested Parties" and together with the DIP Agent, the "Joint Appellants"), hereby respectfully submit the following: (I) statement of issues to be presented on appeal, (II) designation of items to be included in the record on appeal, and (III) certification of no transcripts ordered with respect to the appeal.

The appeal is pending before the United States District Court for the Southern District of Texas at Civil Action 4:25-cv-1771.

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' solicitation agent (as defined herein) at https://restructuring.ra.kroll.com/SmileDirectClub.  The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 7 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

## I. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Joint Appellants submit the following statement of issues on appeal:

1. Did the Bankruptcy Court err in granting the Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee?

2. Even if the Bankruptcy Court properly appointed Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel, did the court err by including language in the Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel that violates the separate "Final Debtor-in-Possession Order" that the court had entered on November 7, 2023 by allowing the Trustee to pursue claims and causes of action owned by the DIP Agent.

3. Did the Bankruptcy Court err by depriving the Interested Parties of the ability to develop an evidentiary record before the court issued the Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee?

4. Did the Bankruptcy Court err in denying the DIP Agent's and Interested Parties respective Motions to Reconsider the Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee?

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Joint Appellants hereby submit this list of designations to be included in the record on appeal (including any exhibit, annex, or addendum attached thereto):

|  | Description | Docket No. |
|---|---|---|
| 1. | Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, and (IV) Modifying the Automatic Stay | 296 |
| 2. | Agreed Order (I) Authorizing (A) Consensual Use of Cash Collateral and (B) the Exercise of certain Rights and Remedies Under the Final DIP Order, and (II) Granting Related Relief | 655 |
| 3. | Stipulation and Agreed Order Extending Certain Consensual Uses of Cash Collateral Through March 2024 | 787 |
| 4. | Stipulation and Agreed Order Extending Certain Consensual Uses of Cash Collateral Through April 2024 | 800 |
| 5. | Stipulation and Agreed Order Extending Certain Consensual Uses of Cash Collateral Through May 2024 | 811 |
| 6. | Stipulation and Agreed Order Extending Certain Consensual Uses of Cash Collateral, Abandonment of Non-Debtor Foreign Subsidiaries Equity Interests, and Related Matters | 837 |
| 7. | Declaration of Allison D. Byman in Support of Chapter 7 Trustee's Motion for Entry of an Order (I) Authorizing and Approving Litigation Arrangement, (II) Granting Priming Liens and Providing Claims with Superpriority Status, (III) Approving the Payment of Certain Related Fees and Expenses, and (IV) Granting Related Relief | 844-1 |
| 8. | Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 847 |
| 9. | D'Aversa Declaration (Exhibit A) to Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 847-1 |
| 10. | Order Denying Application to Employ Special Litigation Counsel for Chapter 7 Trustee | 908 |
| 11. | October 18, 2024 Hearing Transcript | 916 |

|  | Description | Docket No. |
|---|---|---|
| 12. | Emergency Motion for Order Confirming Chapter 7 Trustee is Authorized and Empowered to Waive the Debtors' Attorney/Client Privileges | 920 |
| 13. | Objection to Securities Plaintiffs' Emergency Motion for Order Confirming Chapter 7 Trustee is Authorized and Empowered to Waive the Debtors' Attorney/Client Privileges and accompanying exhibits | 951<br><br>951-1 – 951-14 |
| 14. | Objection / DIP Agent's Limited Objection and Reservation of Rights to Securities' Plaintiffs' Emergency Motion for Order Confirming Chapter 7 Trustee is Authorized and Empowered to Waive the Debtors' Attorney/Client Privileges | 952 |
| 15. | Declaration of Ben Winger in Support of Objection / DIP Agent's Limited Objection and Reservation of Rights to Securities' Plaintiffs' Emergency Motion for Order Confirming Chapter 7 Trustee is Authorized and Empowered to Waive the Debtors' Attorney/Client Privileges and accompanying exhibits | 953 |
| 16. | Emergency Motion to Continue Hearing on Securities Plaintiffs' Emergency Motion for Order Confirming Chapter 7 Trustee is Authorized and Empowered to Waive the Debtors' Attorney/Client Privileges and accompanying exhibits | 954<br><br>954-1 – 954-10 |
| 17. | Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 957 |
| 18. | D'Aversa Declaration (Exhibit A) to Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 957-1 |
| 19. | Order Granting Emergency Motion to Continue Hearing on Securities Plaintiffs' Emergency Motion for Order Confirming Chapter 7 Trustee is Authorized and Empowered to Waive the Debtors' Attorney/ Client Privileges | 959 |
| 20. | December 20, 2024 Status Hearing Transcript | 966 |

|  | Description | Docket No. |
|---|---|---|
| 21. | DIP Agent's Objection to the Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 972 |
| 22. | Motion to Adjourn Trustee's Renewed Application for Retention of Orrick or, Alternatively, Objection to Trustee's Renewed Application for Retention of Orrick | 973 |
| 23. | Declaration of Michael B. Silverstein in Support of Interested Parties' Motion to Adjourn Trustee's Renewed Application for Retention of Orrick or, Alternatively, Objection to Trustee's Renewed Application for Retention of Orrick and accompanying exhibits | 974<br><br>974-1 – 974-3 |
| 24. | Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application | 976 |
| 25. | Declaration of Allison D. Byman in Support of Chapter 7 Trustee's Omnibus Reply in Support of Orrick Retention Application | 977 |
| 26. | Declaration of Jeffrey W. McKenna in Support of Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application | 978 |
| 27. | Emergency Motion, Motion to Compel Orrick to Comply with Subpoena | 979 |
| 28. | Declaration of Michael B. Silverstein in Support of Emergency Motion to Compel Orrick to Comply with Subpoena and accompanying exhibits | 980<br><br>980-1 – 980-6 |
| 29. | Order Adjourning Hearings and Setting Status Conference | 982 |
| 30. | Response in Opposition to the Insider Defendants' Emergency Motion to Compel | 987 |
| 31. | February 3, 2025 Status Hearing Transcript | 998 |
| 32. | Update Pursuant to Court Directive of Non-Party Orrick, Herrington, & Sutcliffe LLP | 999 |

| | Description | Docket No. |
|---|---|---|
| 33. | DIP Agent's Witness and Exhibit List for Hearing on February 14, 2025 at 9:00 A.M. (CT) | 1010<br><br>1010-13 and 1010-16 |
| 34. | Interested Parties' Notice of Filing Exhibits for February 14, 2025 Hearing | 1013<br><br>1013-3, 1013-4, 1013-11, 1013-12, 1013-15, 1013-16, and 1013-18 |
| 35. | Order Granting Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 1019 |
| 36. | February 14, 2025 Hearing Transcript | 1024 |
| 37. | First Supplemental Declaration of Joshua W. Wolfshohl in Connection with the Application for Entry of an Order Authorizing the Retention and Employment of Porter Hedges LLP as Special Counsel for Allison D. Byman, Chapter 7 Trustee | 1025 |
| 38. | DIP Agent's Motion for Reconsideration of Order Granting Second Orrick Retention Application | 1031 |
| 39. | Motion to Reconsider Order Granting Renewed Application | 1032 |
| 40. | Second Supplemental Declaration of Joshua W. Wolfshohl in Connection with the Application for Entry of an Order Authorizing the Retention and Employment of Porter Hedges LLP as Special Counsel for Allison D. Byman, Chapter 7 Trustee | 1034 |
| 41. | First Supplemental Declaration of Raniero D'Aversa in Connection with the Renewed Application for Entry of An Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee | 1036 |
| 42. | Trustee's Objection to Motions to Reconsider | 1046 |
| 43. | Order Denying Motions for Reconsideration | 1050 |

| | Description | Docket No. |
|---|---|---|
| 44. | DIP Agent's and Interested Parties' Joint Notice of Appeal to District Court | 1051 |

## Reservation of Rights

The Joint Appellants expressly reserve the right to supplement this designation and the record on appeal with any relevant materials from the above-captioned chapter 7 bankruptcy cases.

## Certificate of No Transcript Ordered Re: Notice of Appeal

The Joint Appellants by and through their undersigned counsel certify, pursuant to Fed. R. Bankr. P. 8009(b), that they are not ordering additional transcripts with respect to this appeal.

[*Remainder of page intentionally left blank*]

Dated: April 30, 2025

**BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF, LLP**

 /s/  Michael B. Silverstein
Michael B. Silverstein (admitted *pro hac vice*)
41 South High Street, Suite 2600
Columbus, Ohio  43215
Telephone:     (614) 223 9300
Facsimile:      (614) 223 9330
E Mail:          msilverstein@beneschlaw.com

-and-

Michael D. Meuti (admitted *pro hac vice*)
Andrew G. Fiorella (admitted pro hac vice)
127 Public Square, Suite 4900
Cleveland, Ohio  44114
Telephone:     (216) 363 4500
Facsimile:      (216) 363 4588
E Mail:          mmeuti@beneschlaw.com
                 afiorella@beneschlaw.com

-and-

David A. Rammelt (admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:     (312) 212 4949
Facsimile:      (312) 767 9192
E Mail:          drammelt@beneschlaw.com

*Counsel for the Interested Parties*

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/  James P. Muenker
James P. Muenker
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: james.muenker@us.dlapiper.com

-and-

Brett Ingerman (admitted *pro hac vice*)
Dale K. Cathell (admitted *pro hac vice*)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4177
Facsimile: (410) 580-3177
Email: brett.ingerman@us.dlapiper.com
          dale.cathell@us.dlapiper.com

-and-

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel for the DIP Agent and the DIP Lenders*