UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re:  SmileDirectClub, Inc. et al                   §
                                                       §          Civil Action No.    4:25-cv-01771
         Debtor                                        §
                                                       §          Bankruptcy Case No.   23-90786
     Cluster Holdco LLC, et al.                        §
Appellant                                              §

## Notice of Deficiency

1.  The notice of appeal was filed in the bankruptcy court on        . The designation of the record
    was due on 4/30/2025. *See* Fed. R. Bankr. P. 8009.

2.  If the appellant does not cure these deficiencies within 14 days, the district court may dismiss
    the appeal without further notice.

☐ The filing fee has not been paid.

☐ The record has not been designated.

☒ The record designated by the appellant includes transcripts that have not been
   ordered.

☐ The appellant has not arranged to pay for the transcripts designated.

Date: May 8, 2025

                                                   Nathan Ochsner, Clerk of Court
                                                    H. Lerma
                                                   Deputy Clerk