## Account History

**23-90786**

### From: 01/01/2018 to: 12/31/2019

**Share History: 77228-8 1001 - Regular Shares**

| Effective | Br | Transaction Description | Amount | Withheld | Balance | Code | Number | Teller | Follow Up |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/2018 | | Beginning Balance | | | 50.12 | | | | |
| 10/01/2019 | 9 | Overdraft Transfer To ******7228-8 1009 : 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/30/2019 | -20.50 | 0.00 | 344.46 | SW | 110609965 | $R | No |
| 10/01/2019 | 9 | Overdraft Transfer To ******7228-8 1009 : 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/30/2019 | -79.66 | 0.00 | 264.80 | SW | 110609966 | $R | No |

**Share History: 77228-8 1009 - Cash Back Checking**

| Effective | Br | Transaction Description | Amount | Withheld | Balance | Code | Number | Teller | Follow Up |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/2018 | | Beginning Balance | | | 414.40 | | | | |
| 05/28/2019 | 9 | Purchase: SMILEDIRECTCLUB SMILEDIRECTCL 05/24/2019 | -250.00 | 0.00 | 486.71 | SW | 105808481 | $R | No |
| 07/01/2019 | 9 | Purchase: 33884779 HFD SMILE DIRECT CLUB 661-6164400 06/30/2019 | -79.66 | 0.00 | 321.61 | SW | 107132215 | $R | No |
| 08/05/2019 | 9 | Purchase: 33861199 HFD SMILE DIRECT CLUB 661-6164400 08/02/2019 | -79.66 | 0.00 | 0.00 | SW | 108446945 | $R | No |
| 09/05/2019 | 9 | Purchase: 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/04/2019 | -79.66 | 0.00 | 360.26 | SW | 109642715 | $R | No |
| 10/01/2019 | 9 | Overdraft Transfer From ******7228-8 1001 : 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/30/2019 | 20.50 | 0.00 | 26.00 | SD | 110609965 | $R | No |
| 10/01/2019 | 9 | Purchase: 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/30/2019 | -25.00 | 0.00 | 1.00 | SW | 110609965 | $R | No |
| 10/01/2019 | 9 | Overdraft Transfer From ******7228-8 1001 : 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/30/2019 | 79.66 | 0.00 | 80.66 | SD | 110609966 | $R | No |
| 10/01/2019 | 9 | Purchase: 33884779 HFD SMILE DIRECT CLUB 661-6164400 09/30/2019 | -79.66 | 0.00 | 1.00 | SW | 110609966 | $R | No |
| 10/16/2019 | 9 | Purchase: SMILEDIRECTCLUB SMILEDIRECTCL 10/15/2019 | -99.00 | 0.00 | 538.93 | SW | 111169282 | $R | No |
| 11/04/2019 | 9 | Purchase: 33884779 HFD SMILE DIRECT CLUB 661-6164400 11/01/2019 | -79.96 | 0.00 | 149.33 | SW | 111889439 | $R | No |
| 12/02/2019 | 9 | Purchase: 33884779 HFD SMILE DIRECT CLUB 661-6164400 11/30/2019 | -79.66 | 0.00 | 1,127.13 | SW | 112954022 | $R | No |
| 12/16/2019 | 9 | Purchase: 00000001 PAYPAL *SMILEYHOMEY 4029357733 12/13/2019 | -23.96 | 0.00 | 127.62 | SW | 113522803 | $R | No |

**Share History: 77228-8 1044 - Ticket to Win**

| Effective | Br | Transaction Description | Amount | Withheld | Balance | Code | Number | Teller | Follow Up |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2021 | | Beginning Balance | | | 0.00 | | | | |

Jordan Federal Credit Union, South Jordan Utah

---

*Purchased new aligner 2024 from rebranded "Dr. Returners". Continued to create malocclusion*

United States Courts
Southern District of Texas
FILED

FEB 06 2026

Nathan Ochsner, Clerk of Court

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Mon, Feb 2, 2026 at 2:37 PM

Camille Sullivan <camillesullivan79@gmail.com>
To: TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>

I'm happy to put it in writing and provide physical copies of the documentation that I have submitted via email. A simple refund for the second product that was ordered to correct the first misalignment) won't be sufficient to cover the malocclusion and misalignment corrections caused by "Smile Direct Club- Dr. Retainers-Smile Set". I will need a full refund of the upfront costs and expenses paid that caused this issue. Otherwise, I will take matters into legal consideration.

Best,
Camille Sullivan

On Thu, Jan 29, 2026 at 9:59 AM TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov> wrote:

We cannot advise you on how to proceed but if you're requesting a refund, you can put it in writing and mail it to the court.  The address is: U.S. Bankruptcy Court, PO Box 61010, Houston, TX 77208.

**From:** Camille Sullivan <camillesullivan79@gmail.com>
**Sent:** Thursday, January 29, 2026 9:49 AM
**To:** TXSBdb_ECF_Helpdesk <bankruptcy_ecf_helpdesk@txs.uscourts.gov>
**Subject:**

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL:**

Greetings,

I am reaching out regarding my experience with SmileDirectClub. After paying in full for my aligners, I developed a severe bite misalignment and malocclusion. I can no longer bite down on one side. I have since consulted with several dentists and TMJ specialists who have recommended costly procedures to correct the issues caused by these aligners.

When I contacted SmileDirectClub to request a revision and new aligners, I discovered the company had shut down. Consequently, what began as minor crowding has escalated into a significant dental problem requiring substantial out-of-pocket expenses to repair.

Given that the product caused dental trauma rather than correcting the original issue, I would like to know what my options are. I would like to be entitled to a settlement or any form of compensation for these medical expenses. I have already paid thousands out of pocket to address the issue and need the funds and company to make it right so I can correct it.

Best regards,

Camille Sullivan

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Tue, Feb 3, 2026 at 12:17 P

Camille Sullivan <camillesullivan79@gmail.com>
To: Camille Sullivan <camillesullivan79@gmail.com>

---------- Forwarded message ----------
From: **Camille Sullivan** <camillesullivan79@gmail.com>
Date: Mon, Feb 2, 2026 at 2:37 PM
Subject: Re:
To: TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>

I'm happy to put it in writing and provide physical copies of the documentation that I have submitted via email. A simple refund for the second product that was ordered to correct the first misalignment) won't be sufficient to cover the malocclusion and misalignment corrections caused by "Smile Direct Club- Dr. Retainers-Smile Set". I will need a full refund of the upfront costs and expenses paid that caused this issue. Otherwise, I will take matters into legal consideration.

Best,
Camille Sullivan

On Thu, Jan 29, 2026 at 9:59 AM TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov> wrote:
We cannot advise you on how to proceed but if you're requesting a refund, you can put it in writing and mail it to the court. The address is: U.S. Bankruptcy Court, PO Box 61010, Houston, TX 77208.

From: Camille Sullivan <camillesullivan79@gmail.com>
Sent: Thursday, January 29, 2026 9:49 AM
To: TXSBdb_ECF_Helpdesk <bankruptcy_ecf_helpdesk@txs.uscourts.gov>
Subject:

**CAUTION - EXTERNAL:**

CAUTION - EXTERNAL:

Greetings,

I am reaching out regarding my experience with SmileDirectClub. After paying in full for my aligners, I developed a severe bite misalignment and malocclusion. I can no longer bite down on one side. I have since consulted with several dentists and TMJ specialists who have recommended costly procedures to correct the issues caused by these aligners.

When I contacted SmileDirectClub to request a revision and new aligners, I discovered the company had shut down. Consequently, what began as minor crowding has escalated into a significant dental problem requiring substantial out-of-pocket expenses to repair.

Given that the product caused dental trauma rather than correcting the original issue, I would like to know what my options are. I would like to be entitled to a settlement or any form of compensation for these medical expenses. I have already paid thousands out of pocket to address the issue and need the funds and company to make it right so I can correct it.

I look forward to your guidance on this matter.

Best regards,

Camille Sullivan


Mon, Feb 2, 2:37 PM (21 hours ago)

**Camille Sullivan** <camillesullivan79@gmail.com>
to TXSDdb_Houston_Operation

I'm happy to put it in writing and provide physical copies of the documentation that I have submitted via email. A simple refund for the second product that was ordered to correct the first misalignment) won't be sufficient to cover the malocclusion and misalignment corrections caused by "Smile Direct Club- Dr. Retainers-Smile Set". I will need a full refund of the upfront costs and expenses paid that caused this issue. Otherwise, I will take matters into legal consideration.

# Gmail

Camille Sullivan <camillesullivan79@gmail.com>

**RE:**
messages

Thu, Jan 29, 2026 at 9:59 AM

TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>
To: Camille Sullivan <camillesullivan79@gmail.com>

We cannot advise you on how to proceed but if you're requesting a refund, you can put it in writing and mail it to the court. The address is: U.S. Bankruptcy Court, PO Box 61010, Houston, TX 77208.

**From:** Camille Sullivan <camillesullivan79@gmail.com>
**Sent:** Thursday, January 29, 2026 9:49 AM
**To:** TXSBdb_ECF_Helpdesk <bankruptcy_ecf_helpdesk@txs.uscourts.gov>
**Subject:**

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL:**

Greetings,

I am reaching out regarding my experience with SmileDirectClub. After paying in full for my aligners, I developed a severe bite misalignment and malocclusion. I can no longer bite down on one side. I have since consulted with several dentists and TMJ specialists who have recommended costly procedures to correct the issues caused by these aligners.

When I contacted SmileDirectClub to request a revision and new aligners, I discovered the company had shut down. Consequently, what began as minor crowding has escalated into a significant dental problem requiring substantial out-of-pocket expenses to repair.

Given that the product caused dental trauma rather than correcting the original issue, I would like to know what my options are. I would like to be entitled to a settlement or any form of compensation for these medical expenses. I have already paid thousands out of pocket to address the issue and need the funds and company to make it right so I can correct it.

I look forward to your guidance on this matter.

Best regards,

Camille Sullivan

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



# ROSVALL
## ORTHODONTICS

Michael D. Rosvall, DDS, MS

March 19, 2025

Treatment Estimate for:

## Camille Sullivan-Smith

| Recommended Treatment: | | Clear Aligners Full |
|---|---|---|
| 1. Listed Treatment Fee | | $ 6,595 |
| 2. Additional Fees: | | |
| 3. Additional Services | 1 Year Post-Treatment Retention (included services: regular scheduled retention appointments, emergency office visits for 12 months, post treatment x-rays and recementing of bonded retainers if needed) | Included |
| | Sub-Total: | $ 6,595 |
| | | $ |
| 4. Anticipated Insurance Plan In-Network Benefit: | | 0% $ |
| *We encourage you to independently verify your insurance benefits | Total Treatment Fee | $ 6,595 |
| 5. Anticipated Individual Insurance Benefits: | Primary Insurance | N/A $ |
| | Secondary Insurance | N/A |
| 6. Other Discounts: | Self Pay Discount: | $ 720 |
| | | $ |
| | | $ |
| 7. Balance: | Final Balance (after estimated insurance benefits): | $ 5,875 |

### Payment Options:

Being sensitive to the fact that different people have different needs in fulfilling their financial obligations, we are extending the following payment options:

| 1. Pre-payment of Treatment in Full: | | $ 5,875 |
|---|---|---|
| If the Balance (line #7 above) is paid in full prior to the start of treatment, we will extend a 5% paid in full discount. We accept Flex Spending and Health Savings funds. | 5% Paid in Full Discount: | $ 294 |
| | Paid in Full Balance: | $ 5,581 |

| 2. Interest Free Office Payment Plan: | Balance: | $ 5,875 |
|---|---|---|
| | 40% Down | |
| | Initial Payment due at the Start of Treatment | $ 2,350 |
| | Number of Monthly Payments: | 10 |
| | Monthly Payment amount: | $ 353 |

| 3. A "No Down Payment" financing option is available with terms extending up to 60 months through CareCredit. Please let us know if you are interested in this option and we will help you complete an application. |
|---|

*Insurance information used to generate this quote is an estimate, based on the information supplied to us from you and your insurance company. You are ultimately responsible for any amount not paid by your insurance carrier. Our goal is to finish treatment as efficiently as possible, so neither the fee nor the number of payments are based on the number of appointments or the length of treatment, but represent a convenient method of budgeting the cost of treatment over a period of time.

The Orthodontic Treatment Fee will be honored for 3 months from the above date