April 5, 2026

United States Courts
Southern District of Texas
FILED

APR 1 4 2026

Nathan Ochsner, Clerk of Court

Genevieve Marie Graham
4203 Monroe's Blvd set 550
Houston, TX 77006

RE: Bankruptcy Smiles Direct Club

Genevieve Marie Graham/US Bankruptcy Court
Southern District of Texas Houston Division

Hello Genevieve Marie Graham/ US Bankruptcy Court Southern District of Texas Houston Division.

I am a former client of Smiles Direct Club (SDC).  I believe Smile Direct Club took me on as a client knowing they were filing bankruptcy 11 on September 29, 2023. SDC did not ceased operation until December 8, 2023.  SDC later changed their Bankruptcy chapter 11 to chapter 7 on January 26, 2024.

I plan to sue Smile Direct Club owners personally.  Smile Direct Club took me on as a client and should have ceased operation at the time to prevent collecting monies from new customers and not rendering services. I never received  a video call with their so-called Orthodontist Dr. Amman Mekari. It wasn't until I located his personal email address was when I discovered SDC was filing bankruptcy. Imagine the shock when I found out my teeth were not going to be fixed!

Smile direct club took my $250.00 down payment, 4 payments of $88.00 and filed a fraudulent claim with my insurance company when services were never rendered. Because SDC has collected funds of $1200.00 from my insurance company, my insurance company will not pay out again for me to have my teeth straightened.

So basically I lost all my money dealing with an untruthful company who has scammed millions of clients out of money and now wants to file bankruptcy to get out of paying their debt and start a new company to do the same.

I am requesting my total paid to SDC of $1802.00 and to clear my account with their finance company Healthcare Finance Direct!

If  I don't hear back in fourteen days I plan to take legal action against the owners personally to recoup my money.  They are liable for their own wrongful facts, they are not shielded by bankruptcy and I believe can still be held liable.

Sincerely,

Jacqueline Tucker
4450 Drayton Ct
Indianapolis, In 46254
317.691.8913

Case 23-90786   Document 1118   Filed in TXSB on 04/14/26   Page 3 of 3



Juy Lee Luken
14450 Drayton ct
Indpls, IN 46254

INDIANAPOLIS IN 460

CONFIDENTIAL

8 APR 2026   PM 3   L

United States Courts
Southern District of Texas
FILED

APR 14 2026

Nathan Ochsner, Clerk of Court

# FRI-17108 0541-1-4
United States Bankruptcy Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston, Tx 77 002-2600