United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **SMILEDIRECTCLUB, INC., *et al.*** | § | |
| | § | **Case No. 23-90786 (CML)** |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH CAVEX HOLLAND BV PURSUANT TO BANKRUPTCY RULE 9019**
[Relates to Docket No. 1135]

The Court has considered the Chapter 7 Trustee's *Motion to Compromise Controversy with Cavex Holland BV Pursuant to Bankruptcy Rule 9019* (the "Motion"). The Court has jurisdiction to hear and determine the Motion and to grant the relief requested therein, pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The proposed compromise is fair, equitable, reasonable and in the best interests of the estate and its creditors and should be approved. The proposed compromise is a valid and sound exercise of the Trustee's business judgment. Adequate notice of the Motion has been given to creditors and parties-in-interest in this case.

Accordingly, it is therefore **ORDERED** that:

1. The Agreement is approved, and the Trustee is authorized to enter into the Agreement with Cavex.

2. The Trustee may take all other and further actions that may be necessary to implement the settlement approved by this Order.

3. Notwithstanding the applicability of Bankruptcy Rule 6004, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Signed: October 08, 2026

Christopher Lopez
United States Bankruptcy Judge