United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **SMILEDIRECTCLUB, INC.,** ***et al.*** | § | |
| | § | **Case No. 23-90786 (CML)** |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH CAVEX HOLLAND BV PURSUANT TO BANKRUPTCY RULE 9019**
[Relates to Docket No. 1135]

The Court has considered the Chapter 7 Trustee's *Motion to Compromise Controversy with Cavex Holland BV Pursuant to Bankruptcy Rule 9019* (the "Motion"). The Court has jurisdiction to hear and determine the Motion and to grant the relief requested therein, pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The proposed compromise is fair, equitable, reasonable and in the best interests of the estate and its creditors and should be approved. The proposed compromise is a valid and sound exercise of the Trustee's business judgment. Adequate notice of the Motion has been given to creditors and parties-in-interest in this case.

Accordingly, it is therefore **ORDERED** that:

1. The Agreement is approved, and the Trustee is authorized to enter into the Agreement with Cavex.

2. The Trustee may take all other and further actions that may be necessary to implement the settlement approved by this Order.

3. Notwithstanding the applicability of Bankruptcy Rule 6004, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Signed: October 08, 2026

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 23-90786-cml
SmileDirectClub, Inc. Chapter 7
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 4
Date Rcvd: Oct 08, 2026 Form ID: pdf002 Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Access Dental Lab, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | CAMF II, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | Ortho Lab Services, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | SDC Financial LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | SDC Holding, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | SDC Plane, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | SmileDirectClub, Inc., 1530 Antioch Pike, Antioch, TN 37013-3479 |
| @db | + | SmileDirectClub, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @db | + | SmileFarm, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219-1757 |
| @aty | + | Brian Bolin, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| @aty | + | Douglas R. Keeton, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| @aty | + | Emily Rose Orman, Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| @aty | + | Jeremy R. Polk, FisherBroyles, LLP, 203 N. LaSalle St., Suite 210, Chicago, IL 60601 UNITED STATES 60601-1231 |
| @aty | + | Jordan Elkin, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| @aty | + | Patricia J. Lane, FisherBroyles, LLP, 203 N. LaSalle St., Suite 210, Chicago, IL 60601-1231 |
| @aty | + | Sarah Angelino, Kirkland and Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| @aty | + | Tyler Zelinger, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| @cr | + | Align Technology, Inc., 410 North Scottsdale Road Suite 1300, Tempe, AZ 85288-7094 |
| @cr | + | Allied Universal Security Services, c/o Davis Lee Wright, ROBINSON & COLE LLP, 1201 North Market Street, Suite 1406, Wilmington, DE 19801-1163 |
| @cr | + | AmREIT Uptown Dallas, LP, 1221 Main Street, Suite 1000, Columbia, SC 29201-3255 |
| @cr | + | Andrew Fairchild, 2724 Sw Indian Hills Road, Topeka, KS 66614-4789 |
| @cr | + | Berwyn Henry Kandoll, 8510 NE 69th St., Vancover, WA 98662-4378 |
| @cr | + | CP Investors, 760 Melrose Avenue, Nashville, TN 37211-2151 |
| @cr | + | Catherine Randolph, 9204 Swiven Pl Apt 30, Rosedale, MD 21237-4478 |
| @cr | + | Charlotte Wall, 4397 Wilshire Blvd, Apt E201, Mound, MN 55364-1928 |
| @cr | + | Corporate Eagle Management Services, Inc., 6320 Highland Road, Waterford, MI 48327-1835 |
| @cr | + | Coupa Software, Inc., Barnes & Thornburg LLP, Victor D. Vital, 2121 North Pearl Street, Suite 700 Dallas, TX 75201-2493 |
| @cr | + | Daniel C Hightower, 7630 Old Hwy Number 6, Santee, SC 29142-9095 |
| @cr | + | Darlene A Hunter, c/o Keith Eliou, 950 Greentree Rd, Suite 202, Pittsburgh, PA 15220-3314 |
| @cr | + | Dash BPO, LLC, Esther McKean, Esq. & David Parham, Esq., Akerman LLP, P.O. Box 231, Orlando, FL 32802-0231 |
| @cr | + | Delancey Walnut 2016, LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| @cr | + | Dr. Ciccio, et. al. -- the Dentist & Orthodontist, c/o Spencer Fane LLP, 2200 ROSS AVEUNUE, SUITE 4800W, DALLAS, TX 75201-7901 |
| @cr | + | Google LLC, c/o White and Williams LLP, 1650 Market St., Fl. 18, Philadelphia, PA 19103-7304 |
| @cr | + | Hewlett-Packard Financial Services Company, c/o McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE 19801-3715 |
| @cr | + | Kathlene R Kelley, 7630 Old Hwy Number 6, Santee, SC 29142, UNITED STATES 29142-9095 |

| | | |
|---|---|---|
| @acc | + | KenWood & Associates, P.C., 14090 Southwest Freeway, Suite 200, Sugar Land, TX 77478-3678 |
| @cr | + | Lamar Allen, 120 Cataline Ave, Antioch, CA 94509-3412 |
| @cr | #+ | NW MET LP, Attn: Joshua L. Shepherd, QSLWM, P.C., 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| @cr | + | Nashville Hockey Club Limited Partnership, Baker Donelson Bearman Caldwell &, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| @cr | + | Shelia Fatty, Langston & Lott, PLLC, P.O. Box 382, Booneville, MS 38829, UNITED STATES 38829-0382 |
| @cr | + | Shenzhen Risun Technology Co., Ltd., Archer & Greiner, P.C., 3040 Post Oak Blvd Suite 1800-150, Houston, TX 77056, UNITED STATES 77056-6500 |
| @cr | + | Sherif Hassan, 3904 Thornwood Rd, Hyattsville, MD 20784-2642 |
| @cr | + | SmileDirectClub Consumer Arbitration Claimants, Morgan & Morgan, 20 N. Orange Ave, Ste 1600, orlando, FL 32801, UNITED STATES 32801-4645 |
| @cr | + | Stripe, Inc., Kyle S. Hirsch, Bryan Cave Leighton Paisner LLP, Two North Central Avenue, Suite 2100 Phoenix, AZ 85004-4533 |
| @cr | + | Suzanne Puccio, 723 Crestdale Dr., Clayton, NC 27520-5727 |
| @cr | + | Warner Bros. Discovery, Inc., c/o Tiffany Strelow Cobb, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| @cr | + | Yuxin Ai, 480 Buffalo Ct, West New York, NJ 07093-8320 |
| @cr | + | c/o David Scott Aetna Life Insurance Company, 1425 Union Meeting Road, Mail Code U23S, Blue Bell, PA 19422-1919 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: patricia.fugee@fisherbroyles.com | Oct 08 2026 20:55:00 | Patricia B. Fugee, Fisher Broyles LLP, 27100 Oakmead Dr., #306, Perrysburg, OH 43551-2670 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 08 2026 20:56:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| intp | | Email/Text: tom@howley-law.com | Oct 08 2026 20:55:00 | Howley Law PLLC, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002, UNITED STATES |
| intp | ^ | MEBN | Oct 08 2026 20:49:10 | Jolene Wise United States Securities & Exchange Co, 175 W. Jackson Blvd., Suite 1450, Chicago, IL 60604-2710 |
| op | | Email/Text: EBN@primeclerk.com | Oct 08 2026 20:54:00 | Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Oct 08 2026 20:54:00 | Bexar County, Bexar County, c/o Don Stecker, Linebarger Goggan Blair & Sampson, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 08 2026 20:56:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ | MEBN | Oct 08 2026 20:52:17 | Metropolitan Government of Nashville and Davidson, Legal Dept; Bankr. Div., P.O. Box 196300, Nashville, TN 37219-6300 |
| cr | + | Email/Text: schristianson@buchalter.com | Oct 08 2026 20:54:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| intp | + | Email/Text: cgauvin@lowenstein.com | Oct 08 2026 20:55:00 | Securities Litigation Plaintiffs, c/o Lowenstein Sandler LLP, Attn: Michael S. Etkin, Esq., Attn: Andrew D. Behlmann, Esq., One Lowenstein Drive, Roseland, NJ 07068-1740 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 08 2026 20:54:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| intp | + | Email/Text: tross@trcmllc.com | Oct 08 2026 20:56:00 | TR Capital Management, LLC, PO BOX 633, Woodmere, NY 11598-0633 |
| intp | | Email/Text: bcd@oag.texas.gov | Oct 08 2026 20:54:00 | Texas State Board of Dental Examiners, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX |

78711-2548

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Committee of Convertible Noteholders |
| intp | | Alex Fenkell |
| cr | | Amazon Web Services, Inc. |
| cr | | Apical Service, LLC |
| cr | | BRE Mariner Ross Plaza LLC |
| cr | | Barrett Distribution Centers, LLC |
| cr | | Calabrio, Inc. |
| intp | | Camelot Venture Group |
| intp | | Camille Sullivan |
| cr | | Cluster Holdco LLC |
| cr | | Consumer Class |
| intp | | David Katzman |
| cr | | FR5, LLC |
| op | | Foley & Lardner LLP |
| intp | | Founders of the Debtors |
| intp | | Genevieve Marie Graham |
| intp | | HPS Investment Partners, LLC |
| cr | | Hara, Inc. d/b/a Hot Shot Delivery |
| cr | | Heap, Inc. |
| cr | | Johnson Controls, Inc. |
| intp | | Jordan Katzman |
| intp | | Kyle Wailes |
| cr | | LTIMindtree Limited |
| cr | | Lineal Services, LLC |
| cr | | Ludeman Public Affairs LLC |
| cr | | MNTN, Inc. |
| cr | | Mac Papers Inc |
| cr | | Material Handling, Inc. |
| cr | | Merkle, Inc. |
| crcm | | Official Committee of Unsecured Creditors |
| intp | | Orrick, Herrington & Sutcliffe LLP |
| cr | | Owncompany, Inc. |
| cr | | RXO Capacity Solutions, LLC |
| cr | | RXO Capacity Solutions, LLC and RXO Freight Forwar |
| cr | | RXO Freight Forwarding, Inc. |
| intp | | Richard Schnall |
| cr | | Salesforce, Inc. |
| intp | | Steven Katzman |
| cr | | Summer Skelton, 2 Brook Farm House, High Streeet, Blakeney GLOS, GL GL152DY |
| cr | | Sun Life Assurance Company of Canada |
| cr | | Sun Life Health Insurance Company (U.S.) |
| intp | | Susan Greenspon Rammelt |
| cr | | Teresa Vogel |
| cr | | Teresa Welch |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | Tyco Integrated Security LLC |
| cr | | United Parcel Service, Inc. |
| intp | | Wilmington Trust, National Association, as Trustee |
| cr | | Worldpay LLC |
| cr | *+ | Shelia Fatty, Langston & Lott, PLLC, P.O. Box 382, Booneville, MS 38829, UNITED STATES 38829-0382 |
| cr | ##+ | Kulzer LLC, c/ Mark C. Taylor, Holland & Knight LLP, 100 Congress Avenue, Suite 1800, Austin, TX 78701-4042 |

TOTAL: 49 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters